UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, formerly known as TRAVELERS INDEMNITY COMPANY OF RHODE ISLAND, TRAVELERS CASUALTY AND SURETY COMPANY, formerly known as THE AETNA CASUALTY AND SURETY COMPANY, AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, formerly known as TRAVELERS INDEMNITY COMPANY OF ILLINOIS,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NORTHROP GRUMMAN CORPORATION, NORTHROP GRUMMAN SYSTEMS CORPORATION,<br><br>　　　　　　Defendants,<br><br>*and*<br><br>CENTURY INDEMNITY COMPANY, eventual successor in interest to INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　　Nominal Defendant. | 12-CV-03040 (KBF)(FM)<br><br>NOTICE OF MOTION BY DEFENDANT AND COUNTERCLAIM/CROSSCLAIM-PLAINTIFF NORTHROP GRUMMAN SYSTEMS CORPORATION FOR PARTIAL SUMMARY JUDGMENT ON CENTURY'S AND TRAVELERS' DUTY TO DEFEND THE TOWN OF OYSTER BAY ACTION<br><br>ECF CASE |

　　　　PLEASE TAKE NOTICE that Defendant and Counterclaim/Crossclaim-Plaintiff Northrop Grumman Systems Corporation ("NGSC"), upon the accompanying Declaration of John F. Scanlon and the exhibits thereto; the accompanying Memorandum of Law; and the accompanying Statement Pursuant to Local Civil Rule 56.1, all dated January 4, 2013, will move this Court, before The Honorable Katherine B. Forrest, United States District Judge, at the

1

Daniel Patrick Moynihan United States United States Courthouse, Courtroom 15A, 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an Order:

(1) granting partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure in favor of NGSC and against Plaintiff and Counterclaim-Defendant The Travelers Indemnity Company ("Travelers") and Nominal Defendant and Crossclaim-Defendant Century Indemnity Company ("Century") on NGSC's "First Cause of Action - Declaratory Relief as to Duty to Defend" in its Counterclaim and Crossclaim;

(2) declaring that Travelers and Century each has an independent obligation to defend NGSC in the action filed by the Town of Oyster Bay, New York in *Town of Oyster Bay v. Northrop Grumman Systems Corporation, et al.*, Case No. 05-CV-1945 (E.D.N.Y.); and

(3) granting such other and further relief as the Court may deem just and proper.

COVINGTON & BURLING LLP

By: /s/ Georgia Kazakis
        Georgia Kazakis

Georgia Kazakis
John F. Scanlon
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-6000
gkazakis@cov.com
fscanlon@cov.com

*Attorneys for Northrop Grumman Systems Corporation*

Dated: January 4, 2013

3