IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY, et al., <br>             Plaintiffs, <br><br> v. <br><br> NORTHROP GRUMMAN CORPORATION et al., <br>             Defendants, <br><br> and <br><br> CENTURY INDEMNITY COMPANY, <br> Eventual successor in interest to <br> INSURANCE COMPANY OF <br> NORTH AMERICA, <br>             Nominal Defendant. | Civil Action No. 12-CV-3040 (KBF) <br><br><br><br> **DECLARATION OF** <br> **SHANE R. HESKIN** <br><br><br> ECF CASE |

I, Shane R. Heskin, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney at the law firm of White and Williams LLP, counsel to Defendant Century Indemnity Company ("Century"). I am a member in good standing of the bars of the State of New York and the Commonwealth of Pennsylvania. This Declaration is submitted in support of Century's to Northrop Grumman Corporation's and Northrop Grumman Systems Corporation's ("Northrop Grumman") Motion for Partial Summary Judgment on Duty to Defend.

2. I have personal knowledge of the facts set forth in this Declaration, which I make to place before the Court documents relevant to its determination of Northrop Grumman's Motion for Summary Judgment.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Chronological Record of the Bureau of Water Resources' Investigation of Groundwater Contamination.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Town of Oyster Bay Bethpage Community Park Investigation Sampling Report, dated December 23, 2003.

5. Attached hereto as Exhibit 3 is a true and correct copy of a Letter from Larry Leskovjan to the New York State Department of Environmental Conservation ("NYDEC"), dated May 24, 2002.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Letter from Brad Bartholomew to Robert Russell, dated June 14, 2005.

7. Attached hereto as Exhibit 5 is a true and correct copy of the Proposed Remedial Action Plan for OU3, dated May 12, 2012.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Record of Decision for OU2, dated March 2001.

9. Attached hereto as Exhibit 7 is a true and correct copy of the Initial Assessment Study of NWIRP and Calverton, dated December 1986.

10. Attached hereto as Exhibit 8 are true and correct excerpts of the Deposition Transcript of Robert Jasinkonis, dated October 5, 1995.

11. Attached hereto as Exhibit 9 is a true and correct copy of the Health Department Memorandum, Summary of Groundwater Quality-Grumman Aerospace Corporation, dated November 5, 1975.

12. Attached hereto as Exhibit 10 is a true and correct copy of the Letter from Jonathan Sokol to Robert Russell, dated February 3, 2012.

13. Attached hereto as Exhibit 11 is a true and correct copy of Notes of Geraghty & Miller, dated December 9, 1976.

14. Attached hereto as Exhibit 12 is a true and correct copy of the Memorandum from Geraghty & Miller to John Ohlmann, dated June 25, 1976.

15. Attached hereto as Exhibit 13 is a true and correct copy of the Active Hazardous Waste Assessment, dated January 18, 1980.

16. Attached hereto as Exhibit 14 is a true and correct copy of the Letter from Michael Bonchonsky to Robert Bradshaw, dated March 18, 1982.

17. Attached hereto as Exhibit 15 is a true and correct copy of the Letter from William Sullivan, Jr. to Grumman Corporation, dated November 16, 1982.

18. Attached hereto as Exhibit 16 is a true and correct copy of the Letter from Langdon Marsh to Grumman Aerospace Corporation, dated December 6, 1983.

19. Attached hereto as Exhibit 17 is a true and correct copy of the document titled Environmental Closure Costs - Grumman Facilities in New York, dated October 31, 1994.

20. Attached hereto as Exhibit 18 is a true and correct copy of the document titled Environmental Investigation and Remediation Cost Projections, dated March 7, 1994.

21. Attached hereto as Exhibit 19 is a true and correct copy of the Supplemental Feasibility Study, dated September 1996.

22. Attached hereto as Exhibit 20 is a true and correct copy of the Record of Decision for OU1, dated March 28, 1995.

23. Attached hereto as Exhibit 21 is a true and correct copy of the Letter from Steven Bates to John Ohlmann, dated December 27, 1995.

24. Attached hereto as Exhibit 22 is a true and correct copy of the Plant 24 Access Road Site, PCB Investigation/Delineation Program, Report of Findings, dated July 2001.

25. Attached hereto as Exhibit 23 are true and correct excerpts of the Deposition Transcript of Jean-Pierre Cofman, dated February 1, 2007.

26. Attached hereto as Exhibit 24 is a true and correct copy of the Letter from Larry Leskovjan to Steve Kaminski, dated July 24, 2001.

27. Attached hereto as Exhibit 25 is a true and correct copy of a Letter from Larry Leskovjan to the NYDEC, dated July 25, 2002.

28. Attached hereto as Exhibit 26 is a true and correct copy of the Letter from Larry Leskovjan to Steven Scharf, dated January 13, 2006.

29. Attached hereto as Exhibit 27 is a true and correct copy of the Letter from Brad Bartholomew to Robert Russell, dated November 21, 2005.

30. Attached hereto as Exhibit 28 is a true and correct copy of the Letter from Brad Bartholomew to Robert Russell, dated June 8, 2006.

31. Attached hereto as Exhibit 29 is a true and correct copy of the Letter from Brad Bartholomew to Robert Russell, dated February 26, 2007.

32. Attached hereto as Exhibit 30 is a true and correct copy of the Letter from Brad Bartholomew to Bob Russell, dated March 8, 2007.

33. Attached hereto as Exhibit 31 is a true and correct copy of the Letter from Brad Bartholomew to Bob Russell, dated January 7, 2009.

34. Attached hereto as Exhibit 32 is a true and correct copy of the E-Mail from Brad Bartholomew to Robert Russell, dated May 29, 2008.

35. Attached hereto as Exhibit 33 is a true and correct copy of the E-Mail from Brad Bartholomew to Robert Russell, dated February 6, 2012.

36. Attached hereto as Exhibit 34 is a true and correct copy of the E-Mail from Jonathan Sokol to Robert Russell, dated March 19, 2012.

37. Attached hereto as Exhibit 35 is a true and correct copy of the Letter from Seth Park to Jonathan Sokol, dated March 26, 2012.

38. Attached hereto as Exhibit 36 is a true and correct copy of the Letter from Jens Fog to Brad Bartholomew and Jonathan Sokol, dated May 21, 2012.

39. Attached hereto as Exhibit 37 is a true and correct copy of the E-Mail from Brad Bartholomew to Robert Russell, dated April 19, 2012.

40. Attached hereto as Exhibit 38 is a true and correct copy of an Exemplar Century Primary Policy for the period 1954-1962.

41. Attached hereto as Exhibit 39 is a true and correct copy of the Memorandum from R.J. Fitzpatrick to E.B. Jacobs, dated January 11, 1984.

42. Attached hereto as Exhibit 40 is a true and correct copy of the Record of Decision for NWIRP Sites 1, 2, and 3, dated May 1995.

43. Attached hereto as Exhibit 41 are true and correct excerpts of the Century 30(b)(6) Transcript of Jens Fog, dated January 30, 2012.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 1, 2013 in Philadelphia, Pennsylvania.