UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, formerly known as TRAVELERS INDEMNITY COMPANY OF RHODE ISLAND, TRAVELERS CASUALTY AND SURETY COMPANY, formerly known as THE AETNA CASUALTY AND SURETY COMPANY, AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, formerly known as TRAVELERS INDEMNITY COMPANY OF ILLINOIS,<br><br>        Plaintiffs,<br><br>    v.<br><br>NORTHROP GRUMMAN CORPORATION, NORTHROP GRUMMAN SYSTEMS CORPORATION,<br><br>        Defendants,<br><br>*and*<br><br>CENTURY INDEMNITY COMPANY, eventual successor in interest to INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Nominal Defendant. | 12-CV-03040 (KBF)(FM)<br><br><br><br><br><br>**DECLARATION OF<br>JOHN F. SCANLON<br>\*\*FILED UNDER SEAL\*\***<br><br><br><br>ECF CASE |

    I, John F. Scanlon, declare as follows pursuant to 28 U.S.C. § 1746:

    I am an attorney at the law firm of Covington & Burling LLP, counsel to Defendant Northrop Grumman Corporation and Defendant and Counterclaim/Crossclaim-Plaintiff Northrop Grumman Systems Corporation (collectively, "Northrop Grumman"). I am presenting the attached exhibits in support of Northrop Grumman's Opposition to Travelers' Motion for Partial Summary Judgment "That Certain Policies Contain the New York Statutory Pollution

Exclusion" for public filing.   My declaration containing the full set of exhibits is to be filed under seal of the Court.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

    Executed on February 1, 2013 in Washington, DC.


                                          _s/ John F. Scanlon_
                                          John F. Scanlon