```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 0 1 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TRAVELERS INDEMNITY COMPANY,            :
TRAVELERS INDEMNITY COMPANY OF          :
CONNECTICUT, formerly known as          :
TRAVELERS INDEMNITY COMPANY OF          :       12-CV-03040 (KBF)(FM)
RHODE ISLAND, TRAVELERS CASUALTY        :
AND SURETY COMPANY, formerly known as   :
THE AETNA CASUALTY AND SURETY           :
COMPANY, AND TRAVELERS PROPERTY         :
CASUALTY COMPANY OF AMERICA,            :
formerly known as TRAVELERS INDEMNITY   :
COMPANY OF ILLINOIS,                    :       **SEALING ORDER**
                                        :
              Plaintiffs,               :
                                        :
     v.                                 :
                                        :
NORTHROP GRUMMAN CORPORATION,           :
NORTHROP GRUMMAN SYSTEMS                :
CORPORATION,                            :       ECF CASE
                                        :
              Defendants,               :
                                        :
*and*                                   :
                                        :
CENTURY INDEMNITY COMPANY, eventual     :
successor in interest to INSURANCE COMPANY :
OF NORTH AMERICA,                       :
                                        :
              Nominal Defendant.        :
-----------------------------------------------------------x

UPON THE APPLICATION OF movants Northrop Grumman Corporation and Northrop Grumman Systems Corporation for an order sealing portions of their opposition to Travelers' motion for partial summary judgment referencing confidential documents, including the Declaration of John F. Scanlon dated January 31, 2013 in support thereof, and consistent with the Stipulated Protective Order entered September 25, 2012 and good cause to do so having been found, it is hereby

DC: 4714591-2

ORDERED that the Memorandum of Law filed by Northrop Grumman in Opposition to Travelers' Motion for Partial Summary Judgment "That Certain Policies Contain the New York Statutory Pollution Exclusion;" Northrop Grumman's Response to Travelers' "Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1" Regarding its Motion for Partial Summary Judgment Based on "Pollution Exclusions;" the Declaration of John F. Scanlon in Support of Northrop Grumman's Opposition to Travelers' Motion for Partial Summary Judgment "That Certain Policies Contain the New York Statutory Pollution Exclusion;" and various exhibits to the Declaration of John F. Scanlon which have been designated "CONFIDENTIAL" under the Stipulated Protective Order be filed under seal; and it is further

ORDERED that the aforementioned documents shall be filed under seal and the public shall not have access to them; and it is further

ORDERED that the sealed records that have been filed with the clerk shall be removed by the party submitting it (1) within ninety (90) days after a final decision is rendered if no appeal is taken, or (2) if an appeal is taken, within thirty (30) days after final disposition of the appeal. Parties failing to comply with this order shall be notified by the clerk that, should they fail to remove the sealed records within thirty (30) days, the clerk may dispose of them.

IT IS SO ORDERED, this 1st day of Feb., 2013

_____
U.S.D.J.
FORREST