# EXHIBIT 4



NASSAU ... ...LTH

240 OLD COUNTRY ROAD
MINEOLA, N.Y. 11501

County Executive
JOHN J. DOWLING, M.D., M.P.H.
Commissioner
FRANCIS V. PADAR, P.E.
Asst. Deputy Commissioner
Div. of Environmental Health

November 5, 1975

Summary of Groundwater Quality  -  Grumman Aerospace Corporation

A most serious instance of Magothy acquifer contamination is now evident at the Grumman Aerospace Corporation where four of fourteen wells approach or exceed the New York State nitrate limit of 10.0 mg/l, six wells show high levels of ammonia, five wells indicate objectionable odors of a hydrocarbon nature and thus far two wells reveal the presence of organic contaminants.

While elevated levels of nitrates are not uncommon in the Magothy aquifer in the central portion of Nassau County, ammonia detection is unusual and indicative of more direct sewage contamination. Detection of phenols and odors of a hydrocarbon nature, along with the detection by the Grumman Corporation of such organic contaminants as methane, ethylene, and vinyl chloride and detection also of vinyl chloride and tri and tetra-chlorethylene by the New York State Health Department, indicate direct contamination of water supply wells by industrial wastes.

The discharge of sanitary wastes in the vicinity of the Grumman Corporation and the discharge of industrial wastes, particularly those previously discharged by the Hooker Chemical Corporation, is considered responsible for the degradation in quality of Grumman Corporation wells. Further analyses and study are needed, however, to determine more precisely the extent of contamination of groundwater by organics and what the future implication of this contamination are on Corporation wells and on nearby municipal water supplies.

Background

The Grumman Aerospace Corporation, located in Bethpage, has fourteen active wells used in one distribution system for consumption, processing, and air conditioning. (See Attachments I, and II)   Since 1964, however, thirteen wells have been replaced due to problems of deterioration and odor.

Although Department water quality data exists for many wells dating to 1962, routine annual sampling of all wells did not begin until 1972. Because of the increased levels of nitrates, ammonia, and hydrocarbon odors noted at some wells, special sampling was conducted in December 1973, and January 1974, for those constituents as well as for phenols. At that time, samples were collected periodically during continuous well operation. Phenols were not detected then, but high nitrate, ammonia, and odor levels were reconfirmed in the problem wells.

-1-

In March 1974, the Environmental Protection Agency, at the request of the Health Department, conducted sampling for organics at Wells 6, 8, and 14 with negative results. Sampling was also conducted at two Grumman sewage plant (A & B) recharge basins with positive vinyl chloride results, and at the adjacent Hooker Chemical Corporation condenser water and PVC lagoons. Traces of tri and tetra-chlorethylene and larger amounts of octyl alcohol and vinyl chloride were found at the condenser water lagoon, while large amounts of vinyl chloride and acetic acid were found at the PVC lagoon. In May 1974, the Environmental Protection Agency recommended that further samples be taken to determine just what type of organic contamination was present at the wells.

Problems of high nitrate, ammonia, and odor continued through the annual sampling of wells in 1975. In addition, the presence of phenols was confirmed at four wells. The New York State Department of Health in October 1975 completed the analysis of two well water samples and a waste water sample from the Hooker Chemical Corporation for organics. The results indicated the presence of a variety of contaminants in the wells, identical to those found in industrial wastewater formerly discharged to adjacent lagoons.

Water Quality Problems

A listing of Department of Health sampling results for each active well is provided in Attachment No. 3. Table I indicates the pumpage, depth and concentration of constituents which indicate degraded water quality. The following is a summary by constituent of the extent of the water quality problem at Grumman Corporation wells.

Nitrates

Nitrate levels approaching or above the New York State Drinking Water limit of 10.0 mg/l are evident at four wells (Nos. 5, 6, 8, and 10) ranging in depth between 350 - 400'. Nitrate contamination of the Magothy aquifer has been observed through various central portions of Nassau County and is indicative of long-term sewage contamination of groundwater. The detection of high levels at wells in close proximity may, however, signify the effect of localized discharges of sewage in a greater magnitude than normal for similar unsewered areas of the central portion of the County.

Ammonia

Ammonia levels above 0.01 mg/l have been detected since 1973 at six wells (Nos. 3, 5, 6, 8, 10, and 14) ranging in depth from 350 - 550'. Four of these wells also exhibited high nitrate levels. Detection of appreciable concentrations of free ammonia is usually indicative of "fresh pollution" of sanitary significance. Detection of ammonia levels above 0.002 mg/l in the Magothy aquifer in the central portion of the County - the primary groundwater recharge area - is unusual and also indicates discharge of large quantities of sewage in proximity to the Corporation wells.

-2-

Phenols

Phenol levels at or above 0.002 mg/l have been detected at four wells (Nos. 4, 8, 9, and 14) since 1974. These wells vary from 350 - 470' in depth. Phenols in the low concentrations detected are known to cause undesirable tastes when chlorination is applied. At slightly higher levels (.01 - .1 mg/l) phenols can be detected by an odor test. Since concentrations affecting health, however, are far removed from levels causing taste problems, the New York State Department of Health has removed a limit of 0.001 mg/l from the Drinking Water Standards.

Detection of phenols is indicative of waste discharge by industries using the substance as a raw material. Phenols are used extensively in the synthesis of organic products, particularly phenolic-type resins.

Odor

Odors reported in tests of water from five wells (Nos. 5, 6, 8, 9, and 14) have been described as being similar to paint or of hydrocarbon origin and disagreeable in nature. At two wells (Nos. 5 and 6), the odor is noted only in the field and present at wells which have moderate to high (.08 - .28 mg/l) levels of ammonia. At two other wells (Nos. 8 and 14), odors have been confirmed in laboratory analysis and are noted where the State Department of Health has detected organic contaminants of 104 and 615 ug/l (as tri-chloroethylene), and significant ammonia and phenol levels have also been detected.

Organic Contaminants

The detection of phenols and odors at Grumman wells has been described previously. Prime evidence of organic contamination of wells is indicated by a report from the Grumman Corporation itself of the detection of methane, ethylene, and vinyl chloride at Well Nos. 8 and 9 and by the following New York State Department of Health analysis results, reported on October 2, 1975:

|  | mg/l as Tri-Chloroethylene |
|---|---|
| Well No. 8 | 0 vinyl chloride |
|  | 16 tri-chloroethylene |
|  | 88 tetra-chloroethylene |
| Well No. 14 | 50 vinyl chloride |
|  | 500 tri-chloroethylene |
|  | 65 tetra-chloroethylene |
| Hooker Chemical Waste Water | 50 vinyl chloride |
|  | 25 di-chloroethylene |
|  | 80 tri-chloroethylene |
|  | 8600 tetra-chloroethylene |
|  | Miscellaneous amounts of other hydrocarbons were also detected. |

-3-

NGINS000619197

Both Wells Nos. 8 and 14 are no longer used for routine supply purposes because of odors which are particularly apparent after prolonged pumpage.

The Hooker Chemical Waste Water Samples were composed of 50% lagoon water residue and 50% pre-incineration waste water. The use of waste water lagoons for on site waste water disposal was discontinued over nine months ago. All wastes are now incinerated at the site with zero discharge of waste water. Previous discharge from the Hooker Chemical Corporation was considered to be the most likely source of contamination of Grumman Aerospace Corporation wells by organic wastes.

Resampling of Wells Nos. 8 and 14, the sampling of additional Corporation wells, and sampling of adjacent municipal water supply sources will be conducted on November 17, 1975 for organic constituents.

Guidance has been solicited from the State Department of Health and the Environmental Protection Agency concerning recommended drinking water limits for waters containing the organic contaminants thus far detected. This is particularly necessary in view of vinyl chlorides associated with the development of liver cancer.

Analysis for Cyanide (CN) has been negative (<0.007 mg/l) in all analysis conducted thus far at the Grumman Wells.

Heavy Metals

Analysis for copper, zinc, lead, cadmium, aluminum, total chromium, and hexavalent chromates have been conducted at each well. All analysis for cadmium have been negative (<.005 mg/l), as they have been for aluminum (<0.5 mg/l), total chromium (<0.01 mg/l), and hexavalent chromates (<0.01 mg/l).
Copper levels above 0.05 mg/l have been detected in many wells, but only at Well No. 10 at a level above 0.20 mg/l. Zinc has been detected at the five wells sampled (Nos. 6, 8, 9, 14, and 16) at concentrations varying from 0.06 - 0.10 mg/l. Lead has been detected at Well No. 15 at a level of 0.02 mg/l. It has not been determined whether the low levels detected of copper and zinc are, or are not, attributable to internal well corrosion. The encounter of lead, copper, and zinc will be subject to further observation and verification.

MJA:el
11/5/75

NGINS000619198

TABLE I

GRUMMAN WATER SUPPLY INFORMATION

| Well No. | N No. | Nitrates (mg/l) | Ammonia (mg/l) | Phenols (mg/l) | Odor | Heavy Metals (mg/l) | Organics (ug/l)** | Depth | 1974 Pumpage (MGD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 8842 | | | | | | | 570 | 1.15 |
| 2 | 8154 | | | | | | ** | 520 | 1.42 |
| 3 | 8124 | | .002 - .032 | | | | ** | 544 | 0.39 |
| 4 | 1923 | | | <.002 - .003 | | | ** | 359 | 0.05 |
| 5 | 7635 | .69(1966)- 9.2(1974) | .03 - .08 | | hydrocarbon (field only) | | ** | 394 | 1.16 |
| 6 | 7534 | 10.6(1973), 6.9-9.5 | .12 - .28 | | hydrocarbon (field only) | | ** | 366 | 0.32 |
| 8 | 7535 | 8.0 - 11.0 | .002 - .026 | <.002 - .004 | 2D, 2-3H | | 0 vinyl Chloride<br>16 Tri-Chloroethylene 357<br>88 Tetra-Chloroethylene | 436 | 0.28 |
| 9 | 7536 | | | <.002 - .005 | 1H | | ** | 436 | 0.63 |
| 10 | 7636 | 6.9 - 16.0 | .002 - .018 | | | Cu .12-.27 | ** | 373 | 0.61 |
| 11 | 7637 | | | | | | ** | 490 | 0.57 |
| 13 | 8454 | | | | | | ** | 560 | 1.09 |
| 14 | 8043 | | <.002-.40 (1973) | <.002- .002 | 2D,1D (1973) | 50<br>500<br>65 | vinyl Chloride 467<br>Tri-Chloroethylene<br>Tetra-Chloroethylene | | 0.06 |
| 15 | 8826 | | | | | Pb .02 | ** | 500 | 0.52 |
| 16 | 7518 | | | | | | ** | 375 | 0.29 |
| | | | | | | | | | 8.64 (Total) |

Footnote:

* All levels or values indicated are representative of analysis conducted since 1974 unless otherwise indicated.

** Analysis not yet conducted by the New York State Department of Health

MJA:tk  Nov. 5, 1975

NGINS000619199

Cable Address "NYTESLA" NEW YORK

Lab. No. 75-47903

# NEW YORK TESTING LABORATORIES, INC.
81 URBAN AVENUE, WESTBURY, L.I., N.Y. 11590 • P.O. BOX 454 • (212) 297-1449 • (516) 334-7779

## REPORT OF TESTS
December 17, 1975

Lab. No. & Client —  75-47903 — Grumman Aerospace Corp.

Material — Two (2) Water Samples  Received 12/10/75

Client's Order No. — Pending

Identification — As below

Submitted for — Chemical Analysis

We find as follows:

|                              | #1<br>Plant #3 | #2<br>Plant #2 |
|------------------------------|----------------|----------------|
| Nitrate, mg/l                | 6.4*           | 5.4            |
| Fluoride, mg/l               | 0.22           | 1.30           |
| Aluminum, mg/l               | 0.08           | 0.04           |
| Sulfide, mg/l                | ND 0.10        | -              |
| Copper, mg/l                 | 0.100          | 0.100          |
| Sulfate, mg/l                | ND 1           | 3)             |
| Silicate, mg/l               | 2.90           | 3.25           |
| Surfactants, ABS, mg/l       | ND 0.02        | ND 0.02        |
| Total Chromium, mg/l         | -              | 0.033          |
| Hexavalent Chromium, mg/l    | -              | ND 0.005       |
| Phenols, mg/l *              | -              | 0.170 *        |
| Nickel, mg/l                 | -              | ND 0.040       |
| Borate, mg/l                 | -              | ND 2.25        |
| Cyanide, mg/l                | -              | 0.018          |
| Cadmium, mg/l                | -              | 0.004          |

ND = None detected, less than

We certify that this report is a true report of results obtained from our tests of this material.

Respectfully submitted,

NEW YORK TESTING LABORATORIES, INC.

G.J. Horvitz, Chief Officer

To:
Grumman Aerospace Corp.
Plant 3, Dept. 309
Bethpage, N.Y. 11714
Attn: Mr. R. A. Jasinkonis

Report on sample by client applies only to sample.   Report on samples by us applies only to lot sampled.
Information contained herein is not to be used for reproduction except by special permission.
Samples retained for thirty days maximum after date of report unless specifically requested otherwise by client.
The liability of the New York Testing Laboratories, Inc. with respect to the services charged for herein shall in no event exceed the amount of the invoice.

FORM 100 3M

GRUMMAN                                MEMORANDUM

CHECK (✓) BOXES AS APPROPRIATE
ACTION ............. ☐
INFO ONLY .......... ☐
REPLY REQUESTED ... ☐

FROM: F. Scott                                                          DATE: 22 March 1977

TO: R. Jasinkonis

SUBJECT: PHENOLIC WASTE TREATMENT

Reference: Hugh R. Eisenhauer, "Oxidation of Phenolic Wastes", Journal W.P.C.F., Vol. 36 mo. #9 Sept. 1964

Phenolic wastes are destroyed by oxidizing them to biodegradeable muconic acid by the use of 50% hydrogen peroxide and a ferrous salt at a pH between 3 and 4. The amount of hydrogen peroxide and ferrous salt used is dependent upon the quantity of phenol present. Optimum results are obtained when one (1) mole of ferrous salt and three (3) moles of 50% hydrogen peroxide are used for each mole of phenol present. Any other reducing agents which may be present will increase the quantities of chemicals needed.

FS:w

# STATE OF NEW YORK • DEPARTMENT OF HEALTH

TOWER BUILDING • EMPIRE STATE PLAZA • ALBANY, N.Y. 12201

ROBERT P. WHALEN, M.D.
COMMISSIONER

DIVISION OF LABORATORIES AND RESEARCH
ENVIRONMENTAL HEALTH CENTER

G. WOLFGANG FUHS, Dr. sci. nat.
DIRECTOR

May 19, 1977

Mr. Albert Machlin
NYS Department of
  Environmental Conservation
Building 40
State University of New York
Stony Brook, New York  11790

Dear Mr. Machlin:

At the request of Dr. Fuhs, we have reviewed data on six miscellaneous waste samples collected on January 4, 1977 in Nassau County. The original report on these samples described qualitative findings obtained by gas chromatography-mass spectrometry. It is my understanding a report of these findings is in your possession. The additional data we report via this memo is based on quantitative estimates obtained from the gas chromatograms we have on file in connection with the original study. I would emphasize these results are estimates obtained at a time when methods were still in developmental stages.

Please advise if we can provide further help.

Very truly yours,

Arthur H. Richards, Ph.D.
Research Scientist IV

Enc.: Data Table
      Photocopies of EHC-2 Forms

cc: Dr. Fuhs

AR/pm

Haloorganics (µg/L)

| Sample # | 1,1,1 Trichloroethane | Trichloroethylene | Tetrachloroethylene | |
|---|---|---|---|---|
| 771700019 G+C *Plant 3 - NE Sludge drying bed Groundwater* | 6 | 50 | < 5 | 56 |
| 771700022 G+S *GW Plant 12, recharge basin at influent* | 8 | 5 | 45 | 53 |
| 771700024 G+C *Plant 5 South recharge basin at influent in basin Groundwater* | < 5 | 3 | < 5 | 5 |
| 771700027 G+C *Bethpage Groundwater, Plant 2, recharge basin 5, in basin at influent* | < 5 | 6 | < 5 | 6 |
| *Composite soil Tank* 771700029 Hooker | 20 | 40 | 390☆ | 450+ |
| 771700030 Hooker | ND | ND | ND | |

☆ Outside the linear range of the detector.



RECEIVED MAY 26 1977 ENVIRONMENTAL ... REGION 1

**JAN 5 1977**

DIVISION OF LABORATORIES AND RESEARCH-ENVIRONMENTAL HEALTH CENTER
ALBANY, N.Y. 12201
Chain of Custody #
REQUEST FOR ANALYSIS   LRS 1/4/77 - A

**FOR LAB USE ONLY**
LAB ACCES NO. 7 7 L 7 0 0 0 1 9 :   SAMPLE REC'D. 0 1 / 0 4 / 1 6 :
  YEAR   LAB   ACC. NO.                   MONTH  DAY  HOUR
TESTING PATTERN 9 9 :   NUMBER OF RECORDS 1 :

PROGRAM CODE 5 2 9 :   NAME Bureau of Industrial Waters

**SAMPLING SITE**
A. NUMBERED STATION-STA. (SOURCE) NO. _____ :
B. UNNUMBERED SITE-DRAINAGE BASIN NO. 1 7 :   N.Y. GAZETTEER NO. 2 9 5 3 :
LOCATION (CITY OR TOWN) Oyster Bay   COUNTY Nassau
LATITUDE 4_ _°_ _'_ _"N   LONGITUDE 7_ _°_ _'_ _"W :

COMMON NAME, SUBWATERSHED, MILE POINT GRUMMAN AEROSPACE CORP. GROUNDWATER
(75 CHAR. MAX.)

EXACT DESCRIPTION OF SITE PLANT 3, NORTHEAST SIDE DR.
(50 CHARACTERS MAX.) XXXXX FIELD SAMPLING 15

**TIME OF SAMPLING**
GRAB/COMPOSITE FINISH 0 1 / 0 4 / 0 9 :
  MONTH DAY HOUR
COMPOSITE START _ _ / _ _ / _ _ :   ELAPSED TIME: ___ DAYS ___ HOURS
COMPOSITE ACCORDING TO TIME: ___ ML. EVERY ___ MIN.
COMPOSITE ACCORDING TO FLOW: VOLUME REPRESENTED BY SAMPLE ___

TYPE OF SAMPLE (SELECT FROM LIST) 5 9 :   DESCRIPTION: MISC. TREATED WASTE

**COMPLAINTS, OBSERVATIONS, REASONS FOR SUBMISSION**

| | | | |
|---|---|---|---|
| ☐ ILLNESS | ☐ IMPAIRED USAGE | ☐ ROUTINE SURVEIL | ☐ INTERRUPTION IN CHLORINATION |
| ☐ TASTE/ODOR | ☐ STANDARDS VIOL. | ☒ SPECIAL STUDY | ☐ REPAIRS IN DISTRIBUTION SYSTEM |
| ☐ TURBIDITY | ☐ FISHKILL | ☐ NEW EQUIP. OR PROC. | ☐ IMPROPER SHIELDING OF WELL |
| ☐ COLOR | ☐ ALGAE, WEEDS | ☐ EQUIP. FAILURE | ☐ APPARENT SOURCE OF POLLUTION |
| ☐ CORROSION | ☐ NATURAL DISASTER | ☐ OTHER | ☐ OTHER |

SOURCE OF POLLUTION
REPORT RESULTS   CO 2   RO 2   LPHE 2
TO (NO. OF COPIES): LHO __   FED 0 __ :   ENTER 0, 1, OR 2
DISTANCE ___ TYPE ___
TYPE OF WELL CONST.: ___
ATTENTION OF: 2 - ROBIN ___
CHARACTER OF SOIL: ___
OTHER OBSERV. ___
SUBMITTED BY   TITLE

**DATA AND FIELD MEASUREMENTS**

| | | **TREATMENT DATA** | |
|---|---|---|---|
| CLOUD COVER (%) | WATER TEMP. °C | PRECHLORINATION lb/M gal. | |
| AIR TEMP. °C | pH (UNITS) | POSTCHLORINATION lb/M gal. | |
| ODOR CODE | COND. | RESIDUAL CHLORINE mg/l | |
| ODOR INTENSITY | DISS. OXYGEN mg/l | COAGULANTS OR OTHER ADDITIONS: | |
| TURBIDITY | COLOR CODE | TYPE | |
| SUSP. MATTER | BOTTOM DEPOSITS | AMOUNT | UNITS |
| FLOW M gal/day | 1-MUD  2-SLUDGE | 1-LIME  4-POLYELECTROLYTE | |
| FLOW cu ft/sec | 3-SILT  4-ROCKY | 2-ALUM  5-AMMONIA | |
| | | 3-IRON  6-OTHER | |

EHC-2

NGINS000619204

DIVISION OF LABORATORIES AND RESEARCH-ENVIRONMENTAL HEALTH CENTER
ALBANY, N.Y. 12201
REQUEST FOR ANALYSIS  Ch ⬤ Custody  EPS 1/4/75 - D

**FOR LAB USE ONLY**

LAB ACCES NO. 7 7 17 00 0 2 3  SAMPLE REC'D. 01 04 16:
  YEAR  LAB  ACC. NO.                MONTH  DAY  HOUR

TESTING PATTERN 9 9  NUMBER OF RECORDS 1:

PROGRAM CODE 5 2 0:  NAME Purveyor of Distributed Water

**SAMPLING SITE**
**NO. OF SAMPLES IN SHIPMENT**

A. NUMBERED STATION-STA. (SOURCE) NO. ⎿⎿⎿⎿⎿⎿⎿⎿⎿⎿:
B. UNNUMBERED SITE-DRAINAGE BASIN NO. ⎿1 2:  N.Y. GAZETTEER NO. 2 9 5 2 3:
LOCATION (CITY OR TOWN) Oyster Bay  COUNTY Nassau
LATITUDE ⎿⎿⎿°⎿⎿⎿'⎿⎿⎿"N  LONGITUDE ⎿⎿⎿°⎿⎿⎿'⎿⎿⎿"W:

COMMON NAME, SUBWATERSHED, MILE POINT G R U M M A N, A E R O S P A C E,
C O R P, B E T H P A G E, G R O U N D W A T E R
(75 CHAR. MAX.)

EXACT DESCRIPTION OF SITE P L A N T, 2, R E C H A R G E, B A S I N, O T
(50 CHARACTERS MAX.) I N F L U E N T, S A M P D

**TIME OF SAMPLING**
GRAB/COMPOSITE FINISH 0 1  0 4  1 0:
  MONTH DAY HOUR
COMPOSITE START ⎿⎿⎿ ⎿⎿⎿  ELAPSED TIME: ⎯⎯ ⎯⎯
  DAY HOUR  DAYS HOURS
COMPOSITE ACCORDING TO TIME: ⎯⎯ ML. EVERY ⎯⎯ MIN.
COMPOSITE ACCORDING TO FLOW: VOLUME REPRESENTED BY SAMPLE ⎯⎯

TYPE OF SAMPLE (SELECT FROM LIST) 5 5:  DESCRIPTION: Misc. Treated Waste

**COMPLAINTS, OBSERVATIONS, REASONS FOR SUBMISSION**

| | | | |
|---|---|---|---|
| ☐ ILLNESS | ☐ IMPAIRED USAGE | ☐ ROUTINE SURVEIL | ☐ INTERRUPTION IN CHLORINATION |
| ☐ TASTE/ODOR | ☐ STANDARDS VIOL. | ☒ SPECIAL STUDY | ☐ REPAIRS IN DISTRIBUTION SYSTEM |
| ☐ TURBIDITY | ☐ FISHKILL | ☐ NEW EQUIP. OR PROC. | ☐ IMPROPER SHIELDING OF WELL |
| ☐ COLOR | ☐ ALGAE, WEEDS | ☐ EQUIP. FAILURE | ☐ APPARENT SOURCE OF POLLUTION |
| ☐ CORROSION | ☐ NATURAL DISASTER | ☐ OTHER | ☐ OTHER |

SOURCE OF POLLUTION
REPORT RESULTS  CO 2  RO 3  LPHE 2
TO (NO. OF COPIES): LHO 0  FED 0  0:  ENTER 0, 1, OR 2
DISTANCE ⎯⎯ TYPE ⎯⎯
TYPE OF WELL CONST.: ⎯⎯
ATTENTION OF: 2 - P u r v e y (10 CHARACTERS MAX.)
CHARACTER OF SOIL: ⎯⎯
SUBMITTED BY  TITLE  OTHER OBSERV. Chlorinated

**DATA AND FIELD MEASUREMENTS** | **TREATMENT DATA**

| | | | |
|---|---|---|---|
| CLOUD COVER (%) | ⎿⎿⎿ | WATER TEMP. °C | ⎿⎿⎿ | PRECHLORINATION lb/M gal. | ⎯⎯ |
| AIR TEMP. °C | ⎿⎿⎿ | pH (UNITS) | ⎿⎿⎿ | POSTCHLORINATION lb/M gal. | ⎯⎯ |
| ODOR CODE | ⎯⎯ | COND. | ⎿⎿⎿ | RESIDUAL CHLORINE mg/l | ⎯⎯ |
| ODOR INTENSITY | ⎿⎿ | DISS. OXYGEN mg/l | ⎿⎿⎿ | COAGULANTS OR OTHER ADDITIONS: | |
| TURBIDITY | ⎯⎯ | COLOR CODE | ⎿⎿⎿ | TYPE | ⎯⎯ |
| SUSP. MATTER | ⎯⎯ | BOTTOM DEPOSITS | ⎿⎿ | AMOUNT | ⎯⎯ UNITS |
| FLOW M gal/day | ⎯⎯ | 1-MUD  2-SLUDGE | | 1-LIME  4-POLYELECTROLYTE | |
| FLOW cu ft/sec | ⎯⎯ | 3-SILT  4-ROCKY | | 2-ALUM  5-AMMONIA | |
| | | | | 3-IRON  6-OTHER | |

EHC-2

NGINS000619205

DIVISION OF LABORATORIES AND RESEARCH-ENVIRONMENTAL HEALTH CENTER
ALBANY, N.Y. 12201
REQUEST FOR ANALYSIS

5 1977 6 5

**FOR LAB USE ONLY**

LAB ACCES NO. 77 17 00024 : SAMPLE REC'D. 01 04 16 :
YEAR LAB ACC. NO.                        MONTH DAY HOUR
TESTING PATTERN 5 5   NUMBER OF RECORDS 1 :

PROGRAM CODE 520 : NAME _Bureau of Industrial Wastes_

**SAMPLING SITE**
A. NUMBERED STATION-STA. (SOURCE) NO. _____ :
B. UNNUMBERED SITE-DRAINAGE BASIN NO. 117 : N.Y. GAZETTEER NO. 2953 :
LOCATION (CITY OR TOWN) _Oyster Bay_ COUNTY _Nassau_
LATITUDE 4_ ° _ _ ' _ _ _ "N LONGITUDE 7_ ° _ _ ' _ _ _ "W :

**NO. OF SAMPLES IN SHIPMENT**

COMMON NAME, SUBWATERSHED, MILE POINT _PLUMMAN'S PLACE_
_C.P. CETIPPAGE - GROUNDWATER SAMPLE_
(75 CHAR. MAX.)

EXACT DESCRIPTION OF SITE _PLANT SOUTH RECHARGE BASIN_
(150 CHARACTERS MAX.) _PLANT INFLUENT IN PILOT PLANT_ :

**TIME OF SAMPLING**
GRAB/COMPOSITE FINISH 01 04 10 :
                      MONTH DAY HOUR
COMPOSITE START ___ ___ : ELAPSED TIME: ___ ___
                DAY HOUR                    DAYS HOURS
COMPOSITE ACCORDING TO TIME: ___ ML. EVERY ___ MIN.
COMPOSITE ACCORDING TO FLOW: VOLUME REPRESENTED BY SAMPLE ___

TYPE OF SAMPLE (SELECT FROM LIST) 59 : DESCRIPTION: _Misc. Treated Waste_

**COMPLAINTS, OBSERVATIONS, REASONS FOR SUBMISSION**

| | | | |
|---|---|---|---|
| ☐ ILLNESS | ☐ IMPAIRED USAGE | ☐ ROUTINE SURVEIL | ☐ INTERRUPTION IN CHLORINATION |
| ☐ TASTE/ODOR | ☐ STANDARDS VIOL. | ☒ SPECIAL STUDY | ☐ REPAIRS IN DISTRIBUTION SYSTEM |
| ☐ TURBIDITY | ☐ FISHKILL | ☐ NEW EQUIP. OR PROC. | ☐ IMPROPER SHIELDING OF WELL |
| ☐ COLOR | ☐ ALGAE, WEEDS | ☐ EQUIP. FAILURE | ☐ APPARENT SOURCE OF POLLUTION |
| ☐ CORROSION : | ☐ NATURAL DISASTER : | ☐ OTHER : | ☐ OTHER |

REPORT RESULTS CO 2 RO 2 LPHE 2
TO (NO. OF COPIES): LHO 0 FED 0 0 : ENTER 0, 1, OR 2

ATTENTION OF: _W. Ripcillini_ ;
(110 CHARACTERS MAX.)
SUBMITTED BY _R. Smith_     TITLE _Lab. Chem._

SOURCE OF POLLUTION
DISTANCE ___ TYPE ___
TYPE OF WELL CONST.: ___
CHARACTER OF SOIL: ___
OTHER OBSERV. ___

**FIELD MEASUREMENTS**

WATER TEMP. °C ___
pH (UNITS) ___
COND. ___
DISS. OXYGEN mg/1 ___
COLOR CODE ___
BOTTOM DEPOSITS ___
1-MUD  2-SLUDGE
3-SAND  4-ROCKY

**TREATMENT DATA**

PRECHLORINATION lb/M gal. ___
POSTCHLORINATION lb/M gal. ___
RESIDUAL CHLORINE mg/1 ___
COAGULANTS OR OTHER ADDITIONS:
TYPE ___ ___
AMOUNT ___ ___ UNITS
1-LIME 4-POLYELECTROLYTE
2-ALUM 5-AMMONIA
3-IRON 6-OTHER

NGINS000619206

**NEW YORK STATE DEPARTMENT OF HEALTH**
**DIVISION OF LABORATORIES AND RESEARCH-ENVIRONMENTAL HEALTH CENTER**
ALBANY, N.Y. 12201
REQUEST FOR ANALYSIS

o 1977
665

Chain of Custody
OPS 14152 - I

**FOR LAB USE ONLY**
LAB ACCES NO: 77 17 00027  SAMPLE REC'D. 01 04 16
  YEAR  LAB  ACC. NO.  MONTH DAY HOUR
  JAN 1977
TESTING PATTERN: 99  NUMBER OF RECORDS: 4

PROGRAM CODE: 520  NAME: _____

**SAMPLING SITE / NO. OF SAMPLES IN SHIPMENT**
A. NUMBERED STATION-STA. (SOURCE) NO. _____:
B. UNNUMBERED SITE-DRAINAGE BASIN NO. 007: N.Y. GAZETTEER NO. 2452:
LOCATION (CITY OR TOWN): Lewiston  COUNTY: Niagara
LATITUDE ___°___'___"N  LONGITUDE ___°___'___"W:
COMMON NAME, SUBWATERSHED, MILE POINT: GERMAN DISPOSAL SITE
LESLIE, TRIANGLE, AROUND CREEK
(75 CHAR. MAX.)

EXACT DESCRIPTION OF SITE: SCAMT 2 DISCHARGE BASIN SIM
(50 CHARACTERS MAX.) DISCHARGE INCLUDEMT SIMI:

**TIME OF SAMPLING**
GRAB/COMPOSITE FINISH: 01 04 11
  MONTH DAY HOUR
COMPOSITE START: ___ ___  ELAPSED TIME: ___ DAYS ___ HOURS
  DAY HOUR
COMPOSITE ACCORDING TO TIME: ___ ML. EVERY ___ MIN.
COMPOSITE ACCORDING TO FLOW: VOLUME REPRESENTED BY SAMPLE ___

TYPE OF SAMPLE (SELECT FROM LIST): 57  DESCRIPTION: Misc Treated Waste

**COMPLAINTS, OBSERVATIONS, REASONS FOR SUBMISSION**
| ILLNESS | IMPAIRED USAGE | ROUTINE SURVEIL | INTERRUPTION IN CHLORINATION |
| TASTE/ODOR | STANDARDS VIOL. | [X] SPECIAL STUDY | REPAIRS IN DISTRIBUTION SYSTEM |
| TURBIDITY | FISHKILL | NEW EQUIP. OR PROC. | IMPROPER SHIELDING OF WELL |
| COLOR | ALGAE, WEEDS | EQUIP. FAILURE | APPARENT SOURCE OF POLLUTION |
| CORROSION | NATURAL DISASTER | OTHER | OTHER |

SOURCE OF POLLUTION
DISTANCE ___ TYPE ___
TYPE OF WELL CONST.: ___
CHARACTER OF SOIL: ___
OTHER OBSERV. ___

REPORT RESULTS TO (NO. OF COPIES): CO 2 RO 2 LPHE 2  LHO 2 FED 0  ENTER 0, 1, OR 2
ATTENTION OF: R Pullin
(10 CHARACTERS MAX.)
SUBMITTED BY: E P Smith   TITLE: ___

**DATA AND FIELD MEASUREMENTS**
CLOUD COVER (%) ___   WATER TEMP.°C ___
AIR TEMP.°C ___       pH (UNITS) ___
ODOR CODE ___         COND. ___
ODOR INTENSITY ___    DISS. OXYGEN mg/l ___
TURBIDITY ___         COLOR CODE ___
SUSP. MATTER ___      BOTTOM DEPOSITS ___
FLOW M gal/day ___    1-MUD  2-SLUDGE
FLOW cu ft/sec ___    3-SILT 4-ROCKY

**TREATMENT DATA**
PRECHLORINATION  lb/M gal. ___
POSTCHLORINATION lb/M gal. ___
RESIDUAL CHLORINE mg/l ___
COAGULANTS OR OTHER ADDITIONS:
TYPE ___
AMOUNT ___  UNITS ___
1-LIME  4-POLYELECTROLYTE
2-ALUM  5-AMMONIA
3-IRON  6-OTHER

EHC-2

NGINS000619207

**1977 DIVISION OF LABORATORIES AND RESEARCH-ENVIRONMENTAL HEALTH CENTER**
ALBANY, N.Y. 12201
Chain of Custody
REQUEST FOR ANALYSIS  EPC 1/4/77 - K

d65

| FOR LAB USE ONLY | LAB ACCES NO. 77 17 00 039 : SAMPLE REC'D. 01 04 16 :<br>YEAR  LAB  ACC. NO.            MONTH DAY HOUR<br>TESTING PATTERN 9.6  NUMBER OF RECORDS 1 : JAN 5 |

PROGRAM CODE 520 : NAME Barron of Industrial Wastes

**SAMPLING SITE**
NO. of SAMPLES IN SHIPMENT

A. NUMBERED STATION-STA. (SOURCE) NO. ⎣⎯⎯⎯⎯⎯⎯⎯⎯⎦ :
B. UNNUMBERED SITE-DRAINAGE BASIN NO. ⎣1⎦7⎦ : N.Y. GAZETTEER NO. ⎣2⎦9⎦5⎦2⎦ :
LOCATION (CITY OR TOWN) Oyster Bay _____ COUNTY Nassau
LATITUDE ⎣4⎦⎯⎯⎯⎯⎦ "N LONGITUDE ⎣7⎦⎯⎯⎯⎦ "W :

COMMON NAME, SUBWATERSHED, MILE POINT H,O,O,K,E,R, ,C,H,E,M,I,C,A,L, ,C,O,
K,F,, ,N,E,W, ,S,O,U,T,H, ,R,D, ,H,I,C,K,S,V,I,L,L,E, ,G,R,O,U,N,D,W,A,T,
E,R, ⎣⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎦ :     (75 CHAR. MAX.)

EXACT DESCRIPTION OF SITE C,O,N,C,R,E,T,E, ,H,O,L,D,I,N,G, ,T,A,N,K,
(50 CHARACTERS MAX.)  S,A,M,P ⎣⎯⎯⎯⎯⎯⎯⎦ :

**TIME OF SAMPLING**
GRAB/COMPOSITE FINISH 01 04 11 :
                       MONTH DAY HOUR
COMPOSITE START ⎣⎯⎦⎣⎯⎯⎦ : ELAPSED TIME: _____ . _____
                 DAY  HOUR                     DAYS   HOURS
COMPOSITE ACCORDING TO TIME: _____ ML. EVERY _____ MIN.
COMPOSITE ACCORDING TO FLOW: VOLUME REPRESENTED BY SAMPLE _____

TYPE OF SAMPLE (SELECT FROM LIST) 3,7 : DESCRIPTION: MISC. LIQ WASTE

**COMPLAINTS, OBSERVATIONS, REASONS FOR SUBMISSION**

| ☐ ILLNESS | ☐ IMPAIRED USAGE | ☐ ROUTINE SURVEIL | ☐ INTERRUPTION IN CHLORINATION |
| ☐ TASTE/ODOR | ☐ STANDARDS VIOL. | ☒ SPECIAL STUDY | ☐ REPAIRS IN DISTRIBUTION SYSTEM |
| ☐ TURBIDITY | ☐ FISHKILL | ☐ NEW EQUIP. OR PROC. | ☐ IMPROPER SHIELDING OF WELL |
| ☐ COLOR | ☐ ALGAE, WEEDS | ☐ EQUIP. FAILURE | ☐ APPARENT SOURCE OF POLLUTION |
| ☐ CORROSION : | ☐ NATURAL DISASTER : | ☐ OTHER : | ☐ OTHER |

SOURCE OF POLLUTION
DISTANCE _____ TYPE _____

REPORT RESULTS    CO 2  RO 2  LPHE 2
TO (NO. OF COPIES): LHO 2  FED 2  1 : ENTER 0, 1, OR 2

TYPE OF WELL CONST.: _____

ATTENTION OF: ⎣2⎦⎣F,O,B,I,N⎦ :
(10 CHARACTERS MAX.)
C. Pruitt / Chairman
SUBMITTED BY                TITLE

CHARACTER OF SOIL: _____
OTHER OBSERV.: _____

**DATA AND FIELD MEASUREMENTS** | **TREATMENT DATA**

| CLOUD COVER (%) ⎣⎯⎯⎦ | WATER TEMP.°C ⎣⎯⎯⎦ | PRECHLORINATION lb/M gal. _____ |
| AIR TEMP.°C ⎣⎯⎯⎦ | pH (UNITS) ⎣⎯⎯⎦ | POSTCHLORINATION lb/M gal. _____ |
| ODOR CODE _____ | COND. ⎣⎯⎯⎦ | RESIDUAL CHLORINE mg/1 _____ |
| ODOR INTENSITY ⎣⎦ | DISS. OXYGEN mg/1 ⎣⎯⎯⎦ | COAGULANTS OR OTHER ADDITIONS: |
| TURBIDITY _____ | COLOR CODE ⎣⎯⎯⎦ | TYPE _____ |
| SUSP. MATTER _____ | BOTTOM DEPOSITS ⎣⎦ | AMOUNT _____ UNITS |
| FLOW M gal/day _____ | 1-MUD  2-SLUDGE | 1-LIME  4-POLYELECTROLYTE |
| FLOW cu ft/sec _____ | 3-SILT  4-ROCKY | 2-ALUM  5-AMMONIA |
|  |  | 3-IRON  6-OTHER |

EHC-2

NGINS000619208

## NEW YORK STATE DEPARTMENT OF HEALTH
### DIVISION OF LABORATORIES AND RESEARCH-ENVIRONMENTAL HEALTH CENTER
ALBANY, N.Y. 12201

**REQUEST FOR ANALYSIS**

**FOR LAB USE ONLY**

LAB ACCES NO.: 77 17 09030   YEAR / LAB / ACC. NO.
SAMPLE REC'D: 01 / 94 / 16   MONTH / DAY / HOUR
TESTING PATTERN: 53   NUMBER OF RECORDS: 1

PROGRAM CODE: 520   NAME: _____

**SAMPLING SITE NO. OF SAMPLES IN SHIPMENT**

A. NUMBERED STATION-STA. (SOURCE) NO.: _____
B. UNNUMBERED SITE-DRAINAGE BASIN NO.: __  N.Y. GAZETTEER NO.: 2113
LOCATION (CITY OR TOWN): _____   COUNTY: Nassau
LATITUDE: 41° __' __"N   LONGITUDE: 7_° __' __"W

COMMON NAME, SUBWATERSHED, MILE POINT: Hook Creek ... (75 CHAR. MAX.)

EXACT DESCRIPTION OF SITE (50 CHARACTERS MAX.): Gasoline Tower Clean Down Sample

**TIME OF SAMPLING**

GRAB/COMPOSITE FINISH: __ / 04 / 12   MONTH / DAY / HOUR
COMPOSITE START: __ / __ / __ DAY / HOUR   ELAPSED TIME: ___ DAYS ___ HOURS
COMPOSITE ACCORDING TO TIME: ___ ML. EVERY ___ MIN.
COMPOSITE ACCORDING TO FLOW: VOLUME REPRESENTED BY SAMPLE ___

TYPE OF SAMPLE (SELECT FROM LIST): __   DESCRIPTION: Misc Liq Waste

### COMPLAINTS, OBSERVATIONS, REASONS FOR SUBMISSION

- [ ] ILLNESS
- [ ] TASTE/ODOR
- [ ] TURBIDITY
- [ ] COLOR
- [ ] CORROSION
- [ ] IMPAIRED USAGE
- [ ] STANDARDS VIOL.
- [ ] FISHKILL
- [ ] ALGAE, WEEDS
- [ ] NATURAL DISASTER
- [ ] ROUTINE SURVEIL
- [x] SPECIAL STUDY
- [ ] NEW EQUIP. OR PROC.
- [ ] EQUIP. FAILURE
- [ ] OTHER
- [ ] INTERRUPTION IN CHLORINATION
- [ ] REPAIRS IN DISTRIBUTION SYSTEM
- [ ] IMPROPER SHIELDING OF WELL
- [ ] APPARENT SOURCE OF POLLUTION
- [ ] OTHER

SOURCE OF POLLUTION
DISTANCE ___ TYPE ___
TYPE OF WELL CONST.: ___
CHARACTER OF SOIL: ___
OTHER OBSERV.: ___

REPORT RESULTS TO (NO. OF COPIES): CO 2  RO 2  LPHE 2  LHO 2  FED 2  0: ENTER 0, 1, OR 2

ATTENTION OF: Zirolin (10 CHARACTERS MAX.)
SUBMITTED BY: ___   TITLE: ___

### DATA AND FIELD MEASUREMENTS

| | | TREATMENT DATA |
|---|---|---|
| CLOUD COVER (%) | WATER TEMP. °C | PRECHLORINATION lb/M gal. |
| AIR TEMP. °C | pH (UNITS) | POSTCHLORINATION lb/M gal. |
| ODOR CODE | COND. | RESIDUAL CHLORINE mg/l |
| ODOR INTENSITY | DISS. OXYGEN mg/l | COAGULANTS OR OTHER ADDITIONS: |
| TURBIDITY | COLOR CODE | TYPE |
| SUSP. MATTER | BOTTOM DEPOSITS | AMOUNT |
| FLOW M gal/day | 1-MUD  2-SLUDGE | 1-LIME  4-POLYELECTROLYTE |
| FLOW cu ft/sec | 3-SILT  4-ROCKY | 2-ALUM  5-AMMONIA |
| | | 3-IRON  6-OTHER |

EHC-2

NGINS000619209

51-15-5 (12/76)

NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION
ALBANY, NEW YORK 12233

RECEIVED Part 2
Page 1 of 3

INDUSTRIAL CHEMICAL SURVEY - 1977

PART I

DIVISION OF PURE WATERS
BUREAU OF INDUSTRIAL PROGRAMS

PLEASE COMPLETE AND RETURN TO THE ABOVE ADDRESS, ATTENTION: INDUSTRIAL CHEMICAL SURVEY

| COMPANY NAME | | | SIC CODE (if known) | OFFICE USE ONLY |
|---|---|---|---|---|
| GRUMMAN AEROSPACE CORPORATION | | | 3721 | 77703 |
| COMPANY MAILING ADDRESS | CITY | | STATE | ZIP CODE |
| Grumman Aerospace Corporation | Bethpage | | New York | 11714 |
| PLANT NAME (if different) Naval Industrial Reserve Plant, DOD #466 | CONTACT NAME John Ohlmann, Pl. 30/Dept. 296 | | TELEPHONE Area (516) 575-2385 | |
| PLANT ADDRESS (if different) Street Swan Pond Road | CITY Calverton | | STATE N.Y. | ZIP CODE 11933 |

PRINCIPAL BUSINESS OF PLANT

Final Assembly and Flight Development Test

NOTE: (If parent company, give name and addresses of all divisions, subsidiaries, etc. located in New York State. A separate questionnaire is to be completed and submitted for each.)

non-feilable
1-30003A

PART II
Discharge Information

**WATER**

1. Does your plant discharge liquid wastes to a municipally owned sanitary sewer system?    ☐ Yes ☒ No
   Name of System _____
2. Is your facility permitted to discharge liquid wastes under a State (SPDES) or Federal (NPDES) permit?   Permit Number [0][0][2][5][4][5][3]    ☒ Yes ☐ No
3. Do you discharge liquid wastes in any other manner? ................................    ☐ Yes ☒ No
   Explain _____

If any of the above are "Yes":
   a. Do you discharge process or chemical wastes — (i.e. water used in manufacturing including direct contact cooling water and scrubber water)? ....................    ☐ Yes ☒ No
   b. Do you discharge non-contact cooling water? ....................    ☒ Yes ☐ No
   c. Do you discharge collected storm drainage only? ....................    ☒ Yes ☐ No
   d. Do you discharge sanitary wastes only? ....................    ☒ Yes ☐ No

**AIR**

1. Does your facility have sources of possible emissions to the atmosphere? ....................    ☒ Yes ☐ No
2. Enter Location and Facility Code as shown on your Air Pollution Control Application for Permits and Certification (if applicable)  [4][7][3][0][0][0][0][6][6][4]

**SOLID AND LIQUID WASTES**

1. List Name and Address of Firm (Including yourself) removing wastes other than office and cafeteria refuse.

   | Name | de Vito Cesspool Service Inc. | | | |
   |---|---|---|---|---|
   | Address | 149 Allen Blvd. | City E. Farmingdale | State New York | Zip Code 11735 |
   | Name | Thomas Paterson Inc. | | | |
   | Address | 102 Third St. | City Brooklyn | State New York | Zip Code 11231 |

2. List Location(s) of Landfill(s) owned and used by your facility.     Active  Inactive

   1. Riverhead Town Dump     ☒  ☐
   2. _____     ☐  ☐

**PESTICIDES**

1. Does this facility:
   Manufacture Pesticides or Pesticide Product Ingredients? ....................    ☐ Yes ☒ No
   Produce Pesticides or Pesticide Product Ingredients? ....................    ☐ Yes ☒ No
   Formulate Pesticides? ....................    ☐ Yes ☒ No
   Repackage Pesticides? ....................    ☐ Yes ☒ No
2. EPA Establishment Number [    ][    ]-[    ]-[    ]

NGINS000619210