UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TRAVELERS INDEMNITY COMPANY, :
TRAVELERS INDEMNITY COMPANY OF :
CONNECTICUT, formerly known as TRAVELERS :
INDEMNITY COMPANY OF RHODE ISLAND, :
TRAVELERS CASUALTY AND SURETY :
COMPANY, formerly known as THE AETNA :
CASUALTY AND SURETY COMPANY, and :
TRAVELERS PROPERTY CASUALTY :
COMPANY OF AMERICA, formerly known as :
TRAVELERS INDEMNITY COMPANY OF :
ILLINOIS, :
:
                Plaintiffs, :
:
                vs. :
:
NORTHROP GRUMMAN CORPORATION, :
successor in interest to GRUMMAN :
CORPORATION, NORTHROP GRUMMAN :
SYSTEMS CORPORATION, successor in interest :
to GRUMMAN AEROSPACE CORPORATION, :
:
                Defendants, :
:
*and* :
:
CENTURY INDEMNITY COMPANY, eventual :
successor in interest to INSURANCE COMPANY :
OF NORTH AMERICA, :
:
                Nominal Defendant. :
:
------------------------------------------------------------------x

CASE NO.: 1:12-cv-03040-KBF

**NOTICE OF TRAVELERS' MOTION FOR PARTIAL SUMMARY JUDGMENT THAT THE 1983 AND 1984 ENVIRONMENTAL HAZARD POLICIES DO NOT COVER THE BETHPAGE FACILITY CLAIM**

**ORAL ARGUMENT REQUESTED**

**ECF CASE**

**NOTICE OF TRAVELERS' MOTION FOR PARTIAL SUMMARY JUDGMENT
THAT THE 1983 AND 1984 ENVIRONMENTAL HAZARD POLICIES
DO NOT COVER THE BETHPAGE FACILITY CLAIM**

PLEASE TAKE NOTICE THAT, Plaintiff and Counterclaim Defendant The Travelers Indemnity Company ("Travelers"), by and through its undersigned attorneys, will move this Court, before the Honorable Katherine B. Forrest, at the Daniel Patrick Moynihan United States

Courthouse, 500 Pearl Street, New York, New York 10007, for an Order granting Travelers partial summary judgment pursuant to Federal Rule of Civil Procedure 56(a).

Travelers respectfully requests that the Court grant its motion for partial summary judgment that the 1983 and 1984 Environmental Hazard Policies do not cover the Bethpage Facility claim (as that claim is defined in the motion papers).

Respectfully submitted:

Dated: July 29, 2013  By: */s/ Mary Beth Forshaw*
       New York, New York

    Mary Beth Forshaw
    Lynn K. Neuner
    Meghan E. Cannella
    Rae C. Adams

    SIMPSON THACHER & BARTLETT LLP
    425 Lexington Avenue
    New York, N.Y.  10017-3954
    Telephone:  (212) 455-2000
    Facsimile:   (212) 455-2502
    mforshaw@stblaw.com
    lneuner@stblaw.com
    mcannella@stblaw.com
    radams@stblaw.com

    *Attorneys for Plaintiff The Travelers Indemnity Company*