UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, formerly known as TRAVELERS INDEMNITY COMPANY OF RHODE ISLAND, TRAVELERS CASUALTY AND SURETY COMPANY, formerly known as THE AETNA CASUALTY AND SURETY COMPANY, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, formerly known as TRAVELERS INDEMNITY COMPANY OF ILLINOIS, | **CASE NO.: 1:12-cv-03040-KBF** <br><br> **NOTICE OF TRAVELERS' MOTION FOR SUMMARY JUDGMENT REGARDING THE COMMUNITY PARK** |
| Plaintiffs, | |
| vs. | **ORAL ARGUMENT REQUESTED** |
| NORTHROP GRUMMAN CORPORATION, successor in interest to GRUMMAN CORPORATION, NORTHROP GRUMMAN SYSTEMS CORPORATION, successor in interest to GRUMMAN AEROSPACE CORPORATION, | **ECF CASE** |
| Defendants, | |
| *and* | |
| CENTURY INDEMNITY COMPANY, eventual successor in interest to INSURANCE COMPANY OF NORTH AMERICA, | |
| Nominal Defendant. | |

-----------------------------------------------------------------x

**NOTICE OF TRAVELERS' MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE THAT, Plaintiffs and Counterclaim Defendants The Travelers Indemnity Company; The Travelers Indemnity Company of Connecticut, formerly known as The Travelers Indemnity Company of Rhode Island; Travelers Casualty and Surety Company,

formerly known as The Aetna Casualty and Surety Company; and Travelers Property Casualty Company of America, formerly known as The Travelers Indemnity Company of Illinois (collectively, "Travelers"), by and through its undersigned attorneys, will move this Court, before the Honorable Katherine B. Forrest, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order granting Travelers summary judgment pursuant to Federal Rule of Civil Procedure 56(a).

Travelers respectfully requests that the Court grant its motion for summary judgment that Travelers has no obligation to provide coverage for Bethpage Community Park-related claims, now or in the future, under the Travelers policies with pollution exclusions and under all policies based on statute of limitations and late notice grounds.

Respectfully submitted:

Dated: October 17, 2013  By: */s/ Mary Beth Forshaw*
    New York, New York      Mary Beth Forshaw
                            Lynn K. Neuner
                            Meghan E. Cannella
                            Rita K. Maxwell

                            SIMPSON THACHER & BARTLETT LLP
                            425 Lexington Avenue
                            New York, N.Y.  10017-3954
                            Telephone:  (212) 455-2000
                            Facsimile:   (212) 455-2502
                            mforshaw@stblaw.com
                            lneuner@stblaw.com
                            mcannella@stblaw.com
                            rita.maxwell@stblaw.com

                            *Attorneys for Plaintiffs The Travelers Indemnity Company, The Travelers Indemnity Company of Connecticut, Travelers Casualty and Surety Company, and Travelers Property Casualty Company of America*