UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, formerly known as TRAVELERS INDEMNITY COMPANY OF RHODE ISLAND, TRAVELERS CASUALTY AND SURETY COMPANY, formerly known as THE AETNA CASUALTY AND SURETY COMPANY, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, formerly known as TRAVELERS INDEMNITY COMPANY OF ILLINOIS, | **CASE NO.:  1:12-cv-03040-KBF** |
| Plaintiffs, | **NOTICE OF TRAVELERS' MOTION FOR SUMMARY JUDGMENT REGARDING THE BETHPAGE FACILITY** |
| vs. | **ORAL ARGUMENT REQUESTED** |
| NORTHROP GRUMMAN CORPORATION, successor in interest to GRUMMAN CORPORATION, NORTHROP GRUMMAN SYSTEMS CORPORATION, successor in interest to GRUMMAN AEROSPACE CORPORATION, | **ECF CASE** |
| Defendants, | |
| *and* | |
| CENTURY INDEMNITY COMPANY, eventual successor in interest to INSURANCE COMPANY OF NORTH AMERICA, | |
| Nominal Defendant. | |

-----------------------------------------------------------------x

**NOTICE OF TRAVELERS' MOTION FOR SUMMARY JUDGMENT
REGARDING THE BETHPAGE FACILITY**

**PLEASE TAKE NOTICE THAT**, Plaintiffs and Counterclaim Defendants The Travelers Indemnity Company; The Travelers Indemnity Company of Connecticut, formerly known as The Travelers Indemnity Company of Rhode Island; Travelers Casualty and Surety Company,

formerly known as The Aetna Casualty and Surety Company; and Travelers Property Casualty Company of America, formerly known as The Travelers Indemnity Company of Illinois (collectively, "Travelers"), by and through its undersigned attorneys, will move this Court, before the Honorable Katherine B. Forrest, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order granting Travelers summary judgment pursuant to Federal Rule of Civil Procedure 56(a).

Travelers respectfully requests that the Court grant its motion for summary judgment that there is no coverage for the Bethpage Facility under the Travelers policies because coverage is excluded by pollution exclusions in certain policies and because Grumman violated the notice provisions of all of the Travelers policies and the voluntary payments provisions of the Travelers primary policies.

Respectfully submitted:

Dated: October 21, 2013
      New York, New York

By: */s/ Mary Beth Forshaw*
    Mary Beth Forshaw
    Lynn K. Neuner
    Meghan E. Cannella
    Medora M. Akers

    SIMPSON THACHER & BARTLETT LLP
    425 Lexington Avenue
    New York, N.Y. 10017-3954
    Telephone: (212) 455-2000
    Facsimile: (212) 455-2502
    mforshaw@stblaw.com
    lneuner@stblaw.com
    mcannella@stblaw.com
    medora.akers@stblaw.com

    *Attorneys for Plaintiffs The Travelers Indemnity Company, The Travelers Indemnity Company of Connecticut, Travelers Casualty and Surety Company, and Travelers Property Casualty Company of America*