UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TRAVELERS INDEMNITY CO., et al.,

          Plaintiffs,

-v-

NORTHROP GRUMMAN CORP., et al.,    :    12 Civ. 3040 (KBF)

          Defendants,    :    ORDER

and

CENTURY INDEMNITY CO., eventual
successor in interest to INSURANCE CO. OF
NORTH AMERICA,

          Nominal Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 31 2013

KATHERINE B. FORREST, District Judge:

      On Thursday, October 31, 2013, the Court separately filed under seal an Opinion & Order denying Northrop Grumman Corp.'s motion for reconsideration (ECF No. 243), granting Travelers Indemnity Co.'s motion for partial summary judgment (ECF No. 250), and granting Travelers and Century Indemnity Co.'s motion for partial summary judgment (ECF No. 238).

The Court notes that numerous documents related to those motions were filed under seal. The Court has filed its Opinion & Order under seal. However, the Court does not deem any of the materials cited in the Opinion to require such confidential treatment. Accordingly, the Court intends to unseal its Opinion & Order within 24 hours.

SO ORDERED.

Dated:   New York, New York
         October 31, 2013

                                          _____
                                          KATHERINE B. FORREST
                                          United States District Judge