UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, formerly known as TRAVELERS INDEMNITY COMPANY OF RHODE ISLAND, TRAVELERS CASUALTY AND SURETY COMPANY, formerly known as THE AETNA CASUALTY AND SURETY COMPANY, AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, formerly known as TRAVELERS INDEMNITY COMPANY OF ILLINOIS, <br><br>Plaintiffs, <br><br>v. <br><br>NORTHROP GRUMMAN CORPORATION, NORTHROP GRUMMAN SYSTEMS CORPORATION, <br><br>Defendants, <br><br>*and* <br><br>CENTURY INDEMNITY COMPANY, eventual successor in interest to INSURANCE COMPANY OF NORTH AMERICA, <br><br>Nominal Defendant. | 12-CV-03040 (KBF)(FM) <br><br>SEALING ORDER <br><br>ECF CASE |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 0 9 2013
```

UPON THE APPLICATION OF movants Northrop Grumman Corporation and Northrop Grumman Systems Corporation ("Northrop Grumman") for an order sealing their Memorandum of Law in Opposition to Travelers' Motion for Summary Judgment Regarding the Bethpage Facility, their Responses to Travelers' "Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1 in Support of Travelers' Motion for Summary Judgment Regarding the Bethpage Facility" and Statement of Additional Material Facts, and the

Declaration of Shelli L. Calland, all of which attach, reference, cite, quote and/or paraphrase documents that have been designated "CONFIDENTIAL," and consistent with the Stipulated Protective Order entered September 25, 2012 and good cause to do so having been found, it is hereby

ORDERED that the following documents be filed under seal: (i) Northrop Grumman's Memorandum of Law in Opposition to Travelers' Motion for Summary Judgment Regarding the Bethpage Facility; (ii) Northrop Grumman's Responses to Travelers' "Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1 in Support of Travelers' Motion for Summary Judgment Regarding the Bethpage Facility" and Statement of Additional Material Facts; and (iii) the Declaration of Shelli L. Calland, Esq., in Support of Northrop Grumman's Opposition to Travelers' Motion for Summary Judgment Regarding the Bethpage Facility; and it is further

ORDERED that the aforementioned documents shall be filed under seal and the public shall not have access to it; and it is further

ORDERED that the sealed records that have been filed with the clerk shall be removed by the party submitting it (1) within ninety (90) days after a final decision is rendered if no appeal is taken, or (2) if an appeal is taken, within thirty (30) days after final disposition of the appeal. Parties failing to comply with this order shall be notified by the clerk that, should they fail to remove the sealed records within thirty (30) days, the clerk may dispose of them.

IT IS SO ORDERED, this 9th day of December 2013

_____
United States District Judge