UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, formerly known as TRAVELERS INDEMNITY COMPANY OF RHODE ISLAND, TRAVELERS CASUALTY AND SURETY COMPANY, formerly known as THE AETNA CASUALTY AND SURETY COMPANY, AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, formerly known as TRAVELERS INDEMNITY COMPANY OF ILLINOIS, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHROP GRUMMAN CORPORATION, NORTHROP GRUMMAN SYSTEMS CORPORATION, <br><br> Defendants, <br><br> *and* <br><br> CENTURY INDEMNITY COMPANY, eventual successor in interest to INSURANCE COMPANY OF NORTH AMERICA, <br><br> Nominal Defendant. | 12-CV-03040 (KBF) <br><br><br> **CERTIFICATE OF SERVICE** <br><br> ECF CASE |

      I hereby certify that I caused a true and correct copy of **Northrop Grumman Corporation and Northrop Grumman Systems Corporation's** (collectively, "Northrop Grumman's") **Opposition to the Insurers' Motion to Exclude the Expert Testimony of Dennis R. Connolly**, including Northrop Grumman's Memorandum of Law in Opposition to the Insurers' Motion to Exclude the Expert Testimony of Dennis R Connolly, and the supporting Declaration of Dennis R. Connolly, Esq., to be served by regular mail upon the following

counsel of record to the within action at their last known addresses on the 10th day of January 2014:

>Mary Beth Forshaw
>Lynn K. Neuner
>Simpson Thatcher & Bartlett LLP
>425 Lexington Avenue
>New York, NY 10017-3954
>
>Shane R. Heskin
>John J. Lawson
>Robert Walsh
>White and Williams LLP
>1650 Market Street
>One Liberty Place, Suite 1800
>Philadelphia, PA 19103-7395

Dated: January 10, 2014                         COVINGTON & BURLING LLP

By:  s/ Shelli L. Calland
       Shelli L. Calland

William F. Greaney
Eric C. Bosset
Georgia Kazakis
Laird Hart
Thomas L. Cubbage III
Shelli L. Calland
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-6000
ebosset@cov.com

*Attorneys for Northrop Grumman Corporation and Northrop Grumman Systems Corporation*