# COVINGTON

BEIJING   BRUSSELS   DUBAI   JOHANNESBURG   LONDON
LOS ANGELES   NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 6000

VIA ECF

May 15, 2018

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *The Travelers Indem. Co., et al. v. Northrop Grumman Corp., et al.*,
      Case No. 1:16-cv-08778-KBF [rel. 1:12-cv-03040-KBF]

Dear Judge Forrest:

We write on behalf of Northrop Grumman to respectfully request that the Court grant Northrop Grumman leave to file a 5-page reply in support of its sealed motion to stay on or before Friday, May 18 at noon.

Northrop Grumman believes a short reply is merited for several reasons.  First, the Insurers' sealed opposition raises important issues that warrant response.  Moreover, Northrop Grumman respectfully submits that the Court would benefit from a more complete and accurate record.  Second, the parties had agreed to, and the Court had approved, a briefing schedule that included a reply.  The briefing schedule was discussed during a telephonic status conference with Court on April 20, 2018, portions of which the Court sealed pursuant to Northrop Grumman's motion to seal which expressly referenced the reply brief. *See* ECF No. 102 at 1.

Respectfully submitted,

So Ordered.
5/16/2018

*/s/ K. B. Forrest*

Georgia Kazakis
Daniel L. Russell Jr.

cc: All Counsel of Record via ECF

DC: 6722919-1