UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, formerly known as THE TRAVELERS INDEMNITY COMPANY OF RHODE ISLAND, TRAVELERS CASUALTY AND SURETY COMPANY, formerly known as THE AETNA CASUALTY AND SURETY COMPANY, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, formerly known as THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS, <br><br>    Plaintiffs, <br><br> vs. <br><br> NORTHROP GRUMMAN CORPORATION, NORTHROP GRUMMAN SYSTEMS CORPORATION, <br><br>    Defendants, <br><br> *and* <br><br> CENTURY INDEMNITY COMPANY, eventual successor in interest to INSURANCE COMPANY OF NORTH AMERICA, <br><br>    Nominal Defendant. | **CASE NO. 1:16-cv-08778-LGS** <br> **[rel. 1:12-cv-03040-KBF]** <br><br><br><br> **ECF CASE** |

-----------------------------------------------------------------x

## ~~[PROPOSED]~~ ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the reading and filing of the Motion to Withdraw as Counsel and Affirmation of Robert Arnay, it is:

ORDERED, that, pursuant to Rule 1.4 of the Local Rules of the Southern District of New York, Robert Arnay is hereby permitted to withdraw as counsel of record for Plaintiffs The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut (collectively "Travelers");

ORDERED, that the Clerk shall amend the docket and other court records to reflect the withdrawal of Robert Arnay as counsel of record for Travelers;

ORDERED, that Robert Arnay shall be removed from all electronic and other service lists in the Court's records for this matter.

SO ORDERED.

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: _____September 11, 2023_____