**COVINGTON**

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

July 31, 2026

Via ECF

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

Re:    Newsday's Motion to Unseal in *The Travelers Indem. Co., et al. v. Northrop Grumman Corp., et al.* (12-cv-3040-LGS) (closed Sept. 2015)

Dear Judge Schofield:

Northrop Grumman ("NG") respectfully requests that the Court extend by two weeks the August 12, 2026 deadline set forth in the Court's July 29, 26 Order (ECF 732) for the filing of documents referenced in the Order.[1] Undersigned counsel for NG will be on vacation and traveling internationally from August 1 through August 12. During this time, counsel will not have access to email or the case files. This request is made in good faith and not for delay.

Counsel for NG has conferred with counsel for Newsday and counsel for Travelers. Newsday does not oppose this request. Travelers does not oppose the request.

Therefore, NG respectfully requests that the Court extend the deadline set forth in the July 29 Order (ECF 732) from August 12, 2026 to August 26, 2026.

Respectfully submitted,

COVINGTON & BURLING LLP

By:  _/s/ Daniel L. Russell Jr._
      Daniel L. Russell Jr.
      Timothy D. Greszler
      One CityCenter
      850 Tenth Street, NW
      Washington, DC 20001-4956
      Tel: (202) 662-6000
      drussell@cov.com
      tgreszler@cov.com

*Attorneys for Defendants Northrop*

---

[1] The Order is dated July 29 but was received on July 30.

**COVINGTON**

*Grumman Corporation and Northrop*
*Grumman Systems Corporation*