COVINGTON

BEIJING BOSTON BRUSSELS DUBAI FRANKFURT
JOHANNESBURG LONDON LOS ANGELES NEW YORK
PALO ALTO SAN FRANCISCO SEOUL SHANGHAI WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

July 31, 2026

Via ECF

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

**Re: Newsday's Motion to Unseal in *The Travelers Indem. Co., et al. v. Northrop Grumman Corp., et al.* (12-cv-3040-LGS) (closed Sept. 2015)**

Dear Judge Schofield:

Northrop Grumman ("NG") respectfully requests that the Court extend by two weeks the August 12, 2026 deadline set forth in the Court's July 29, 26 Order (ECF 732) for the filing of documents referenced in the Order.[1] Undersigned counsel for NG will be on vacation and traveling internationally from August 1 through August 12. During this time, counsel will not have access to email or the case files. This request is made in good faith and not for delay.

Counsel for NG has conferred with counsel for Newsday and counsel for Travelers. Newsday does not oppose this request. Travelers does not oppose the request.

Therefore, NG respectfully requests that the Court extend the deadline set forth in the July 29 Order (ECF 732) from August 12, 2026 to August 26, 2026.

Respectfully submitted,

COVINGTON & BURLING LLP

By: */s/ Daniel L. Russell Jr.*
Daniel L. Russell Jr.
Timothy D. Greszler
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: (202) 662-6000
drussell@cov.com
tgreszler@cov.com

*Attorneys for Defendants Northrop*

Application **GRANTED**. The deadline for filing the documents referenced in the Opinion & Order dated July 29, 2026 (Dkt. 732) is **ADJOURNED** from August 12, 2026, to **August 26, 2026**.

The Clerk of Court is respectfully requested to close the motion at Dkt. 733.

Dated: August 3, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

[1] The Order is dated July 29 but was received on July 30.

COVINGTON

*Grumman Corporation and Northrop*
*Grumman Systems Corporation*