Originally filed under seal at Docket 112 on Feb. 22, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, formerly known as TRAVELERS INDEMNITY COMPANY OF RHODE ISLAND, TRAVELERS CASUALTY AND SURETY COMPANY, formerly known as THE AETNA CASUALTY AND SURETY COMPANY, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, formerly known as TRAVELERS INDEMNITY COMPANY OF ILLINOIS,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHROP GRUMMAN CORPORATION, successor in interest to GRUMMAN CORPORATION, NORTHROP GRUMMAN SYSTEMS CORPORATION, successor in interest to GRUMMAN AEROSPACE CORPORATION,<br><br>Defendants,<br><br>*and*<br><br>CENTURY INDEMNITY COMPANY, eventual successor in interest to INSURANCE COMPANY OF NORTH AMERICA,<br><br>Nominal Defendant. | CASE NO.: 1:12-cv-03040-KBF<br><br>**TRAVELERS' RESPONSE TO "NORTHROP GRUMMAN'S STATEMENT OF ADDITIONAL FACTS"**<br><br>**<u>ORAL ARGUMENT REQUESTED</u>**<br><br>**ECF CASE** |

**TRAVELERS' RESPONSE TO "NORTHROP GRUMMAN'S <u>STATEMENT OF ADDITIONAL FACTS"</u>**

Northrop Grumman has submitted a twenty-nine paragraph "Statement of Additional Facts" ("Northrop Grumman's Statement"). In Northrop Grumman's Statement, Northrop Grumman takes liberties with the actual facts (as the Court's review of Northrop Grumman's citations will confirm), presents immaterial or entirely irrelevant facts, and presents facts insufficient to justify a trial on the issues raised in Travelers' Motion for partial summary judgment. The facts that matter, however, are addressed in Travelers' Opening and Reply Briefs. Those undisputed facts demonstrate that Travelers is entitled to partial summary judgment.

Travelers states that no further response is required under Federal Rule of Civil Procedure 56 or Local Rule 56.1. Travelers expressly reserves all rights to contest Northrop Grumman's characterization of and/or the admissibility of documents and other material cited in Northrop Grumman's Statement, and expressly reserves all rights to further contest any or all aspects of Northrop Grumman's submission in opposition to the instant Motion for partial summary judgment.

Dated: February 22, 2013
New York, New York

By: */s/ Mary Beth Forshaw*
Mary Beth Forshaw
Lynn K. Neuner
Meghan E. Cannella

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, N.Y. 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
mforshaw@stblaw.com
lneuner@stblaw.com
mcannella@stblaw.com

*Attorneys for Plaintiffs The Travelers Indemnity Company, The Travelers Indemnity Company of Connecticut, Travelers Casualty and Surety Company, and Travelers Property Casualty Company of America*