# Exhibit 102

THE TRAVELERS MEMORANDUM

DATE January 19, 1977

TO Regional Asst Richard Schultz, CP Claim, HO

WATER POLLUTION - GRUMMAN

I attended a meeting at Grumman on 1-17-77 with Manager O'Connell and Ed Richmond of our Engineering Department. Those present from Grumman were Thomas Cunniffe, Director Engineering Department; John Ohlmann, Manager Environmental Control; John McNamara, Manager Maintenance; Dr. Robert Jessup, Medical Director and Dr. Fagan, Associate Medical Director.

This meeting was very informative and the Grumman personnel were extremely cooperative.

I had previously sent you a list of the wells, their capacity, Date of Construction, location and depth, along with a map of Grumman Corporation in Bethpage. You may make reference to these as you read this memo.

There are a total of 17 wells, but #7, 12 and A are not part of the system. In other words, they are there but have not been used in years and are not involved in this problem in any way.

Five wells are closed - #5 closed 10-8-76 at the request of Nassau County Health Department; #6 closed 9-1-75 voluntarily by GAC because of taste and odor;#8 closed 1-74 by GAC voluntarily because of taste and odor; #9 closed 12-21-74 voluntarily by GAC because of taste and odor; #14 closed 1-74 by GAC voluntarily because of taste and odor. No well was ordered closed by any organization for any reason.

Grumman owns wells # 1, 2, 3, 4, 16. The Navy owns 5, 6, 8, 9, 10, 11, 13, 14, 15. The lease agreement between the Navy and Grumman holds the Navy harmless and Grumman has complete maintenance of all wells.

Grumman initially became aware of a problem in January 1974 because of complaints of taste and odor in the drinking water. Grumman immediately did some testing on their own and discovered vinyl chloride. They immediately contacted Nassau County Health Department who also conducted tests and two wells were closed.

The testing of the water was done in accordance with Chapter II " Administrative Rules and Regulations" Part 72 Drinking Water Standards. This was and is the law, and it was adhered to by Grumman. I was left with a feeling that since vinyl chloride, trichloroethylene, tetrachloroethylene and dichloroethylene were not tested for (because they were not specifically indicated in Chapter II) that they were probably there but went undetected - see exhibit I.

The Navy has never conducted any tests and they have never given any guarantee of the quality of the water.

(cont'd)

TC4152702

M-9148 REV. 2-75 PRINTED IN U.S.A.

BSRV
Bennett
23
VG
Date: 4-11-13

RE: WATER POLLUTION - GRUMMAN January 19, 1977

The agencies involved so far in this problem are the Federal Environmental Protection Agency and Nassau County Health Department. Copies of tests made by the Nassau County Health Department will be sent to me and I will forward them to you. Grumman is extremely reluctant to submit results of tests they made in their laboratories because they feel it will just confuse the issues. They claim that the County tests are the official ones and any other test results would differ because of the way it was tested and the equipment used is different.

No agency or individual has indicated that Grumman is in violation of any safety or health codes. One big reason for this is that no levels have as yet been established for these pollutants consequently no violation!

All laws and regulations were and are complied with regarding the testing of drinking water. There are no hearings or corrective actions or penalties being considered by anyone against Grumman.

The action being taken at present to correct this problem are: Between March 1 and May 1, all plants at Bethpage will be converted to a municipal water supply for drinking water. Plants 1 and 4 have been on municipal water since 1938. Plant 2 is being converted. Plant 5 will not be finished until 8-1-77 but an alternate plan is being worked on to get proper drinking water by April.

They may use bottled water in Plant 5 until it is converted. Grumman is cooperating completely with Nassau County health Department.

The cause of this pollution of course is still conjecture but it was explained to us that it takes 10 - 20 years for chemicals to be absorbed into the ground and get into the water supply. The Hooker Chemical Company was in the area 20 years ago and were dumping vinyl chloride in the area (It was legal to do that at that time). Pittsburgh Glass was also in this area at one time and produced some of these elements.

I asked if Grumman could be the source of this problem and they gave me the following statistics:

| Element | When Used |
|---|---|
| Vinyl Chloride | Never |
| Dichloroethylene | Never |
| 112 Trichloroethelene | Used as vapor degreaser solvent |
| Tetrachloroethelyne | Limited Use |
| 122 Trichloroethelene | 1 Quart used 1½ years ago |
| 111 Trichloroethane | General Shop use |
| Chloroform | Laboratory Use Only |
| Bromodichloroethane | Never |
| Carbon Tetrachloride | Never in 15 years |
| Methalyne Chloride | Used as a stripper solvent |
| Ether | Never |

TC4152703

(cont'd)

Re: WATER POLLUTION - GRUMMAN January 19, 1977

I am attaching a letter from Dr. Dowling, Commissioner of Health - Exhibit 2. An article by Frank Goldsmith on Vinyl Chloride Exhibit 3 and an article about the closing of 2 wells - exhibit 4. I will also attach the test results if I receive them by the time I send this - if I do not have them I will forward them to you. I will also forward a copy of the Navy lease when received.

I believe I have answered all the questions you asked. I would suppose these answers will generate more questions and Grumman personnel has assured me of their complete cooperation in this matter. This will be an on going situation with more testing etc. until some standard is established. Once they are established I would feel they will be incorporated into the "Regulations for Drinking Water Standards".

Grumman has not received any claims as of this date. I am also sending you a copy of an article which appeared in Newsday on 1-18-77.

I believe I previously mentioned to you that Nassau County Health Department is reviewing all deaths due to cancer of the liver (which apparently is caused by vinyl chloride). So far they have come across 4 liver deaths. None of these 4 people were connected with Grumman in any way. Dr. Jessup also pointed out that if an autopsy were not performed at the time of death, the death certificate would be of no value.

I received some test information from Ed.Jacobs and the Navy lease agreement today and they are attached.

James A. Christian, Associate Manager
CP Claim, Garden City

JAC/sl

cc: Manager O'Connell
CP Claim, Garden City

TM4152704

Rich - please note photo of memo from Dist Mgr Close Commercial lines indicating several water districts we insure in this area. We have a liability exposure in these areas also.

when you get this - please contact Charnetski in special accounts as he wants to correspond with Ed Jacobs on this. I did not send Jacobs a copy

Regards
Jim C.