# Exhibit 103

THE TRAVELERS MEMORANDUM

Pend 7-10

DATE 1/19/77

TO / E/A/E Erickson - Eng. Div. - H.O.

From: E/S Richmond - Eng. Div. - Garden City

Subject: Grumman - Water Pollution Exposure

On January 17 the following people met at Grumman to discuss the water pollution exposure problem.

| | | |
|---|---|---|
| Tom Cunniffe | - | Director Eng. Dept. |
| John McNamara | - | Mgr. Maintenance |
| John Olmond | - | Mgr: Environmental Control |
| Dr. Jessup | - | Director of Medical Services |
| Dr. Fagan | - | Assoc. of Medical Services |
| Bill O'Connell | - | Claim Dept. Mgr. Garden City |
| Jim Christian | - | Assoc. Mgr. Claim Dept. Garden City |
| E.T.Richmond | - | Eng. Supv. - Garden City |

We learned that plans are now well underway to change all plants to Municipal water supply by May 1, 1977. at the latest and probably it will be accomplished by April 15th. This change over will be for potable water only and the present wells will still be used for air conditioning and process water.

Grumman has a total of 14 wells on their property, several of which are owned by the Navy but under the care, custody and control of our insured. Of the 14 wells, the County has recommended that 5 be shut down and it was made quite clear that at no time did the County order the wells shut down.

Well #8 shut down 1/74 voluntarily by Grumman
Well #14 " " " " "
Well #9 " " 12/21/74 " "
Well #6 " " 9/1/75 " "
Well #5 " " 10/8/76 on recommendation of County.

Wells #1,2,3,4 and 16 are owned and operated by Grumman. Wells #5,6,8,9,10, 11,13,14,15 are owned by the Navy and operated and maintained by Grumman.

The foreign substances that have been found in the well water are tetra chloroethylene, vinyl chloride, methane, dichlorethylene, trichloroethylene, tetrachloroethylene, trichlorethane, trifluoromethane, chloroform and bromo-dichloromethane.

Of these substances vinyle chloride has never been used, dichloroethylene has never been used, tetrachloroethylene has had limited use, only 1 qt. of tri-fluoromethane has been used, bromodichloromethane has never been used. It was also stated that chloroform can result from chlorination of water containing methane. All of the above substances have been found in very limited amounts down to 1 part per billion.

→ We also learned that test procedures at present are not standardized for these substances and therefore there is a wide discrepancy in the findings from one laboratory to another. It should also be remembered that there is no standard at present in N.Y. State for allowable limits of these materials in drinking water.

M-9148 REV. 2-75 PRINTED IN U.S.A.

TG4152692

BSRV Bennett 22 Date: 4-11-13 VG

TO; E/A/E Erickson - Eng. Div. - H.O.
Re: Grumman - Water Pollution Exposure

Page 2
1/19/77

To date there have been no violations issued by the State or County and we have every reason to believe that Grumman has cooperated absolutely and completely with State and County authorities.

It was also learned that there is no real practical recommendation which we could submit to eliminate the water pollutants. A charcoal filter would be effective but for the volume of water being handled such a filter would be prohibitive in price.

If it be any solace in this whole situation, other communities on Long Island are also finding pollutants in their water, leading us to believe that it is an area wide problem and not confined to Grumman.

fd

E. Richmond

cc: Ed Collerd - Newark
S. Hansen - 80 John
L.Churnetski - H.O.
J. Close - Garden City
File

TI4152693