Originally Filed at Docket No. 436

# Exhibit 104

THE TRAVELERS MEMORANDUM

DATE January 21, 1977

TO Regional Asst Schultz, CP Claim, HO

BSRV Bennett 25 Date: 4-11-13 VG

MEETING - GRUMMAN CORPORATION
RE: POSSIBLE WATER POLLUTION

I note that Mr. Christian has responded to you substantially about our meeting on January 17, 1977 at the Grumman Corporation regarding certain constituents that have been found in the water supply in Grumman.

I would like to supplement Mr. Christian's memorandum with certain other aspects of the meeting the impressed me. I do believe that after a short break-in period, the gentlemen with whom we met were convinced that we were simply trying to inform ourselves as to a possible difficult situation, and as a result, I think their cooperation was for the most part at a very high level.

At the Grumman location in Bethpage, they currently use water for three basic functions. One is that they use it as drinking water, they use it in various of their manufacturing processes and they also use it in their air conditioning system. They estimate that approximately 3% of their water supply goes to the drinking area. They have made the corporate decision at this time to convert the drinking water portion of their operation to municipal drinking water. These gentlemen estimate that by April 15 their drinking water supply will be sold to them by the Hicksville Water District and also the Bethpage Water District.

Their basic position is this, that through January of 1974, they were doing everything that they were supposed to do as far as any testing or reporting on their water supply. They do nothing to this water at all. They have all properly licensed wells, and the water is simply pumped into their systems where needed, and they have an automotic mechanical process by which it is kept up to a certain pressure. The waste waters from most areas go into what is referred to as sump areas which eventually drain back into the ground. The only standards that are apparently enforced or known by Grumman, and none of those have been suggested up to this point, are those in Chapter II, Part 72 that Mr. Christian referred to. These tests usually check on three areas. One is the bacteria count, the coloform count, and a third generalized area of minerals.There is no testing for any hydrocarbon that are required. Their position is that they have through January of 1974 conformed to all standards that were publicized and to which they felt there was an obligation on their part to come up to.

During January of 1974, they did receive some complaints from their employees regarding the taste and odor of the drinking water. They then were able to take certain of the samples of the waters, and put it through what they refer to as very sophisticated testing. It was at this point that these various hydrocarbons showed up. They alleged that they immediately went to the Nassau County Health Department, and asked for their aid and a plan to help them counter-act these substances. They indicated that none was forthcoming.

(cont'd)

TM4152699

M-9148 REV. 2-75 PRINTED IN U.S.A.

RE: MEETING - GRUMMAN CORPORATION January 21, 1977
POSSIBLE WATER POLLUTION

Since that time, further testing has been done both by the Federal Agency, the State, and an independent agency that has been employed by Grumman. Their position is that every time some administrative or governmental agency does the testing, that they do one of their own independent testings. Their position on this testing is that they are inconclusive. They showed us figures that allegedly showed testing on the same day and the testing showed certain constituents ran all the way from .54 to .09. They suggest that the wide range in results comes from the selection of the sample and the methodology in doing the testing. One simple observation which tends to make some sense is that the bottle that is used to put the sample in in some cases is filled to the top, and in other cases, was not. We are talking about certain substances which are very volatile, and if they are allowed to be in the open air or if the bottle is not completely filled they tend to dissipate into the air.

These gentlemen did lead us to believe that there are certain tentative state standards that are coming out and the worse sampling tests that they have had are very close to the standards.

I also heard today on the radio that the state is allocating a total of $125,000 to Nassau and Suffolk Counties to complete testing of all the wells in this particular area. The people at Grumman lead us to believe that both the State and the County have relatively speaking inferior testing capabilities as compared to their own capabilities. Apparently the state might very well be moving in to up their activities in this area.

We had certain other discussions regarding where these constituents might very well have come from. There is also in this area a movement to do a study of the terrain including the mapping of alleged under water rivers to see what might be involved.

It does seem that this particular problem is not isolated in the Bethpage and/or Grumman complex area. The way the situation is now developing, it appears that it is probably a problem that is somewhat widespread in both counties. Both Mr. Christian and myself will keep you informed of any further developments.

WJP

W.J. O'Connell, Manager
CP Claim, Garden City

WJO/sl

STB4152700