**Originally Filed at Docket No. 436**

# Exhibit 105b

NEWSDAY, January 14, 1977

# Tests Close Two Nassau Wells

*Suspected cancer agent is found in deepest wells yet; state issues standards for levels of organic chemicals*

By Stuart Diamond and Richard Galant

Laboratory tests have revealed the presence of a chemical suspected of causing cancer in two water supply wells deeper than any of the 15 previously closed in Nassau County, officials said yesterday. Both wells, which had been used by the South Farmingdale Water District on a standby basis, were ordered closed Wednesday.

The announcement of the latest closings came a day after officials disclosed that four Suffolk wells, including one deep well, were shut down in light of similar test results. Officials said the South Farmingdale results were contained in a report on samples taken from 27 Nassau wells, all of which showed at least traces of organic chemicals. Meanwhile, the State Health Department announced a set of interim standards setting safety levels for the presence of organic chemicals in drinking water. These are the first state standards ever set for organic chemicals.

Local officials expressed surprise and concern that the chemicals had seeped into wells as deep as the two South Farmingdale district wells, which are 575 and 650 feet deep, and a 632-foot-deep well in Amityville. "It seems obvious that the contamination by the organic chemicals has gone deeper than we had originally anticipated," a Nassau County Health Department spokesman said.

The South Farmingdale district's consulting engineer, Samuel McLendon, questioned State Health Department test results that found concentrations of trichloroethylene at or well above the state standards announced yesterday. "I have a problem believing it because of the depth of the wells," he said, adding that his firm, Holzmacher, McLendon & Murrell, would conduct its own test. George Weber, who heads the water district's board, said the two wells are used to supply water during major fires and the period of peak demand from April through September. He added that the district now has ample supplies even without the wells closed yesterday.

The crash testing of wells began last month after it was learned that wells in and around the Grumman Corp. facility in Bethpage contained organic chemicals suspected of causing cancer. Some of the chemicals are thought to have come from a chemical plant in the area. State Health Commissioner Robert C. Whalen said the latest closings should not alarm residents because only a small part of the public water supply wells in eastern Nassau and western Suffolk have been shut down.

He added that the state had tested samples from 81 of 105 wells in an area that includes the water districts of Bethpage, Hicksville, Farmingdale, South Farmingdale, East Farmingdale, Levittown, Plainview, Amityville and North Amityville as well as some of the territory served by the New York Water Service Corp. and the Suffolk County Water Authority.

Most of the well tests indicate that despite traces of organic chemicals there is no health hazard to residents, and officials have shut down any wells that appear to be unsafe, according to Whalen. Tests are continuing on the remainder of the 105 wells.

Several agencies are continuing to test Long Island wells to determine the extent of the contamination. McLendon, whose firm is conducting private sampling for 10 water districts said, "I think you're going to find traces in most of the underground water system here." He said preliminary results of his tests of 21 Bethpage and Hicksville water district wells revealed levels of the chemicals well below state standards.

"Normally, in a well field with several wells, if one is contaminated, there is a likelihood that others are also contaminated, said William Graner, chief engineer for the Suffolk Environmental Control Department. Suffolk Deputy Health Commissioner David Harris said that if wells throughout the county show contamination similar to the closed wells, they probably will have to remain open. "We have to have water," he said.

The Nassau Health Department spokesman said it was too early to judge how the closings would affect Nassau's water supply when demand reaches its peak next summer. But he said that, apart from the South Farmingdale results, the latest tests showed no significant concentrations of possibly dangerous organic chemicals in 25 wells of the 81 wells, although all the water tested had traces of such chemicals as vinyl chloride, a known cancer-causing agent, and suspected carcinogens such as chloroform. One of the two South Farmingdale wells was found to contain 200 parts per billion of trichloroethylene, a chemical once widely used as an industrial cleaning solvent. The other had 50 parts per billion.

The new state standards, which may be superseded by federal guidelines developed in a study now under way, set a limit of 10 parts per billion for vinyl chloride, 50 parts per billion for any one of the organic chemicals suspected of causing cancer and 100 parts per billion for any combination of the chemicals.

TB4152706




Newsday Map by Ed Corcoran

4152707

THE TRAVELERS MEMORANDUM

DATE 12-20-76

TO Assoc Mgr Christian, CP Claim, Garden City

Grumman - Water Pollution Problem

Thank you for your memorandum of 12-15-76 bringing this matter to our attention. Attached, please find a copy of my memorandum to Regional Director Stanek summarizing the various newspaper articles and conversations that we have had. Please read my memorandum carefully and advise as to whether or not I have correctly interpreted your comments and the newspaper articles. Obviously, this is a roundabout way of getting information and we need to get some specifics from our insured. Please impress upon the local Grumman management the importance of this information and our need for it. Feel free to call on me and the resources of home office to assist you if you run into any difficulties. Specifically, we want to cover the following areas:

1. Over the past several years, how many deep water wells has Grumman pulled from? Specifically, which wells does Grumman own and which wells are owned by the United States Navy? Is it possible to obtain a copy of the Lease Agreement between Grumman and the United States Navy? How much maintenance and control does Grumman have over the wells which are owned by the United States Navy?

2. When did Grumman first become aware of the possible pollution problem? How often have they conducted water sampling tests in the past several years? You indicate that most recently they have conducted tests quarterly. Has this always been the case? Has the United States Navy conducted any tests? Has there been any guarantee of the quality of the water by the United States Navy? Can we get specific tests data? If so, please advise what form this data is in and if it should be evaluated by our Engineering Department or an independent agency. When did Grumman first become aware of the possible problem? What specific action did they take since becoming aware of the problem?

3. What specific county, state and federal agencies have become involved? To what extent, have they conducted tests and are their test results available? I would certainly think that they would have supplied copies of their tests to Grumman. Have any public agencies indicated that our insured is in violation of any safety or health codes? Have we complied with all laws requiring testing of water used for human consumption? Is any sort of hearings or corrective action or penalties considered by public agencies against Grumman?

4. Do we have any information indicating the level of pollutants necessary to be dangerous for human consumption? Do we have any claims which have been reported to our insured?

01 04150952

M-9148 REV. 2-75 PRINTED IN U.S.A.

5. What specific action has been taken by Grumman to correct the situation? I know they have closed down some wells and plan to use public water within the next year. Have they done anything in addition to this? Have they attempted to filter or in other ways clean up the contamminated wells?

6. Is it possible to find out specifically where this pollution came from? Are any of these chemicals used by Grumman and could Grumman be the source of the pollution? If claims are presented, to whom would we look for subrogation?

I am concerned about the Worker's Compensation exposure on the 20,000 employees as well as the possibility of contammination of public water supplies. We must also remember the Employer's Liability situation - should our insured be found to be in any way negligent. May I have your detailed response at your earliest convenience.

Thank you.

Richard Schultz, Reg Asst
CP Claim, 8 PB

RS:FBS

0I 04150953