Originally Filed at Docket No. 436

# Exhibit 106

THE TRAVELERS MEMORANDUM

DATE 1-24-77

TO Assoc Mgr Christian, CP Claim, Garden City, NY

Grumman - Water Pollution

Thank you for your very informative memorandum and enclosures. There are a few additional areas which I would appreciate your comments on.

I realize that specific standards have not been set on many of the chemicals that we are finding as far as safety limits for public consumption. In spite of this, has either Grumman, our own Engineering department, or anyone else been able to express an opinion regarding what levels would reasonably be considered safe for human consumption?

I have some trouble trying to decide whether or not this is a new problem, or an old problem. I know that the water district and Grumman have been testing their wells for several years, but have they always tested in such a way that these chemicals would have shown up? In other words, has this problem been with us for some time and we are just now realizing it because we are testing for these chemicals? Or, is this a new problem and the chemicals would have shown up in prior tests had they been there?

Can you give me your opinion of the mood of the people at Grumman? Are they afraid to drink the water? Do they feel that there is a serious hazard? Or, do they feel that things have been blown up out of proportion and there is no real danger?

How serious do you think our exposure is for the various water districts that we insure? From living and working on Long Island, what is your opinion of the general mood of the public about these newspaper articles? Do you think we can expect a rash of public liability claims?

You state that many of the wells were shut down due to the water tasting foul and having a bad smell. Do you believe that the foul taste and smell is due to the traces of chemical pollution? Or, are the traces of chemical pollution so minor that the foul taste and smell must have been from something else? Possibly organic?

Is there any chance that the water the Grumman employees will be receiving from the city will be polluted?

Do you see an exposure under Employers Liability?

If you come up with information other than what has been requested in this and prior memos, don't hesitate to forward it on to me, so that we can complete our files and be sure of our exposure. Thank you.

Richard Schultz, Reg Asst
CP Claim, 8 PB

RS:MAM

TU4152701

M-9148 REV. 2-75 PRINTED IN U.S.A.

BSRV
Bennett
24
VG
Date: 4-11-13