Originally Filed at Docket No. 436

# Exhibit 107

File Grumman Corres

SUMMARY OF MEETING OF MAY 27, 1977

Attendees:

Sheldon Smith, NCDH
Al Machlin, NYSDEC
Sal Pagano, NYSDEC
Lawrence Nadler, NYSDEC

Location:

Bureau of Industrial Programs
50 Wolf Road, Albany, New York

The meeting concerned itself with the preparation of a SPDES Permit for the Grumman Corporation for monitoring and control of organic chemicals.

It was agreed that the following constituents would be included on the Permit monitoring list for all outfalls:

Trichloroethelene
1,1,1,-Trichloroethane
Vinyl Chloride
Chloroform (or Trichlormethane)
Methylene Chloride
Trichlorotrifluoroethane
Dichloroethylene
Perchlorethylene (or Tetrachlorethylene)
Benzene
Toluene
Phenol

A short-term monitoring list will be extablished for all outfalls. The Nassau County Department of Health has received a list of 600 chemicals which Grumman Corporation uses. It was decided that, if Grumman uses more than 100 gallons per year, or more than 100 lbs. per year, of substances appearing on the NYSDEC list of Substances of Concern, it will be included in the short-term monitoring list. If any of the 600 chemicals appear on the National Academy of Science list and is used in any amount, it will also be included on the short-term list. NCDH will review its list of 600 chemicals to determine which of these constituents should be on the short-term list.

The following constituents will be included on the short-term list.

Butyl Alcohol
Trichlorofluoromethane
1,1,2,-Trichloroethane

If sampling and analyses are to be done by the Grumman Corporation laboratory, the NYSDH will be requested to evaluate the laboratory's acceptability by Quality Control Officer (Jim Daly) before work is started.

In order to set limits of various constituents on the Permit, the Bureau of Industrial Programs will request Dr. Axelrod, of NYSDH, to determine limits of constituents found in wastewaters.

The following possible limitation strategies were discussed:

1. Close limits - Set effluent limits of water intake levels (total of 100 ppb, maximum individual constituents 50 ppb, maximum Vinyl Chloride 10 ppb).

2. No net increase - There shall be no net increase of pounds on a plant-wide basis.

A draft of the Permit was made to be finalized by Albert Machlin and distributed to all concerned parties.

Prepared by: Albert Machlin
Albert Machlin
Regional Engineer for
Environmental Quality

AM:va

cc: S. Smith
A. Machlin
S. Pagano
L. Nadler
A. Yerman
G. Robin