# Exhibit 108

File Grumman Corres

SUMMARY OF MEETING AT
GRUMMAN AEROSPACE CORP.
JUNE 30, 1977

SUBJECT: SPDES Modification and Monitoring Program

PRESENT: See attached list

Dr. Roy Fagin introduced and identified the GAC members present and briefly outlined their responsibility in the corporate structure.

S. O. Smith explained NCDH responsibilities in this program
A. Machlin explained NYSDEC, Reg. II " " " "
S. Pagano " NYSDEC, Albany " " " "

Dr. Fagin and Dave Miller asked if standards are similar for all industries in the State. A. Machlin stated that whatever standards are set for GAC under this monitoring program will be used for all following SPDES permits. Dr. Fagin asked if government agencies could coordinate efforts. A. Machlin gave organization of DEC, state and regional.

S.O. Smith, A. Machlin, and S. Pagano explained Item (1) of the proposed permit modification. Confusion was due to the mention of maximum concentrations and total "lbs" and whether vinyl chloride was included. After extensive discussion the question was answered (?).

S. Pagano introduced the new National Academy of Sciences list. Some important changes have been made. These changes may upset the limitation established on this interim SPDES permit. After extensive discussion, it was decided by all involved that the permit will be for monitoring only with limitations to be established at a later date.

Dr. Fagin and John Ball requested that the monitoring program be an informal one, without the issuance of an interim permit, however, Sal Pagano did not agree and insisted that a permit be issued for monitoring and a later one issued with limitations. The outline of a monitoring program was discussed and the following parameters were suggested. GAC will write a proposal for the monitoring program and send it to DEC by August 15, 1977. The parameters are as follows:

1. 3 day consecutive testing minimum.
2. All wells and effluents will be tested.
3. Samples can be composite for each point, each day only.
4. Manual collection of samples every 4 hours for 24 hours.
5. 2 samples will be collected for each point (volatile organics and non-volatile organics).

S. O. Smith and M.B. Fleisher disagreed with Item 4, we feel that the samples should be each hour during 8-hour working day.

GAC (T. Scura) will contact Dr. Fuhs and State Health Department laboratory and Dr. Moon at Nassau County labs for latest methods of collection and compositing samples. GAC is capable of preparing standards for the GC/MS. T. Scura requested that their request for approval be expedited. Sal Pagano will help on this.

John Ohlmann requested a copy of the State DEC list of "Substances of Concern" and the NAS lists. M. Fleisher will send these. They will avoid purchasing compounds on these or other lists we may send them.

John Ohlmann, Tom Cunniffe both requested that they receive a list of other companies being required to monitor their effluents, and wanted to know why they were always being "picked on". NYSDEC and NCDH explained that all industries in State will come under this program and they were not singled out for any special reason other than that they are the largest, use the most varied chemicals and have their own wells. S. O. Smith doubted that we could send the names of other companies being investigated but will check further what, if any, information could be sent them. They (GAC) want this information for their management in order to get authorization to set up the monitoring program.

MBF:yk
(7/1/77)

Meeting - 6/30/77

| | Organization |
|---|---|
| Roy Fagin, M.D., Assoc, Med. Dir. | GAC Phone #575-2104 |
| Albert Machlin, Reg. Engr. | NYS DEC - Stony Brook |
| Sal Pagano , Director | Bureau of Industrial Wastes, NYS DEC,Albany |
| Bob Schiffer | Grumman Corporation |
| John B. Ball, Asst. Gen. Counsel | GAC |
| Sheldon O. Smith | NCDH |
| Marvin B. Fleisher | NCDH |
| Joseph P. Hurley | NCDH |
| Andy Yerman | NYS DEC - Stony Brook |
| Tom Cunniffe, Director | Facilities Engg., GAC Phone #575-3786 |
| John Wichmann | GAC (Consultant to GAC wells) |
| Lewis Golden, Director | GAC - Quality Control Lab |
| Tony Scura | GAC - Quality Control Lab |
| John Ohlmann, Manager | GAC - Environmental Control Phone #575-2385 |
| David W. Miller | Geraghty & Miller, Inc. (Consultant to GAC) |
| Gerald Robin | NYS DEC - Stony Brook |

Mailing Addresses

Original to:
Mr. John O'Brien, Sr. Vice President
Grumman Aerospace Corp.
Building 5
Bethpage, N.Y. 11714

Copies to:
Dr. Roy Fagin, Assoc.Medical Director
Grumman Aerospace Corp.
Plant 23 - Medical Dept.
Bethpage, N.Y. 11714

Copies to:
Mr. John Ohlmann, P.E.
Manager, Environmental Control
Bldg. 30 - GAC
Bethpage, N.Y. 11714

Mr. Thomas Cunniffe, Director
Facilities Engineering Dept.
GAC
Bldg. 30
Bethpage, N.Y. 11714