Originally Filed at Docket No. 436

# Exhibit 109

November 22, 1977

Hooker Chemicals & Plastics Corp.
New South Road
Hicksville, New York 11801

RE: CONTAMINATION OF WATER SUPPLY
WITH ORGANIC COMPOUNDS

Dear Sirs:

As you know for approximately the past year there has been grave concern relative to contamination of the public water supply by organic compounds which appear to have entered into the underground waters from which the public water supply is obtained. Current available evidence indicates that such contamination has arisen by virtue of discharge of waste products from your company into the ground water supply.

The Bethpage Water District has sustained the loss of Well 6-1 by reason of such contamination and it appears that this Well will not be usable for public water supply in the foreseeable future. As a consequence of the loss of use of such Well the Water District is compelled to seek an additional Well site and to construct at least one replacement deep water Well along with appurtenant facilities including pmmp house and transmission mains. The cost of this undertaking will minimally run into hundreds of thousands of dollars.

It is our conviction based upon the findings of Health Department authorities as well as our own engineers that this cost is due to your contamination of the ground water, and we seek appropriate redress from you. Accordingly, we

suggest a meeting at our mutual convenience to discuss the matter.

Very truly yours,

Gustave H. Bernhardt

GUSTAVE H. BERNHARDT
Chairman, Board of
Commissioners