Originally Filed at Docket No. 436

# Exhibit 110

DOF-934

GRUMMAN AEROSPACE CORPORATION
BETHPAGE, NEW YORK 11714

December 5, 1977

Mr. Gustave H. Bernhardt, Chairman
Bethpage Water District
25 Adams Avenue
Bethpage, New York 11714

Dear Mr. Bernhardt:

This will acknowledge your letter of November 22, 1977.

Grumman shares your concern with the quality of the water supply and the recent discovery of organic compounds in Long Island's underground waters. We understand this is a regional problem common to much of Long Island. Your letter indicates you consider the problem to be more localized. This is not an accurate view of the situation.

We would be happy to meet with you to discuss this matter further. However, such a meeting would not be fruitful unless we first have more information with respect to the reasons for your belief that the closing of your Well 6-1 resulted from Grumman's activities. You mentioned "... findings of Health Department authorities as well as our own engineers..." Please forward all such findings and data that you have so that Grumman can make its own evaluation in preparation for the proposed meeting.

We have cooperated with all public agencies having cognizance of the water supply, including the Bethpage Water District. We expect to continue that cooperation in the future and hope the adversary tone of your letter does not interfere with that expectation.

Very truly yours,

GRUMMAN AEROSPACE CORPORATION

Thomas G. Cunniffe
Director of Facilities Engineering

TGC:sf

12/21/77