# Exhibit 112

GRUMMAN

MEMORANDUM

CHECK BOXES AS APPROPRIATE
ACTION ☐
INFO ONLY ☐
REPLY REQUESTED ☐

FROM: J. Ohlmann — Facil. Engg. — B08/30 GAC
NAME — GROUP NO. & NAME — PLANT NO. COMPANY — EXT.

DATE Jan. 27, 1978

TO: Distribution

NO. FDP 560

File Water

SUBJECT: MINUTES OF WATER MEETING, JANUARY 5, 1978

Attendees:

| | | |
|---|---|---|
| T. Cunniffe | - | GAC |
| J. Ball | - | GAC |
| R. Fagin | - | GAC |
| L. Golden | - | GAC |
| J. Wichmann | - | GAC |
| R. Wheeler | - | GAC |
| J. Ohlmann | - | GAC |
| D. Miller | - | Geraghty & Miller |
| O. Braids | - | Geraghty & Miller |
| M. Bruckman | - | NYSDEC |
| G. Robin | - | NYSDEC |
| A. Yerman | - | NYSDEC |
| S. Pagano | - | NYSDEC |
| S. Smith | - | NCDH |
| M. Fleisher | - | NCDH |

Geraghty & Miller's report to GAC entitled "Results of October, 1977 Ground Water/ Recharge Monitoring Program" was handed out to the attendees and D. Miller reviewed the salient points of the report.

Representatives of NYSDEC and NCDH said that they would have to review the report more thoroughly and get back to us. They were impressed with the low readings at the recharge and agreed that housekeeping should correct instances where constituents were recharged in greater quantities than being pumped. They also said that a monthly monitoring program would be required and the number of constituents analyzed for could possibly be reduced.

JO:cm

Distribution

T. Cunniffe
J. McNamara
J. Ball
Dr. Fagin
L. Golden
R. Schiffer
J. Wichmann
R. Wheeler
D. Miller
O. Braids

G 116B REV. 6
8-76

R. Schiffer

4/27/11