**Originally Filed at Docket No. 436**

# Exhibit 113

INTERIM EFFLUENT LIMITATIONS AND MONITORING REQUIREMENTS

During the period beginning July 26, 1978 and lasting until October 1, 1981 the discharges from the permitted facility shall be limited and monitored by the permittee as specified below:

| Outfall Number | Effluent Parameter | Discharge Limitations kg/day (lbs/day) Daily Avg. | Daily Max. | Other Units (Specify) Daily Avg. | Daily Max. | Monitoring Reqmts. Measurement Frequency | Sample Type |
|---|---|---|---|---|---|---|---|
| 001 | Sanitary Flow | 270,000 gpd | aeration and settling | | | Daily | Instant. |
| | BOD | | | 30 mg/l | 45 mg/l | Monthly | 6 hr. comp. |
| | Suspended Solids | | | 30 mg/l | 45 mg/l | Monthly | 6 hr. comp. |
| | Fecal Coliforms (MPN/100 ml) | | | | 100 | Quarterly | Grab |
| | Residual Chlorine | | | 0.5 mg/l minimum | | 4 X day | Grab |
| 002 | Same as 001 except 68,000 gpd | | | | | | |
| 003 | Same as 001 except 33,600 gpd | | | | | | |
| 004 | Flow 5.15 MGD chemical precipitations | | | | | Daily | Instant. |
| | A Fluoride | | | | 3.0 mg/l | Daily | Grab |
| | B Copper | | | | 0.4 mg/l | Daily | Grab |
| | C Chromium, Total | | | | 1.0 mg/l | Daily | 6 hr/ comp. |
| | D Chromium Hexavalent | | | | 0.1 mg/l | Daily | 6 hr. comp. |
| | E Phenol | | | | .002 mg/l | Semi-monthly | +Grab |
| | F Toluene | | | | *Monitor only | Semi-monthly | +Grab |
| | G Xylene | | | | *Monitor only | Semi-monthly | +Grab |
| | H Chloroform (Trichloroemethane) | | | | *Monitor only | Semi-monthly | +Grab |
| | I Methyl Ethyl Ketone | | | | *Monitor only | Semi-monthly | +Grab |
| | J Vinyl Chloride (Chloroethylene) | | | | *Monitor only | Semi-monthly | +Grab |
| | K Dichloroethylene (1,1-& 1, 2-) | | | | *Monitor only | Semi-monthly | +Grab |
| | L Trichloroethylene | | | | *Monitor only | Semi-monthly | +Grab |
| | M 1,1,1-Trichloroethane | | | | *Monitor only | Semi-monthly | +Grab |
| | N Trichlorotrifluoroethane | | | | *Monitor only | Semi-monthly | +Grab |
| | O Tetrachloroethylene | | | | *Monitor only | Semi-monthly | +Grab |

"EDM - Effective Date of Modification"

he pH shall not be less than 5.5 standard units nor greater than 8.5 standard units and hall be monitored as follows: daily for outlets 001,002,003,004,005,006,007

amples taken in compliance with the monitoring requirements specified above shall be taken t the following location(s):
Detectability level = .005 mg/l
amples taken 48 hour minimum after cessation of rainfall
e daily average discharge is the total discharge by weight or in other appropriate units specified herein, during a calendar month divided by the number of days in the month at the production or commercial facility was operating. Where less than daily sampling required by this permit, the daily average discharge shall be determined by the summation all the measured daily discharges in appropriate units as specified herein divided by the nber of days during the calendar month when the measurements were made.

daily maximum discharge means the total discharge by weight or ... specified herein, during any calendar ...

INTERIM EFFLUENT LIMITATIONS AND MONITORING REQUIREMENTS

During the period beginning July 26, 1978 and lasting until October 1, 1981 the discharges from the permitted facility shall be limited and monitored by the permittee as specified below:

| Outfall Number | Effluent Parameter | Discharge Limitations kg/day (lbs/day) Daily Avg. | Daily Max. | Other Units (Specify) Daily Avg. | Daily Max. | Monitoring Reqmts. Measurement Frequency | Sample Type |
|---|---|---|---|---|---|---|---|
| 005 | same as 004 all compounds | | | 5.55 MGD | Flow | Daily | Instantaneous |
| 006-see 004-monitor E to 0 as required for 004 | | | | 2.1 MGD | Flow | Daily | Instantaneous |
| 007-see 004-monitor E to 0 as required for 004 | | | | 0.9 MGD | Flow | Daily | Instantaneous |
| 008 | sanitary 0.1 MGD Septic tanks and leach fields | | | | | | |

No additives to effluents without approval of DEC Region 1 office.

| ITEM | DUE DATE | |
|---|---|---|
| 1. "Submit a report identifying specific sources discharging the following substances: Toluene; Xylene; Chloroform(Trichloromethane); Methyl Ethyl Ketone; Vinyl Chloride(Chloroethylene); Dichloroethylene(1,1-&1,2-); Trichloroethylene; Tetrachloroethylene; 1,1,1-Trichloroethane; Trichlorotrifluoroethane" | 4 months from EDM | Nov 26 78 |
| 2. "Submit a report identifying for all substances listed above, projected effluent levels attainable by economically achievable control technologies." | 6 months from EDM | Jan 26 79 |

The pH shall not be less than 5.5 standard units nor greater than 8.5 standard units and shall be monitored as follows: Daily for outlets 001,002,003,004,005,006,007

Samples taken in compliance with the monitoring requirements specified above shall be taken at the following location(s): See page 4 attached

The daily average discharge is the total discharge by weight or in other appropriate units as specified herein, during a calendar month divided by the number of days in the month that the production or commercial facility was operating. Where less than daily sampling is required by this permit, the daily average discharge shall be determined by the sum of all the measured daily discharges in appropriate units as specified herein divided by the number of days during the calendar month when the measurements were made.

The daily maximum discharge means the total discharge by weight or in other appropr[iate units] as specified herein, during any calendar day.