Originally Filed at Docket No. 436

# Exhibit 114

GRUMMAN AEROSPACE CORPORATION
BETHPAGE, NEW YORK 11714

December 14, 1978

Stuart E. Davis, Esq.
Davis, Kressel & Rothlein, P.C.
684 Broadway
P. O. Box 448
Massapequa, N. Y. 11758

Subject: Bethpage Water District Closing of Well No. 6-1

Dear Stuart:

This will confirm our phone conversation about the above matter. All of the information which you forwarded has been examined in detail.

We can find no indication that Grumman's actions in any way resulted in the well closing. Accordingly, Grumman declines to pay anything to the Bethpage Water District on account of such closing.

Very truly yours,
GRUMMAN AEROSPACE CORPORATION

John B. Ball

John B. Ball
Assistant General Counsel

JBB:imk