Originally Filed at Docket No. 436

# Exhibit 115

GRUMMAN AEROSPACE CORPORATION
BETHPAGE, NEW YORK 11714

FDP 738
January 30, 1979

N.Y. State Department of
Environmental Conservation
50 Wolf Road
Albany, New York

Attention: Salvatore Pagano
Director, Bureau of Industrial Programs

Subject: Special Report - Modified State Pollution Elimination Discharge Permit N.Y. 0096792

Enclosure: 1) Report of Effluent Levels Attainable by Economically Control Technologies

Dear Sal:

Enclosed is the special report of effluent levels attainable by economically control technologies, as required by our subject permit modification.

Should you need further information, please contact the writer at 516-575-2385.

Very truly yours,

GRUMMAN AEROSPACE CORPORATION

John Ohlmann
Assistant Director
Environmental Control
Facilities Engineering Dept.
Mail Station B08-30

JO:jm

cc: Marvin B. Fleisher
Chief, Industrial Wastewater Section
Bureau of Wastewater Management
Nassau County Department of Health
240 Old Country Road
Mineola, New York 11501

Gerry Robin, P.E.
Regional O & M Engineer
N.Y.S. Dept. of Environmental Conservation
Region I Headquarters, Bldg. 40 SUNY, Stony Brook, N.Y. 11790

MBF ✓

LS [signature]

file GAC,

GRUMMAN AEROSPACE CORPORATION

Jan. 26, 1979

# REPORT OF EFFLUENT LEVELS ATTAINABLE BY ECONOMICALLY CONTROL TECHNOLOGIES

This report is the second of two reports required by Grumman's revised State Pollution Elimination Discharge Permit NY0096792, dated 26 July 1978.

The first report required identification of specific sources of discharge for certain organic chemicals. This report will discuss the control technologies by which Grumman proposes to reduce or eliminate contaminants from these sources.

As previously given, the chemicals which we are concerned with are listed below:

1. Toluene
2. Xylene
3. Methyl Ethyl Ketone
4. Trichloroethylene
5. 1,1,1-Trichloroethane
6. Trichlorotrifluoroethane
7. Tetrachloroethylene
8. Chloroform
9. Vinyl Chloride
10. Dichloroethylene

As our first report indicated, the last three chemicals on this list are not used at Grumman. While the last three, chloroform, vinyl chloride and dichloroethylene, may have appeared in some well water analyses, there is no action that we can take which could add to or detract from any quantities found in our effluents.

We feel, therefore, that any action on our part to reduce organic discharges in our effluents should be limited to controlling the remaining seven organic chemicals.

As discussed in our first report, several sources of potential discharge exist in our plants. These sources are discussed below. After each source is described, we will explain the methods presently being employed to reduce or eliminate the organic chemicals which could be discharged through this source. The sources we listed previously are:

1. Well water supply
2. Paint booth wastes (water curtain type)
3. Open plant drains and sinks

PAINT BOOTH WASTES

We will discuss our Paint Booth wastes first as this source is most readily identified and is presently being routed through waste treatment.

Our first report included our paint booth water curtains as a possible source of organic chemical contamination. We have performed several analyses of the waste waters from our paint tunnel water curtains. These analyses were performed both before and after our chemical waste treatment operation. We have found in all cases that the treated effluents were within discharge standards. Apparently, the aeration/agitation of the paint booth water sprays is sufficient to volatilize most of the organics which might be dissolved in the waste water. Since most of these waste waters are treated for chromium and phenol contamination, it is highly

unlikely that these organics could survive the treatment scheme, even if they were not removed by the water curtain. Analyses, verifying these facts, are given in Appendix A to this report.

WELL WATER SUPPLY

Our most persistent source of discharge of the organic chemicals in question is our cooling and process water supply derived from our own wells.

Several of our own wells pump measurable levels of trichloroethylene, tetrachloroethylene, trichlorotrifluoroethane, vinyl chloride, and several other organic materials. These wells serve exclusively as sources for industrial process water, primarily cooling water.

A recent three-day around-the-clock ground water/recharge monitoring program conducted at Grumman by Geraghty & Miller, Inc., in October, 1977 showed that the concentration of organics present in our well water supply is significantly attenuated by passage through our industrial process facilities. Although 7 of the 20 volatile organics tested for by Geraghty & Miller showed some additional quantities, only three of them showed significant quantities in the discharge as compared with the well water supply. The cases where discharge quantities were higher than incoming quantities were all episodic events involving solvents widely used at Grumman. No consistent pattern of excess quantities in the discharge could be noted.

The implications of these findings are two. First, the passage of our well water through our industrial process facilities greatly reduces the amounts of these volatile organic chemicals in the discharge water returned to the ground. The organics

are volatilized in the industrial processes through aeration. Second, where discharge quantities are higher than incoming quantities, the episodic nature of the events appears to point to localized inadvertant spills or dumps into the discharge system within the production plants.

Thus, the mere passage of water through our process facilities, resulting in a considerable diminution in organic quantities, is an economically achievable control technology. For all the organic chemicals listed, with the exception of trichloroethylene, 1,1,1-trichloroethane, and methyl ethyl ketone, no additional control technology need be applied to the effluent waters to further reduce their concentration. This is consistent with our stated objective of not contributing additional chemical contamination to the levels presently found in the well water supply. To reinforce our argument, we have performed semi-monthly testing and flow monitoring for a four-month period which essentially confirms our past findings. The data and the results are presented in Appendix B to this report. In all cases, except for methyl ethyl ketone, the amounts of organics discharged were less than the amounts introduced via the well water. With the exception of methyl ethyl ketone, we feel confident in asserting that we are not adding any of the remaining organics to the discharged water, and in fact, our industrial processes are beneficially reducing the amounts discharged to less than the amounts pumped from the wells.

OPEN PLANT DRAINS AND SINKS

As previously mentioned, there have been times when trichloroethylene, 1,1,1-trichloroethane and methyl ethyl ketone have been found in the discharge in greater amounts than introduced. The fact that the occurrences have been temporary, rather than continuous, points to a housekeeping problem within our production

plants. To correct this problem and prevent future discharges, Grumman has embarked on a comprehensive course of action designed to eliminate spills and dumps throughout the plant facilities and to restrict, through various control measures, the use of chemicals within the plant, which course of action includes the following controls:

1. <u>Chemical Waste Collection System</u>

Grumman has revised its formal chemical waste collection system throughout the major production plants and laboratories. This revision provides for an easy, more positive method of collection of waste organic materials such as solvents and cleaners. Areas designated exclusively for waste collection have been set aside in each plant to accept the minor quantities of chemical wastes normally used by individual employees. These specified areas are all equipped with clearly marked containers and signs directing various organic wastes to specific containers. Through company-wide employee training and appropriate management controls, this policy should minimize if not eliminate unauthorized dumping of chemicals into the discharge systems. This waste collection system has been implemented during the past year and is presently being completed in all major production plants and laboratories.

2. <u>Control of Access to Chemicals</u>

Grumman has started a chemical control program at the production level to limit access to chemical materials only to those whose job requires them. This program will prevent unauthorized withdrawals and usage of chemical materials by requiring written records of all chemicals dispersed from stockrooms.

3. Training of Employees

Concurrently with the program described in (2) above, Grumman's Training Department has developed several training courses designed to instruct employees as to the proper way of obtaining, handling and disposing of chemical materials in Grumman. So far, the Training Department has documented over 1,200 employees trained in these courses. Several slide presentations have been prepared and used in the courses to amplify the control procedures pertaining to chemical materials. Through the application of these three programs, we are confident that housekeeping problems with chemical discharges will be eliminated.

4. Management Participation

Coordination of our efforts in controlling the chemical environment has been effected by the formation of a corporate level Environmental Planning and Control Board whose chairman reports directly to a Vice President. Working through the various committees serving this Board, effective Management Control is being exercised over all phases of chemical usage at Grumman Aerospace Corporation.

5. Compilation of Data on Chemicals

Through the medium of a Chemical and Selected Material Report, all chemical substances entering the Corporation are listed and controlled. This list, the product of a year's compilation, provides a basis for obtaining safety, handling, storage, transportation and disposal data for all chemical materials used at Grumman. A complete file of Material Safety Data Sheets for all listed chemicals has been set up to locate and identify chemicals of concern. The object of these extensive management control programs has been to emphasize our concern for controlling the indiscriminate release of chemical substances to the environment.

## CONCLUSION

To summarize, the aeration and chrome/phenol treatment of our paint booth waste waters is adequate to eliminate dissolved organics.

The majority of organic chemicals that were detected in the recharge waters were consistently lower in quantity than in the well water. The net effect represents an economically achievable control technology. The water being recharged is of generally better quality than that being pumped.

The additional control technologies described above (i.e., chemical waste collection system, control of access to chemicals, training, management participation in the programs and compilation of data on chemicals used) will substantially eliminate the problem of intermittent spills of chemicals within our plants.

Grumman, of course, will continue to monitor its discharges for these organic contaminants in the future to provide a running audit of our chemical control procedures as they are enforced in the coming year. It is our expectation that full enforcement of the above economical control technologies will attain effluent levels for these chemicals that are below the background levels found in the well water.

APPENDIX A

PAINT (WATER CURTAIN) WASTE TREATMENT
ORGANIC ANALYSES BEFORE AND AFTER TREATMENT

| OCTOBER 26, 1978 | BEFORE TREATMENT | | | |
|---|---|---|---|---|
| | BOOTH A | BOOTH B | BOOTH C | AFTER TREATMENT |
| TOLUENE | <5 | <5 | <5 | <5 |
| TRICHLOROETHYLENE | 6 | 5 | 6 | 5 |
| XYLENE | <5 | 0 | 5 | 0 |
| METHYL ETHYL KETONE | 0 | 0 | 0 | 0 |
| 1,1,1-TRICHLOROETHANE | 0 | 0 | 0 | <5 |
| TRICHLOROFLUOROETHANE | <5 | <5 | <5 | <5 |
| TETRACHLOROETHYLENE | 0 | 0 | 0 | 0 |
| CHLOROFORM | 0 | 0 | 0 | 5 |
| VINYL CHLORIDE | - | - | - | - |
| DICHLOROETHYLENE | 0 | 0 | 0 | <5 |

| NOVEMBER 11, 1978 | BEFORE TREATMENT | | | |
|---|---|---|---|---|
| | BOOTH A | BOOTH B | BOOTH C | AFTER TREATMENT |
| TOLUENE | 18 | <5 | <5 | - |
| TRICHLOROETHYLENE | 0 | 0 | 0 | 5 |
| XYLENE | 40 | <5 | <5 | - |
| METHYL ETHYL KETONE | 3057 | 2079 | 335 | 0 |
| 1,1,1-TRICHLOROETHANE | 0 | 0 | <5 | 0 |
| TRICHLOROFLUOROETHANE | 0 | <5 | <5 | <5 |
| TETRACHLOROETHYLENE | 0 | 0 | 0 | 0 |
| CHLOROFORM | 0 | 0 | 0 | 0 |
| VINYL CHLORIDE | - | - | - | - |
| DICHLOROETHYLENE | 0 | 0 | 0 | <5 |

APPENDIX B
WELL/DISCHARGE MONITORING RESULTS
July 11, 1978

| CONSTITUENT | TOLUENE | | | TRICHLOROETHYLENE | | | XYLENE | | | METHYL ETHYL KETONE | | | 1,1,1-TRICHLOROETHANE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| July 11, 1978 | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day |
| Well No. 1 | 5 | 1.8 | .075 | 598 | 1.8 | 8.97 | 0 | 1.8 | 0 | 5 | 1.8 | .075 | <5 | 1.8 | .075 |
| 2 | <5 | 1.94 | .08 | 38 | 1.94 | 0.61 | 0 | 1.94 | 0 | <5 | 1.94 | .08 | 14 | 1.94 | .23 |
| 6 | <5 | 0.86 | .04 | 33 | 0.86 | 0.24 | <5 | 0.86 | .04 | 0 | 0.86 | 0 | <5 | 0.86 | .04 |
| 9 | <5 | 1.73 | .07 | 18 | 1.73 | 0.26 | 0 | 1.73 | 0 | <5 | 1.73 | .07 | 7 | 1.73 | .10 |
| 13 | <5 | 1.73 | .07 | 0 | 1.73 | 0 | <5 | 1.73 | .07 | <5 | 1.73 | .07 | 0 | 1.73 | 0 |
| 14 | <5 | 1.73 | .07 | 24 | 1.73 | 0.35 | <5 | 1.73 | .07 | <5 | 1.73 | .07 | 0 | 1.73 | 0 |
| 15 | <5 | 1.83 | .08 | 5 | 1.83 | 0.08 | 0 | 1.83 | 0 | <5 | 1.83 | .08 | 7 | 1.83 | .11 |
| 10 | <5 | 1.73 | .07 | 51 | 1.73 | 0.73 | 0 | 1.73 | 0 | <5 | 1.73 | .07 | 30 | 1.73 | .43 |
| Total | - | 13.35 | <0.56 | | | 11.24 | - | | <0.18 | | | <0.515 | | 13.35 | 0.585 |
| Discharge 004 July 11, 1978 | <5 | 5.95 | 0.25 | 15 | 5.95 | 0.74 | <5 | 5.95 | 0.25 | <5 | 5.95 | 0.25 | 7 | 5.95 | 0.35 |
| 005 | <5 | 4.25 | 0.18 | 144 | 4.25 | 5.10 | <5 | 4.25 | 0.18 | <5 | 4.25 | 0.18 | <5 | 4.25 | 0.18 |
| 006 | <5 | 2.75 | 0.11 | 7 | 2.75 | 0.16 | 0 | 2.75 | 0 | <5 | 2.75 | 0.11 | <5 | 2.75 | 0.11 |
| 007 | <5 | 0.4 | 0.02 | 5 | 0.4 | 0.02 | 0 | 0.4 | 0 | 0 | 0.4 | 0 | 0 | 0.4 | 0 |
| Total | | | * <0.56 | | | 6.02 | | | <0.43 | | | <0.54 | | | 0 |

*Since all reported values are below the limit of accurate detection of the instrument, these totals represent maximum values.

# WELL/DISCHARGE MONITORING RESULTS
July 11, 1978

| CONSTITUENT | TRICHLOROTRIFLUOROETHANE | | | TETRACHLOROETHYLENE | | | CHLOROFORM | | | VINYL CHLORIDE | | | DICHLOROETHYLENE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| July 11, 1978 | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day |
| Well No. 1 | 29 | 1.8 | 0.43 | 8 | 1.8 | 0.12 | <5 | 1.8 | .075 | 0 | 1.8 | 0 | <5 | 1.8 | .075 |
| 2 | 77 | 1.94 | 1.24 | 9 | 1.94 | 0.15 | 0 | 1.94 | 0 | 0 | 1.94 | 0 | 8 | 1.94 | .13 |
| 6 | <5 | 0.86 | 0.04 | 161 | 0.86 | 1.15 | 0 | 0.86 | 0 | 14 | 0.86 | .10 | <5 | 0.86 | [illegible] |
| 9 | <5 | 1.73 | 0.07 | 41 | 1.73 | 0.60 | 0 | 1.73 | 0 | <5 | 1.73 | .07 | <5 | 1.73 | [illegible] |
| 13 | <5 | 1.73 | 0.07 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | <5 | 1.73 | .07 |
| 14 | <5 | 1.73 | 0.07 | 101 | 1.73 | 1.46 | 0 | 1.73 | 0 | 33 | 1.73 | .48 | <5 | 1.73 | .07 |
| 15 | 6 | 1.83 | 0.09 | <5 | 1.83 | 0.08 | 0 | 1.83 | 0 | 0 | 1.83 | 0 | <5 | 1.83 | .08 |
| 10 | 5 | 1.73 | 0.07 | 12 | 1.73 | 0.17 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | 8 | 1.73 | .12 |
| Total | | | <2.08 | | | <3.73 | | | .075 | | 13.35 | <.65 | | | <.55 |
| Discharge 004 July 11, 1978 | <5 | 5.95 | 0.25 | 8 | 5.95 | 0.40 | 0 | 5.95 | 0 | 0 | 5.95 | 0 | <5 | 5.95 | [illegible] |
| 005 | <5 | 4.25 | 0.18 | 6 | 4.25 | 0.21 | 0 | 4.25 | 0 | 0 | 4.25 | 0 | <5 | 4.25 | 0.18 |
| 006 | <5 | 2.75 | 0.11 | 13 | 2.75 | 0.30 | 0 | 2.75 | 0 | 0 | 2.75 | 0 | <5 | 2.75 | 0.11 |
| 007 | <5 | 0.4 | 0.02 | 14 | 0.4 | 0.05 | 0 | 0.4 | 0 | 0 | 0.4 | 0 | <5 | 0.4 | 0.02 |
| Total | | | <0.56 | | | 0.96 | | | 0 | | | 0 | | | <0.56 |

WELL/DISCHARGE MONITORING RESULTS
July 25, 1978

| CONSTITUENT | TOLUENE | | | TRICHLOROETHYLENE | | | XYLENE | | |
|---|---|---|---|---|---|---|---|---|---|
| July 25, 1978 | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day |
| Well No. 2 July 25, 1978 | <5 | 1.94 | .08 | 46 | 1.94 | 0.74 | 0 | 1.94 | 0 |
| 9 | <5 | 1.73 | .07 | 19 | 1.73 | 0.27 | 0 | 1.73 | 0 |
| 6 | <5 | 0.86 | .04 | 31 | 0.86 | 0.22 | 0 | 0.86 | 0 |
| 10 | <5 | 1.73 | .07 | 44 | 1.73 | 0.63 | 0 | 1.73 | 0 |
| 13 | <5 | 1.73 | .07 | 5 | 1.73 | 0.07 | 0 | 1.73 | 0 |
| 14 | <5 | 1.73 | .07 | 26 | 1.73 | 0.37 | 0 | 1.73 | 0 |
| 15 | <5 | 1.83 | .03 | 5 | 1.83 | 0.08 | 0 | 1.83 | 0 |
| 1 | <5 | 1.8 | .075 | 589 | 1.8 | 8.83 | 0 | 1.8 | 0 |
| Total | --- | 13.35 | <0.56 | --- | | 11.21 | --- | ---- | 0 |
| Discharge 004 July 25, 1978 | <5 | 5.95 | 0.25 | 18 | 5.95 | 0.89 | 0 | 5.95 | 0 |
| 005 | <5 | 4.25 | 0.18 | 277 | 4.25 | 9.81 | 0 | 4.25 | 0 |
| 006 | <5 | 2.75 | 0.11 | 8 | 2.75 | 0.18 | 0 | 2.75 | 0 |
| 007 | <5 | 0.4 | 0.02 | 6 | 0.4 | 0.02 | 0 | 0.4 | 0 |
| Total | --- | | <0.56 | | | 10.90 | 0 | --- | 0 |

| CONSTITUENT | METHYL ETHYL KETONE | | | 1,1,1-TRICHLOROETHANE | | |
|---|---|---|---|---|---|---|
| July 25, 1978 | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day |
| Well No. 2 July 25, 1978 | 0 | 1.94 | 0 | 10 | 1.94 | 0.16 |
| 9 | 0 | 1.73 | 0 | 6 | 1.73 | 0.09 |
| 6 | 0 | 0.86 | 0 | <5 | 0.86 | 0.04 |
| 10 | 0 | 1.73 | 0 | 27 | 1.73 | 0.39 |
| 13 | 0 | 1.73 | 0 | <5 | 1.73 | 0.07 |
| 14 | 0 | 1.73 | 0 | 0 | 1.73 | [illegible] |
| 15 | 0 | 1.83 | 0 | 6 | 1.83 | 0.09 |
| 1 | <5 | 1.83 | 0.08 | <5 | 1.8 | 0.07 |
| Total | | | <0.08 | --- | 13.35 | <0.92 |
| Discharge 004 July 25, 1978 | <5 | 5.95 | 0.25 | 7 | 5.95 | 0.35 |
| 005 | 253 | 4.25 | 8.96 | <5 | 4.25 | 0.18 |
| 006 | 0 | 2.75 | 0 | <5 | 2.75 | 0.11 |
| 007 | 0 | 0.4 | 0 | <5 | 0.4 | 0.0[illegible] |
| Total | | | 9.21 | ---- | 13.35 | <0.6[illegible] |

WELL/DISCHARGE MONITORING RESULTS
July 25, 1978

| CONSTITUENT | TRICHLOROTRIFLUOROETHANE | | | TETRACHLOROETHYLENE | | | CHLOROFORM | | |
|---|---|---|---|---|---|---|---|---|---|
| July 25, 1978 | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day |
| Well No. 2 | 137 | 1.94 | 2.21 | 7 | 1.94 | 0.11 | 0 | 1.94 | 0 |
| 9 | <5 | 1.73 | .07 | 38 | 1.73 | 0.55 | 0 | 1.73 | 0 |
| 6 | <5 | 0.86 | 0.04 | 116 | 0.86 | 0.83 | 0 | 0.86 | 0 |
| 10 | 7 | 1.73 | 0.1 | 8 | 1.73 | 0.12 | 0 | 1.73 | 0 |
| 13 | <5 | 1.73 | 0.07 | <5 | 1.73 | 0.07 | 0 | 1.73 | 0 |
| 14 | <5 | 1.73 | 0.07 | 104 | 1.73 | 1.50 | 0 | 1.73 | 0 |
| 15 | 8 | 1.83 | 0.12 | <5 | 1.83 | 0.075 | 0 | 1.83 | 0 |
| 1 | 48 | 1.8 | 0.72 | 5 | 1.8 | 0.075 | 0 | 1.8 | 0 |
| Total | -- | --- | <3.4 | | | <3.33 | 0 | --- | 0 |
| Discharge 004 July 25, 1978 | <5 | 5.95 | 0.25 | 13 | 5.95 | 0.64 | 0 | 5.95 | 0 |
| 005 | <5 | 4.25 | 0.18 | 10 | 4.25 | 0.35 | 0 | 4.25 | 0 |
| 006 | <5 | 2.75 | 0.11 | 20 | 2.75 | 0.46 | 0 | 2.75 | 0 |
| 007 | <5 | 0.4 | 0.02 | 28 | 0.4 | 0.09 | 0 | 0.4 | 0 |
| Total | --- | | <0.56 | -- | --- | 1.54 | --- | --- | 0 |

| CONSTITUENT | VINYL CHLORIDE | | | DICHLOROETHYLENE | | |
|---|---|---|---|---|---|---|
| July 25, 1978 | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day |
| Well No. 2 | 0 | 1.94 | 0 | 15 | 1.94 | 0.24 |
| 9 | 11 | 1.73 | 0.16 | <5 | 1.73 | 0.07 |
| 6 | 32 | 0.86 | 0.23 | <5 | 0.86 | 0.04 |
| 10 | 0 | 1.73 | 0 | 7 | 1.73 | 0.10 |
| 13 | 0 | 1.73 | 0 | <5 | 1.73 | 0.07 |
| 14 | 59 | 1.73 | 0.85 | <5 | 1.73 | 0.07 |
| 15 | 0 | 1.83 | 0 | <5 | 1.83 | 0.08 |
| 1 | 0 | 1.8 | 0 | <5 | 1.8 | 0.07 |
| Total | ---- | --- | 1.24 | --- | --- | <0.74 |
| Discharge 004 July 25, 1978 | 0 | 5.95 | 0 | 0 | 5.95 | 0 |
| 005 | 0 | 4.25 | 0 | 0 | 4.85 | 0 |
| 006 | 0 | 2.75 | 0 | <5 | 2.75 | 0.1 |
| 007 | 0 | 0.4 | 0 | 0 | 0.4 | 0 |
| Total | --- | --- | 0 | --- | --- | <0.1 |

Case 1:12-cv-03040-LGS Document 778-15 Filed 08/26/26 Page 15 of 27



WELL/DISCHARGE MONITORING RESULTS
August 10, 1978

| CONSTITUENT | TOLUENE | | | TRICHLOROETHYLENE | | | XYLENE | | |
|---|---|---|---|---|---|---|---|---|---|
| August 10, 1978 | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day |
| Well No. 1 August 10, 1978 | <5 | 1.8 | .075 | 690 | 1.8 | 10.35 | 0 | 1.8 | 0 |
| 2 | <5 | 1.94 | .08 | 202 | 1.94 | 3.26 | 0 | 1.94 | 0 |
| 6 | <5 | 0.86 | .04 | 49 | 0.86 | 0.35 | 0 | 0.86 | 0 |
| 9 | <5 | 1.73 | .07 | 29 | 1.73 | 0.42 | 0 | 1.73 | 0 |
| 13 | <5 | 1.73 | .07 | 8 | 1.73 | 0.12 | 0 | 1.73 | 0 |
| 14 | <5 | 1.73 | .07 | 22 | 1.73 | 0.32 | 0 | 1.73 | 0 |
| 15 | <5 | 1.83 | .08 | <5 | 1.83 | 0.08 | 0 | 1.83 | 0 |
| 10 | <5 | 1.73 | .07 | 46 | 1.73 | 0.65 | 0 | 1.73 | 0 |
| Total | | 13.35 | <0.56 | | | <15.56 | | | 0 |
| Discharge 004 August 10, 1978 | <5 | 5.95 | 0.25 | 14 | 5.95 | 0.69 | 0 | 5.95 | 0 |
| 005 | <5 | 4.25 | 0.18 | 123 | 4.25 | 4.35 | 0 | 4.25 | 0 |
| 006 | <5 | 2.75 | 0.11 | 13 | 2.75 | 0.30 | 0 | 2.75 | 0 |
| 007 | <5 | 0.4 | 0.02 | 8 | 0.4 | 0.03 | 0 | 0.4 | 0 |
| Total | | | <0.56 | | | 5.37 | | | 0 |

| CONSTITUENT | METHYL ETHYL KETONE | | | 1,1,1-TRICHLOROETHANE | | |
|---|---|---|---|---|---|---|
| August 10, 1978 | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day |
| Well No. 1 August 10, 1978 | 0 | 1.8 | 0 | <5 | 1.8 | .075 |
| 2 | 0 | 1.94 | 0 | 11 | 1.94 | .18 |
| 6 | 14 | 0.36 | .10 | <5 | 0.86 | .04 |
| 9 | 43 | 1.73 | .62 | 7 | 1.73 | .10 |
| 13 | 0 | 1.73 | 0 | 0 | 1.73 | 0 |
| 14 | 0 | 1.73 | 0 | 0 | 1.73 | 0 |
| 15 | 0 | 1.83 | 0 | 5 | 1.83 | .08 |
| 10 | <5 | 1.73 | .07 | 21 | 1.73 | .30 |
| Total | | | <0.79 | | 13.35 | <0.77 |
| Discharge 004 August 10, 1978 | 0 | 5.95 | 0 | <5 | 5.95 | 0.25 |
| 005 | 0 | 4.25 | 0 | <5 | 4.25 | 0.18 |
| 006 | 0 | 2.75 | 0 | <5 | 2.75 | 0.11 |
| 007 | 0 | 0.4 | 0 | <5 | 0.4 | 0.02 |
| Total | | | 0 | | | <0.56 |

WELL/DISCHARGE MONITORING RESULTS
August 10, 1978

| CONSTITUENT | TRICHLOROTRIFLUOROETHANE | | | TETRACHLOROETHYLENE | | | CHLOROFORM | | | VINYL CHLORIDE | | | DICHLORO[illegible] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| August 10, 1978 | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day |
| Well No. 1 August 10, 1978 | 44 | 1.8 | 0.66 | <5 | 1.8 | .075 | <5 | 1.8 | .075 | 0 | 1.8 | 0 | <5 | 1.8 | .075 |
| 2 | 103 | 1.94 | 1.66 | 6 | 1.94 | .10 | 0 | 1.94 | 0 | 0 | 1.94 | 0 | 9 | 1.94 | .15 |
| 6 | <5 | 0.86 | 0.04 | 130 | 0.86 | .93 | <5 | 0.86 | .04 | 22 | 0.86 | .16 | <5 | 0.86 | .0[illegible] |
| 9 | <5 | 1.73 | 0.07 | 40 | 1.73 | .58 | 0 | 1.73 | 0 | <5 | 1.73 | .07 | <5 | 1.73 | .0[illegible] |
| 13 | <5 | 1.73 | 0.07 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | <5 | 1.73 | .0[illegible] |
| 14 | <5 | 1.73 | 0.07 | 68 | 1.73 | .98 | 0 | 1.73 | 0 | 40 | 1.73 | .58 | <5 | 1.73 | .07 |
| 15 | 9 | 1.83 | 0.14 | <5 | 1.83 | .08 | 0 | 1.83 | 0 | <5 | 1.83 | .08 | <5 | 1.83 | .08 |
| 10 | <5 | 1.73 | 0.07 | 14 | 1.73 | .20 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | <5 | 1.73 | [illegible] |
| Total | | | <2.78 | | | <2.95 | | | <0.115 | | 13.35 | <0.89 | | | <0.[illegible]25 |
| Discharge 004 August 10, 1978 | <5 | 5.95 | 0.25 | 7 | 5.95 | 0.35 | 0 | 5.95 | 0 | 0 | 5.95 | 0 | <5 | 5.95 | 0.[illegible]5 |
| 005 | <5 | 4.25 | 0.18 | 6 | 4.25 | 0.21 | 0 | 4.25 | 0 | 0 | 4.25 | 0 | <5 | 4.25 | 0.18 |
| 006 | <5 | 2.75 | 0.11 | 9 | 2.75 | 0.21 | 0 | 2.75 | 0 | 0 | 2.75 | 0 | <5 | 2.75 | 0.11 |
| 007 | <5 | 0.4 | 0.02 | 13 | 0.4 | 0.04 | <5 | 0.4 | 0.02 | 0 | 0.4 | 0 | <5 | 0.4 | 0.02 |
| Total | | | <0.56 | | | 0.81 | | | <0.02 | | | 0 | | | <0.56 |

WELL/DISCHARGE MONITORING RESULTS
August 22, 1978

| CONSTITUENT | TOLUENE | | | TRICHLOROETHYLENE | | | XYLENE | | | METHYL ETHYL KETONE | | | 1,1,1-TRICHLOROETHANE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| August 22, 1978 | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day |
| Well No. 1 August 22, 1978 | 6 | 1.8 | .09 | 1623 | 1.8 | 24.34 | <5 | 1.8 | .075 | 0 | 1.8 | 0 | 5 | 1.8 | .075 |
| 3 | 0 | 1.66 | 0 | 511 | 1.66 | 7.07 | 0 | 1.66 | 0 | 0 | 1.66 | 0 | <5 | 1.66 | .07 |
| 6 | <5 | 0.86 | .04 | 56 | 0.86 | 0.40 | 5 | 0.86 | .04 | <5 | 0.86 | .04 | <5 | 0.66 | .04 |
| 9 | <5 | 1.73 | .07 | 22 | 1.73 | 0.32 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | 5 | 1.73 | .07 |
| 10 | <5 | 1.73 | .07 | 78 | 1.73 | 1.12 | 0 | 1.73 | 0 | <5 | 1.73 | .07 | 33 | 1.73 | .75 |
| 13 | <5 | 1.73 | .07 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | 0 | 1.73 | 0 |
| 14 | <5 | 1.73 | .07 | 31 | 1.73 | 0.45 | 6 | 1.73 | .09 | <5 | 1.73 | .07 | 0 | 1.73 | 0 |
| 15 | <5 | 1.83 | .08 | 7 | 1.83 | 0.11 | 0 | 1.83 | 0 | 0 | 1.83 | 0 | 9.0 | 1.83 | .14 |
| Total | | 13.07 | <0.49 | | | 33.81 | | | <.205 | | | <0.18 | | 13.07 | <0.87 |
| Discharge 004 August 22, 1978 | <5 | 5.83 | 0.24 | 29 | 5.83 | 1.41 | 0 | 5.83 | 0 | 0 | 5.83 | 0 | <5 | 5.83 | 0.24 |
| 005 | <5 | 4.16 | 0.17 | 165 | 4.16 | 5.72 | 0 | 4.16 | 0 | 0 | 4.16 | 0 | <5 | 4.16 | 0.17 |
| 006 | <5 | 2.70 | 0.11 | 81 | 2.70 | 1.82 | 0 | 2.70 | 0 | 0 | 2.70 | 0 | <5 | 2.70 | 0.11 |
| 007 | <5 | 0.4 | 0.02 | 7 | 0.4 | 0.02 | 0 | 0.4 | 0 | 0 | 0.4 | 0 | <5 | 0.4 | 0.02 |
| Total | | | *<0.54 | | | 8.97 | | | 0 | | | 0 | | | *<0.54 |

*Since all reported values are below the limit of accurate detection of the instrument, these totals represent maximum values.

WELL/DISCHARGE MONITORING RESULTS
August 22, 1978

| CONSTITUENT | TRICHLOROTRIFLUOROETHANE | | | TETRACHLOROETHYLENE | | | CHLOROFORM | | | VINYL CHLORIDE | | | DICHLOROETHYLENE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| August 22, 1978 | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day |
| Well No. 1 August 22, 1978 | 45 | 1.8 | 0.67 | 8 | 1.8 | 0.12 | 0 | 1.8 | 0 | 0 | 1.8 | 0 | <5 | 1.8 | .0[illegible]5 |
| 3 | 93 | 1.66 | 1.285 | 8 | 1.66 | 0.11 | 0 | 1.66 | 0 | 0 | 1.66 | 0 | 0 | 1.66 | 0 |
| 6 | 7 | 0.86 | 0.05 | 328 | 0.86 | 2.35 | 0 | 0.86 | 0 | 48 | 0.86 | .34 | <5 | 0.86 | .0[illegible] |
| 9 | 5 | 1.73 | 0.07 | 45 | 1.73 | 0.65 | 0 | 1.73 | 0 | <5 | 1.73 | .07 | <5 | 1.73 | .0[illegible] |
| 10 | 14 | 1.73 | 0.20 | 18 | 1.73 | 0.26 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | <5 | 1.73 | .07 |
| 13 | <5 | 1.73 | 0.07 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | 0 | 1.73 | 0 |
| 14 | <5 | 1.73 | 0.07 | 198 | 1.73 | 2.85 | 0 | 1.73 | 0 | 27 | 1.73 | .39 | <5 | 1.73 | .07 |
| 15 | 7 | 1.83 | 0.11 | <5 | 1.83 | 0.08 | 0 | 1.83 | 0 | 0 | 1.83 | 0 | <5 | 1.83 | .08 |
| Total | | | <2.525 | | | <6.42 | | | 0 | | 13.07 | <0.80 | | | <[illegible]05 |
| Discharge 004 August 22, 1978 | <5 | 5.83 | 0.24 | 5 | 5.83 | 0.24 | 0 | 5.83 | 0 | 0 | 5.83 | 0 | <5 | 5.83 | 0.24 |
| 005 | <5 | 4.16 | 0.17 | <5 | 4.16 | 0.17 | 0 | 4.16 | 0 | 0 | 4.16 | 0 | 0 | 4.16 | 0 |
| 006 | <5 | 2.70 | 0.11 | 6 | 2.70 | 0.13 | 0 | 2.70 | 0 | 0 | 2.70 | 0 | 0 | 2.70 | 0 |
| 007 | <5 | 0.4 | 0.02 | 6 | 0.4 | 0.02 | 0 | 0.4 | 0 | 0 | 0.4 | 0 | 0 | 0.4 | 0 |
| Total | | | <0.54 | | | <0.56 | | | 0 | | | 0 | | | <0.24 |

WELL/DISCHARGE MONITORING RESULTS
September 12, 1978

| CONSTITUENT | TOLUENE | | | TRICHLOROETHYLENE | | | XYLENE | | | METHYL ETHYL KETONE | | | 1,1,1-TRICHLOROETHANE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| September 12, 1978 | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day |
| Well No. 1 September 12, 1978 | <5 | 1.8 | .075 | 597 | 1.8 | 8.95 | 0 | 1.8 | 0 | 0 | 1.8 | 0 | <5 | 1.8 | .075 |
| 2 | <5 | 1.94 | .08 | 34 | 1.94 | 0.55 | 0 | 1.94 | 0 | 0 | 1.94 | 0 | 8 | 1.94 | .13 |
| 6 | <5 | 0.86 | .04 | 34 | 0.86 | 0.24 | 0 | 0.86 | 0 | 0 | 0.86 | 0 | <5 | 0.86 | .04 |
| 11 | <5 | 1.83 | .08 | 20 | 1.83 | 0.30 | 0 | 1.83 | 0 | 0 | 1.83 | 0 | <5 | 1.83 | .08 |
| 13 | <5 | 1.73 | .07 | <5 | 1.73 | 0.07 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | 0 | 1.73 | 0 |
| 14 | <5 | 1.73 | .07 | 67 | 1.73 | 0.965 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | 5 | 1.73 | .07 |
| 16 | <5 | 1.73 | .07 | 19 | 1.73 | 0.27 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | <5 | 1.73 | .07 |
| Total | | 11.62 | *<0.465 | | | <11.345 | | | 0 | | | 0 | | 11.62 | <0.465 |
| Discharge 004 September 12, 1978 | <5 | 5.18 | 0.215 | 11 | 5.18 | 0.47 | 0 | 5.18 | 0 | <5 | 5.18 | 0.215 | <5 | 5.18 | 0.215 |
| 005 | <5 | 3.70 | 0.15 | 160 | 3.70 | 4.93 | 0 | 3.70 | 0 | <5 | 3.70 | 0.15 | <5 | 3.70 | 0.15 |
| 006 | <5 | 2.39 | 0.10 | 12 | 2.39 | 0.24 | 0 | 2.39 | 0 | 0 | 2.39 | 0 | 0 | 2.39 | 0 |
| 007 | <5 | 0.35 | 0.01 | 66 | 0.35 | 0.19 | 0 | 0.35 | 0 | 0 | 0.35 | 0 | 0 | 0.35 | 0 |
| Total | | | *<0.475 | | | 5.83 | | | 0 | | | <0.365 | | | <0.365 |

Since all values reported are below the accurate detection level of the instrument, these values represent maximum values.

WELL/DISCHARGE MONITORING RESULTS
September 12, 1978

| CONSTITUENT | TRICHLOROTRIFLUOROETHANE | | | TETRACHLOROETHYLENE | | | CHLOROFORM | | | VINYL CHLORIDE | | | DICHLOROETHYLENE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| September 12, 1978 | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day |
| Well No. 1 September 12, 1978 | 58 | 1.8 | 0.87 | <5 | 1.8 | .075 | 0 | 1.8 | 0 | 0 | 1.8 | 0 | <5 | 1.8 | .075 |
| 2 | 90 | 1.94 | 1.45 | <5 | 1.94 | .08 | 0 | 1.94 | 0 | 0 | 1.94 | 0 | 10 | 1.94 | .16 |
| 6 | <5 | 0.86 | 0.04 | 55 | 0.86 | .04 | 0 | 0.86 | 0 | 43 | 0.86 | .31 | <5 | 0.86 | .04 |
| 11 | <5 | 1.83 | 0.08 | <5 | 1.83 | .08 | 0 | 1.83 | 0 | 0 | 1.83 | 0 | <5 | 1.83 | .08 |
| 13 | <5 | 1.73 | 0.07 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | 0 | 1.73 | 0 |
| 14 | <5 | 1.73 | 0.07 | 32 | 1.73 | .46 | 0 | 1.73 | 0 | 26 | 1.73 | .37 | <5 | 1.73 | .07 |
| 16 | 19 | 1.73 | 0.07 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | <5 | 1.73 | .07 |
| Total | | | <2.65 | | | <0.735 | | | 0 | | 11.62 | 0.68 | | | 0.395 |
| Discharge 004 September 12, 1978 | <5 | 5.18 | 0.215 | < 5 | 5.18 | 0.215 | 0 | 5.18 | 0 | 0 | 5.18 | 0 | <5 | 5.18 | 0.215 |
| 005 | <5 | 3.70 | 0.15 | < 5 | 3.70 | 0.15 | 0 | 3.70 | 0 | 0 | 3.70 | 0 | <5 | 3.70 | 0.15 |
| 006 | <5 | 2.39 | 0.10 | 5 | 2.39 | 0.10 | 0 | 2.39 | 0 | <5 | 2.39 | 0.10 | <5 | 2.39 | 0.10 |
| 007 | <5 | 0.35 | 0.01 | 8 | 0.35 | 0.02 | 0 | 0.35 | 0 | <5 | 0.35 | 0.01 | 0 | 0.35 | 0 |
| Total | | | <0.475 | | | <0.485 | | | 0 | | | <0.11 | | | <0.465 |

WELL/DISCHARGE MONITORING RESULTS
September 26, 1978

| CONSTITUENT September 26, 1978 | TOLUENE | | | TRICHLOROETHYLENE | | | XYLENE | | | METHYL ETHYL KETONE | | | 1,1,1-TRICHLOROETHANE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day |
| Well No. 1 September 26, 1978 | <5 | 1.8 | .075 | 2041 | 1.8 | 30.60 | <5 | 1.8 | .075 | 0 | 1.8 | 0 | <5 | 1.8 | .075 |
| 2 | <5 | 1.94 | .08 | 63 | 1.94 | 1.02 | 0 | 1.94 | 0 | 0 | 1.94 | 0 | 16 | 1.94 | .26 |
| 6 | <5 | 0.86 | .04 | 56 | 0.86 | 0.40 | 0 | 0.86 | 0 | 0 | 0.86 | 0 | <5 | 0.86 | .04 |
| 9 | <5 | 1.73 | .07 | 41 | 1.73 | 0.60 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | 8 | 1.73 | .115 |
| 11 | <5 | 1.83 | .08 | 26 | 1.83 | 0.40 | 0 | 1.83 | 0 | 0 | 1.83 | 0 | 5 | 1.33 | .08 |
| 13 | <5 | 1.73 | .07 | 0 | 1.73 | 0 | <5 | 1.73 | .07 | 0 | 1.73 | 0 | 0 | 1.73 | 0 |
| 14 | <5 | 1.73 | .07 | 38 | 1.73 | 0.55 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | 0 | 1.73 | 0 |
| 16 | <5 | 1.73 | .07 | 42 | 1.73 | 0.605 | <5 | 1.73 | .07 | 0 | 1.73 | 0 | <5 | 1.73 | .07 |
| Total | | 13.35 | *<0.56 | | | 34.175 | | | <0.215 | | | 0 | | 13.35 | <0.64 |
| Discharge 004 September 26, 1978 | <5 | 5.95 | 0.25 | 17 | 5.95 | 0.84 | 0 | 5.95 | 0 | 0 | 5.95 | 0 | <5 | 5.95 | 0.25 |
| 005 | <5 | 4.25 | 0.18 | 7 | 4.25 | 0.25 | 0 | 4.25 | 0 | 0 | 4.25 | 0 | <5 | 4.25 | 0.18 |
| 006 | <5 | 2.75 | 0.11 | 138 | 2.75 | 3.16 | 0 | 2.75 | 0 | 0 | 2.75 | 0 | 0 | 2.75 | 0 |
| 007 | <5 | 0.4 | 0.02 | 2989 | 0.4 | 9.96 | 0 | 0.4 | 0 | 0 | 0.4 | 0 | <5 | 0.4 | 0.02 |
| Total | | | *<0.56 | | | 14.21 | | | 0 | | | 0 | | | <0.45 |

*Since all values reported are below the accurate detection level of the instrument, these totals represent maximum values.

WELL/DISCHARGE MONITORING RESULTS
September 26, 1978

| CONSTITUENT | TRICHLOROTRIFLUOROETHANE | | | TETRACHLOROETHYLENE | | | CHLOROFORM | | | VINYL CHLORIDE | | | DICHLOROETHYLENE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| September 26, 1978 | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day |
| Well No. 1 September 26, 1978 | 57 | 1.8 | .85 | 10 | 1.8 | 0.15 | 0 | 1.8 | 0 | 0 | 1.8 | 0 | <5 | 1.3 | .075 |
| 2 | 102 | 1.94 | 1.65 | 21 | 1.94 | 0.34 | 0 | 1.94 | 0 | 0 | 1.94 | 0 | 8 | 1.94 | .13 |
| 6 | <5 | 0.86 | .04 | 247 | 0.86 | 1.77 | 0 | 0.86 | 0 | 37 | 0.86 | .265 | <5 | 0.86 | .04 |
| 9 | 7 | 1.73 | .10 | 117 | 1.73 | 1.69 | 0 | 1.73 | 0 | 11 | 1.73 | .16 | <5 | 1.73 | .07 |
| 11 | <5 | 1.83 | .08 | 15 | 1.83 | 0.23 | 0 | 1.83 | 0 | 0 | 1.83 | 0 | <5 | 1.83 | .08 |
| 13 | <5 | 1.73 | 0 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | <5 | 1.73 | .07 |
| 14 | 0 | 1.73 | 0 | 170 | 1.73 | 2.45 | 0 | 1.73 | 0 | 49 | 1.73 | .71 | <5 | 1.73 | .07 |
| 16 | 32 | 1.73 | .46 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | <5 | 1.73 | .07 |
| Total | | | <3.18 | | | 6.63 | | | 0 | | 13.35 | 1.135 | | | .605 |
| Discharge 004 September 26, 1978 | <5 | 5.95 | 0.25 | 28 | 5.95 | 1.39 | 0 | 5.95 | 0 | 0 | 5.95 | 0 | <5 | 5.95 | 0.25 |
| 005 | <5 | 4.25 | 0.18 | 30 | 4.25 | 1.06 | 0 | 4.25 | 0 | <5 | 4.25 | 0.18 | 0 | 4.25 | 0 |
| 006 | <5 | 2.75 | 0.11 | 32 | 2.75 | 0.73 | 0 | 2.75 | 0 | <5 | 2.75 | 0.11 | <5 | 2.75 | 0.11 |
| 007 | 7 | 0.4 | 0.02 | 10 | 0.4 | 0.03 | 0 | 0.4 | 0 | 0 | 0.4 | 0 | <5 | 0.4 | 0.02 |
| Total | | | <0.56 | | | 3.21 | | | 0 | | | 0.29 | | | 0.38 |

# WELL/DISCHARGE MONITORING RESULTS
October 10, 1978

| CONSTITUENT | TOLUENE | | | TRICHLOROETHYLENE | | | XYLENE | | | METHYL ETHYL KETONE | | | 1,1,1-TRICHLOROETHANE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| October 10, 1978 | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day |
| Well No. 2 October 10, 1978 | <5 | 1.94 | .08 | 28 | 1.94 | 0.45 | 0 | 1.94 | 0 | 0 | 1.94 | 0 | 7 | 1.94 | .1 |
| 3 | <5 | 1.66 | .07 | 161 | 1.66 | 2.23 | 0 | 1.66 | 0 | 0 | 1.66 | 0 | <5 | 1.66 | .07 |
| 6 | <5 | 0.86 | .04 | 19 | 0.86 | 0.14 | 0 | 0.86 | 0 | 0 | 0.86 | 0 | 0 | 0.86 | |
| 9 | <5 | 1.73 | .07 | 13 | 1.73 | 0.19 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | <5 | 1.73 | .07 |
| 10 | 0 | 1.73 | 0 | 36 | 1.73 | 0.52 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | <5 | 1.73 | .07 |
| 13 | <5 | 1.73 | .07 | <5 | 1.73 | 0.07 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | <5 | 1.73 | .07 |
| 14 | <5 | 1.73 | .07 | 16 | 1.73 | 0.23 | 0 | 1.73 | 0 | <5 | 1.73 | .07 | 0 | 1.73 | 0 |
| Total | | 11.38 | <0.40 | | | <3.83 | | | 0 | | | <0.07 | | 11.38 | <0.39 |
| Discharge 004 October 10, 1978 | <5 | 4.21 | 0.175 | 8 | 4.21 | 0.28 | 0 | 4.21 | 0 | 0 | 4.21 | 0 | 0 | 4.21 | 0 |
| 005 | <5 | 3.19 | 0.13 | 38 | 3.19 | 1.0 | 0 | 3.19 | 0 | 0 | 3.19 | 0 | 10 | 3.19 | 0.26 |
| 006 | <5 | 3.64 | 0.15 | 22 | 3.64 | 0.67 | 0 | 3.64 | 0 | 0 | 3.64 | 0 | 0 | 3.64 | 0 |
| 007 | <5 | 0.34 | 0.01 | <5 | 0.34 | 0.01 | 0 | 0.34 | 0 | 0 | 0.34 | 0 | 0 | 0.34 | 0 |
| Total | | | *<0.465 | | | <1.96 | | | 0 | | | 0 | | | 0.26 |

*Since all readings were below the limit of accurate detection of the instrument, this value represents only maximum value.

# WELL/DISCHARGE MONITORING RESULTS
October 10, 1978

| CONSTITUENT | TRICHLOROTRIFLUOROETHANE | | | TETRACHLOROETHYLENE | | | CHLOROFORM | | |
|---|---|---|---|---|---|---|---|---|---|
| October 10, 1978 | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day |
| Well No. 2 October 10, 1978 | 105 | 1.94 | 1.70 | <5 | 1.94 | .08 | 0 | 1.94 | 0 |
| 3 | 95 | 1.66 | 1.31 | <5 | 1.66 | .07 | 0 | 1.66 | 0 |
| 6 | <5 | 0.86 | 0.04 | 65 | 0.86 | .465 | 0 | 0.86 | 0 |
| 9 | <5 | 1.73 | 0.07 | 23 | 1.73 | .33 | 0 | 1.73 | 0 |
| 10 | 8 | 1.73 | 0.115 | 6 | 1.73 | .09 | 0 | 1.73 | 0 |
| 13 | 5 | 1.73 | 0.07 | 0 | 1.73 | 0 | 0 | 1.73 | 0 |
| 14 | <5 | 1.73 | 0.07 | 62 | 1.73 | .89 | 0 | 1.73 | 0 |
| Total | | | <3.375 | | | <1.925 | | | 0 |
| Discharge 004 October 10, 1978 | <5 | 4.21 | 0.175 | 6 | 4.21 | 0.21 | 0 | 4.21 | 0 |
| 005 | <5 | 3.19 | 0.13 | <5 | 3.19 | 0.13 | 0 | 3.19 | 0 |
| | <5 | 3.64 | 0.15 | 9 | 3.64 | 0.27 | 0 | 3.64 | 0 |
| 007 | <5 | 0.34 | 0.01 | 6 | 0.34 | 0.02 | 0 | 0.34 | 0 |
| Total | | | <0.465 | | | <0.63 | | | 0 |

| CONSTITUENT | VINYL CHLORIDE | | | DICHLOROETHYLENE | | |
|---|---|---|---|---|---|---|
| October 10, 1978 | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day |
| Well No. 2 October 10, 1978 | 0 | 1.94 | 0 | 11 | 1.94 | [illegible]8 |
| 3 | 0 | 1.66 | 0 | 0 | 1.66 | 0 |
| 6 | 27 | 0.86 | 0.19 | <5 | 0.86 | [illegible]4 |
| 9 | 9 | 1.73 | 0.13 | 5 | 1.73 | [illegible]7 |
| 10 | 0 | 1.73 | 0 | 6 | 1.73 | [illegible]9 |
| 13 | 0 | 1.73 | 0 | 0 | 1.73 | 0 |
| 14 | 71 | 1.73 | 1.02 | <5 | 1.73 | [illegible]7 |
| Total | | 11.38 | 1.34 | | | <[illegible].45 |
| Discharge 004 October 10, 1978 | <5 | 4.21 | 0.175 | <5 | 4.21 | 0.17 |
| 005 | 0 | 3.19 | 0 | <5 | 3.19 | 0.13 |
| | <5 | 3.64 | 0.15 | <5 | 3.64 | 0.15 |
| 007 | 0 | 0.34 | 0 | 0 | 0.34 | 0 |
| Total | | | <0.325 | | | <0.45 |

WELL/DISCHARGE MONITORING RESULTS
October 17, 1978

| CONSTITUENT | TOLUENE | | | TRICHLOROETHYLENE | | | XYLENE | | | METHYL ETHYL KETONE | | | 1,1,1-TRICHLOROETHANE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| October 17, 1978 | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day |
| Well No. 2 October 17, 1978 | <5 | 1.94 | .08 | 28 | 1.94 | 0.45 | 0 | 1.94 | 0 | 0 | 1.94 | 0 | 9 | 1.94 | .145 |
| 3 | <5 | 1.66 | .07 | 280 | 1.66 | 3.87 | 0 | 1.66 | 0 | 0 | 1.66 | 0 | 3 | 1.66 | .04 |
| 6 | <5 | 0.86 | .04 | 36 | 0.86 | 0.26 | 0 | 0.86 | 0 | 0 | 0.86 | 0 | <5 | 0.86 | .04 |
| 9 | <5 | 1.73 | .07 | 25 | 1.73 | 0.36 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | 14 | 1.73 | .20 |
| 11 | <5 | 1.83 | .08 | 5 | 1.83 | 0.08 | 0 | 1.83 | 0 | 0 | 1.83 | 0 | <5 | 1.83 | .08 |
| 14 | <5 | 1.73 | .07 | 22 | 1.73 | 0.32 | 0 | 1.73 | 0 | 0 | 1.73 | 0 | <5 | 1.73 | .07 |
| Total | | 9.75 | <0.41 | | | 5.34 | | | 0 | | | 0 | | 9.75 | <0.575 |
| Discharge 004 October 17, 1978 | <5 | 3.61 | 0.15 | 14 | 3.61 | 0.42 | 0 | 3.61 | 0 | 0 | 3.61 | 0 | <5 | 3.61 | 0.15 |
| 005 | <5 | 2.73 | 0.11 | 71 | 2.73 | 1.61 | 0 | 2.73 | 0 | 16 | 2.73 | 0.36 | <5 | 2.73 | 0.11 |
| 006 | <5 | 3.12 | 0.13 | 39 | 3.12 | 1.01 | 0 | 3.12 | 0 | 0 | 3.12 | 0 | 0 | 3.12 | 0 |
| 007 | <5 | 0.29 | 0.01 | 15 | 0.29 | 0.04 | 0 | 0.29 | 0 | 0 | 0.29 | 0 | 7 | 0.29 | 0.02 |
| Total | | | <0.40 | | | 3.08 | | | 0 | | | 0.36 | | | <0.28 |

**WELL/DISCHARGE MONITORING RESULTS**
October 17, 1978

| CONSTITUENT | TRICHLOROTRIFLUOROETHANE | | | TETRACHLOROETHYLENE | | | CHLOROFORM | | | VINYL CHLORIDE | | | DICHLOROETHYLENE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| October 17, 1978 | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day | CONC. ppb | FLOW MGD | QUANT. lb./day |
| Well No. 2 October 17, 1978 | 107 | 1.94 | 1.73 | 6 | 1.94 | 0.10 | 0 | 1.94 | 0 | 0 | 1.94 | 0 | <5 | 1.94 | .08 |
| 3 | 72 | 1.66 | 0.995 | 18 | 1.66 | 0.25 | 0 | 1.66 | 0 | 0 | 1.66 | 0 | <5 | 1.66 | .07 |
| 6 | 7 | 0.86 | 0.05 | 132 | 0.86 | 0.95 | 0 | 0.86 | 0 | 32 | 0.86 | .23 | <5 | 0.86 | .04 |
| 9 | 6 | 1.73 | 0.09 | 55 | 1.73 | 0.79 | 0 | 1.73 | 0 | 16 | 1.73 | .23 | <5 | 1.73 | .07 |
| 11 | <5 | 1.83 | 0.08 | 5 | 1.83 | 0.08 | 0 | 1.83 | 0 | 0 | 1.83 | 0 | <5 | 1.83 | .03 |
| 14 | <5 | 1.73 | 0.07 | 81 | 1.73 | 1.17 | 0 | 1.73 | 0 | 38 | 1.73 | .55 | <5 | 1.73 | .07 |
| Total | | | <3.015 | | | 3.34 | | | 0 | | 9.75 | 1.01 | | | <0.41 |
| Discharge 004 October 17, 1978 | <5 | 3.61 | 0.15 | 18 | 3.61 | 0.54 | 0 | 3.61 | 0 | 0 | 3.61 | 0 | <5 | 3.61 | 0.15 |
| 005 | 8 | 2.73 | 0.18 | 8 | 2.73 | 0.13 | 0 | 2.73 | 0 | 0 | 2.73 | 0 | <5 | 2.73 | 0.11 |
| 006 | <5 | 3.12 | 0.13 | 25 | 3.12 | 0.65 | 0 | 3.12 | 0 | 0 | 3.12 | 0 | <5 | 3.12 | 0.13 |
| 007 | <5 | 0.29 | 0.01 | 26 | 0.29 | 0.06 | 0 | 0.29 | 0 | 0 | 0.29 | 0 | <5 | 0.29 | 0.01 |
| Total | | | <0.47 | | | 1.43 | | | 0 | | | 0 | | | <0.40 |

WELL/DISCHARGE MONITORING
SUMMARY OF RESULTS

| Wells | TOLUENE lb./day | TRICHLOROETHYLENE lb./day | XYLENE lb./day | METHYL ETHYL KETONE lb./day | 1,1,1-TRICHLORO-ETHANE lb./day | TRICHLORO-TRIFLUOROETHANE lb./day | TETRACHLORO-ETHYLENE lb./day | CHLOROFORM lb./day | VINYL CHLORIDE lb./day | DICHLOROETHYLENE lb./day |
|---|---|---|---|---|---|---|---|---|---|---|
| July 11, 1978 | 0.56 | 11.24 | 0.18 | 0.515 | 0.985 | 2.08 | 3.73 | 0.075 | 0.65 | 0.655 |
| July 25, 1978 | 0.56 | 11.21 | 0 | 0.08 | 0.92 | 3.40 | 3.33 | 0 | 1.24 | 0.74 |
| ...st 10, 1978 | 0.56 | 15.56 | 0 | 0.79 | 0.775 | 2.78 | 2.95 | 0.115 | 0.89 | 0.625 |
| August 22, 1978 | 0.49 | 33.81 | 0.205 | 0.18 | 0.87 | 2.525 | 6.42 | 0 | 0.80 | 0.405 |
| September 12, 1978 | 0.485 | 11.345 | 0 | 0 | 0.465 | 2.65 | 0.735 | 0 | 0.68 | 0.495 |
| September 26, 1978 | 0.56 | 34.175 | 0.215 | 0 | 0.64 | 3.18 | 6.63 | 0 | 1.135 | 0.605 |
| October 10, 1978 | 0.40 | 3.83 | 0 | 0.07 | 0.39 | 3.375 | 1.925 | 0 | 1.34 | 0.45 |
| October 17, 1978 | 0.41 | 5.34 | 0 | 0 | 0.575 | 3.015 | 3.34 | 0 | 1.01 | 0.41 |
| SUM OF WELLS (LB.) | 4.025 | 126.51 | 0.60 | 1.63 | 5.62 | 23.005 | 29.06 | 0.19 | 7.745 | 4.385 |
| DISCHARGES | | | | | | | | | | |
| ... 11, 1978 | 0.56 | 6.02 | 0.43 | 0.54 | 0.64 | 0.56 | 0.96 | 0 | 0 | 0.56 |
| July 25, 1978 | 0.56 | 10.90 | 0 | 9.21 | 0.66 | 0.56 | 1.54 | 0 | 0 | 0.11 |
| August 10, 1978 | 0.56 | 5.37 | 0 | 0 | 0.56 | 0.56 | 0.81 | 0.02 | 0 | 0.56 |
| August 22, 1978 | 0.54 | 8.97 | 0 | 0 | 0.54 | 0.54 | 0.56 | 0 | 0 | 0.24 |
| September 12, 1978 | 0.475 | 5.83 | 0 | 0.365 | 0.365 | 0.475 | 0.485 | 0 | 0.11 | 0.465 |
| September 26, 1978 | 0.56 | 14.21 | 0 | 0 | 0.45 | 0.56 | 3.21 | 0 | 0.29 | 0.38 |
| October 10, 1978 | 0.465 | 1.96 | 0 | 0 | 0.265 | 0.465 | 0.63 | 0 | 0.325 | 0.455 |
| October 17, 1978 | 0.40 | 3.08 | 0 | 0.36 | 0.28 | 0.47 | 1.43 | 0 | 0 | 0.40 |
| SUM OF DISCHARGES (LB.) | 4.12 | 56.34 | 0.43 | 10.475 | 3.76 | 4.19 | 9.625 | 0.02 | 0.725 | 3.17 |