Originally Filed at Docket No. 436

# Exhibit 116

**New York State Department of Environmental Conservation**
50 Wolf Road, Albany, New York 12233
Division of Pure Waters

Peter A. A. Berle,
Commissioner

March 2, 1979

Mr. John Ohlman, Ass't. Director
Environmental Control - Facilities Engineering Dept.
Mail Station BO 8-30
Grumman Aerospace Corporation
Bethpage, New York 11714

Subject: Special Report - SPDES Permit NY 009 6792 - Effluent Limitations Attainable by Economically Achievable Control Technologies.

Dear Mr. Ohlman:

The Special Report submitted as required by the revised Permit for the above facility has been reviewed by this office. The report presents data on current levels of 10 organic contaminants in both the Plant Well Water Supply and in the Industrial Waste Discharges to Groundwater. In addition, the report details the internal control procedures currently being implemented to control accidental discharge of these chemicals.

This report satisfactorily meets the requirement (Item 2) of the July, 1978 revision to the subject permit.

The Department is considering the possibility of revising the subject permit to include effluent limitations on all 10 of these parameters. In the meantime, monitoring for the listed parameters shall continue as required by the permit.

Yours truly,

Lawrence J. Nadler, P.E.
Chief
Chemical Systems Section

LJN/DGL/lcc

cc: Region #1
cc: Nassau County Health Department ✓

RECEIVED
MAR 5 1979
NCDH
BWWC