Originally Filed at Docket No. 436

# Exhibit 119

PHILIP LEFF
LEONARD WEBER
STEPHEN I. SHAPIRO
STUART E. DAVIS
KENNETH S. DIAMOND
JOHN VENDITTO

Leff, Weber, Shapiro, Davis, Diamond & Venditto
ATTORNEYS AT LAW
544 BROADWAY - MASSAPEQUA, N. Y. 11758

516 - 541-2200

July 6, 1979

Carman, Callahan, Carman &
Sabino, Esqs.
280 Main Street
Farmingdale, N.Y. 11735

Att: Gregory Carman, Esq.

Re: Bethpage Water District

Dear Greg:

Pursuant to my recent conversation with you, I am outlining what has transpired with Bethpage Water District.

A number of conversations took place between Grumman, represented by Mr. John Ball, Mr. Glasser and myself. Certain materials, including a prior law suit with Grumman was delivered to Mr. Ball. After several meetings, Grumman declined any payment whatsoever.

Hooker did not answer any of my letters until I threatened a law suit, at which time they requested the same information given to Grumman. I did not send it because that information, collected by Holzmacher the engineer, had to do with Grumman and not Hooker.

There were several other conversations with Grumman, and I believe a nominal settlement could have been arranged at that time. Thereafter my office met with a representative of Holzmacher back in March of this year. We did not have sufficient material to frame any pleadings. There was a three-hour meeting wherein Holzmacher was requested to prepare a list of questions that could be asked at a discovery proceeding prior to the service of a summons. I have requested such material on at least three other occasions.

Thereafter a house investigating committee started investigating. I was in touch with one Miss Whitney of the House of Representatives, and gave her information concerning our problem. Numerous documents were sent to her.

We then attended an investigating committee hearing in Mineola. Several days after the hearing I met with Mr. Glasser and we discussed same at length. We thought that one further letter requesting a meeting might be beneficial because of the

7/18/79

wealth of material that came out of the hearing. Thereafter a letter was sent both to Grumman and Hooker. Hooker's response was that they would sit down at a meeting; one Michael Whiteman, an attorney from Albany wishes to set up a meeting in the last week of July.

Mr. Ball, representing Grumman, called me once again; I enclosed a letter that was recently forwarded to me. I in turn, with your permission, will set up a meeting with Hooker.

My office, in conjunction with Mr. Glasser, discussed the feasibility of a law suit in detail shortly after the house hearings. I do not believe that Holzmacher is capable of supplying the necessary information.

We discussed the necessity of bringing the EPA into this matter and perhaps for the EPA themselves to bring the law suit or provide us with the expertise necessary. I discussed this with Bob Glasser at length on the Friday prior to his death.

As yet we have not heard from Holzmacher and I have not commenced an action because we are incapable of doing so at this particular point.

I would like to meet with you and the commissioners within the near future to discuss our next plan of action. Please contact me.

Very truly yours,

STUART E. DAVIS

SED/nb

cc: Bethpage Water District