Originally Filed at Docket No. 436

# Exhibit 120

H2M Corp.
HOLZMACHER, McLENDON and MURRELL, P.C.
CONSULTING ENGINEERS, ENVIRONMENTAL SCIENTISTS and PLANNERS
500 BROAD HOLLOW ROAD, MELVILLE, NY 11747 (516) 694-3040
560 BROAD HOLLOW ROAD, MELVILLE, NY 11747 (516) 752-9060
375 FULTON STREET, FARMINGDALE, NY 11735 (516) 694-3410
40 PARK PLACE, NEWTON, NJ 07860 (201) 383-3544

ROBERT G. HOLZMACHER, P.E., P.P., L.S.
SAMUEL C. McLENDON, P.E.
NORMAN E. MURRELL, P.E.
HAROLD A. DOMBECK, P.E.
HUGO D. FREUDENTHAL, Ph. D.

CARL E. BECKER, P.E.
FRANK N. COPPA, P.E.
JOHN J. MOLLOY, P.E.
DONALD A. SIOSS, P.E.
CHARLES E. BANKS, P.E.
ANTHONY SIMONE, L.S.
JAMES B. KELLEY, P.E.
GARY E. LOESCH, P.E.
BRIJ M. SHRIVASTAVA, P.E.

July 12, 1979

Mr. Donald J. Middleton
Long Island Director
New York State Department of
Environmental Conservation
SUNY - Building 40
Stony Brook, New York 11790

Re: Bethpage Water District
Organic Contamination of Well 6-1
BPWD 78-01

Dear Mr. Middleton:

Enclosed is a list of questions the District's counsel will present to Grumman Aerospace Corporation and to Hooker Ruco Division to increase our degree of certainty with respect to the source of contamination. Any information or data you may have that would help answer these questions or that would help pinpoint the source or sources of the organic contamination in Well 6-1 would be appreciated. Your timely reply in this matter will be appreciated.

Does the DEC have any immediate or future plans to determine the extent of the organic contamination in the Bethpage area, or to drill any test wells? Does the DEC have any funds available to assist the Bethpage Water District in its action or to offer assistance in another fashion?

Very truly yours,

HOLZMACHER, McLENDON & MURRELL, P.C.

Carl E. Becker

Carl E. Becker, P.E.

CEB/jj
Enc.
cc: Bethpage Water District
Carman, Callahan, Carman & Sabino
Stuart E. Davis, Esq.
Representative Norman F. Lent
Representative Robert Eckhardt