**Originally Filed at Docket No. 436**

# Exhibit 121

August 7, 1979

S. O. Smith

R.D. Cusumano/M.B. Fleisher

Results of Grumman Sludge Analysis

The following results are of sludge and clear effluent samples collected on June 8, 1979 from the sludge holding pit at Grumman, Bethpage. This sludge is produced in the treatment to remove hexavalent chromium from their industrial wastewater.* Analysis was done by Grumman's Quality Control Lab. and NCHD labs of split samples collected by BWWM personnel.

Part 703.6 $Cr^{+6}$ = .10 mg/l.

| NCHD Results | $Cr^{+6}$ | Cr Total |
|---|---|---|
| Sludge | < ~~.04~~ .01 mg/l | .44 mg/l |
| Clear effluent | < .01 mg/l | .04 mg/l |

| Grumman Results | | |
|---|---|---|
| Sludge | .01 mg/l | .23 mg/l |
| Clear effluent | .01 mg/l | .05 mg/l |

* The effluent from this treatment during May 1979 was:

| | | |
|---|---|---|
| $Cr^{+6}$ | .03 maximum | .01 average |
| Cr total | .05 maximum | .01 average |

MB

RDC:MBF:ceg

copy for DEC reg I