Originally Filed at Docket No. 436

# Exhibit 122a

Y4.In 8/4:W 28

96th Congress } 1st Session | COMMITTEE PRINT | { COMMITTEE PRINT 96–IFC 33

# WASTE DISPOSAL SITE SURVEY

## REPORT

together with

ADDITIONAL AND SEPARATE VIEWS

BY THE

SUBCOMMITTEE ON OVERSIGHT AND INVESTIGATIONS

OF THE

COMMITTEE ON INTERSTATE AND FOREIGN COMMERCE

HOUSE OF REPRESENTATIVES

NINETY-SIXTH CONGRESS

FIRST SESSION

UNIV. OF FLA. LIB ★ DOCUMENTS DEPT.
NOV 7 1979
★ U.S. DEPOSITORY ★

OCTOBER 1979

96th Congress, 1st Session — COMMITTEE PRINT — Committee Print 96–IFC 33

# WASTE DISPOSAL SITE SURVEY

## REPORT

together with

ADDITIONAL AND SEPARATE VIEWS

BY THE

SUBCOMMITTEE ON OVERSIGHT AND INVESTIGATIONS

OF THE

COMMITTEE ON INTERSTATE AND FOREIGN COMMERCE

HOUSE OF REPRESENTATIVES

NINETY-SIXTH CONGRESS

FIRST SESSION

OCTOBER 1979

U.S. GOVERNMENT PRINTING OFFICE
52–419 O WASHINGTON : 1979

For sale by the Superintendent of Documents, U.S. Government Printing Office
Washington, D.C. 20402

## COMMITTEE ON INTERSTATE AND FOREIGN COMMERCE

HARLEY O. STAGGERS, West Virginia, *Chairman*

JOHN D. DINGELL, Michigan
LIONEL VAN DEERLIN, California
JOHN M. MURPHY, New York
DAVID E. SATTERFIELD III, Virginia
BOB ECKHARDT, Texas
RICHARDSON PREYER, North Carolina
JAMES H. SCHEUER, New York
RICHARD L. OTTINGER, New York
HENRY A. WAXMAN, California
TIMOTHY E. WIRTH, Colorado
PHILIP R. SHARP, Indiana
JAMES J. FLORIO, New Jersey
ANTHONY TOBY MOFFETT, Connecticut
JIM SANTINI, Nevada
ANDREW MAGUIRE, New Jersey
MARTY RUSSO, Illinois
EDWARD J. MARKEY, Massachusetts
THOMAS A. LUKEN, Ohio
DOUG WALGREN, Pennsylvania
ALBERT GORE, Jr., Tennessee
BARBARA A. MIKULSKI, Maryland
RONALD M. MOTTL, Ohio
PHIL GRAMM, Texas
AL SWIFT, Washington
MICKEY LELAND, Texas
RICHARD C. SHELBY, Alabama

JAMES T. BROYHILL, North Carolina
SAMUEL L. DEVINE, Ohio
TIM LEE CARTER, Kentucky
CLARENCE J. BROWN, Ohio
JAMES M. COLLINS, Texas
NORMAN F. LENT, New York
EDWARD R. MADIGAN, Illinois
CARLOS J. MOORHEAD, California
MATTHEW J. RINALDO, New Jersey
DAVE STOCKMAN, Michigan
MARC L. MARKS, Pennsylvania
TOM CORCORAN, Illinois
GARY A. LEE, New York
TOM LOEFFLER, Texas
WILLIAM E. DANNEMEYER, California

KENNETH J. PAINTER, *Acting Chief Clerk and Staff Director*
ELEANOR A. DINKINS, *Assistant Clerk*

---

## SUBCOMMITTEE ON OVERSIGHT AND INVESTIGATIONS

BOB ECKHARDT, Texas, *Chairman*

JIM SANTINI, Nevada
ALBERT GORE, Jr., Tennessee
PHILIP R. SHARP, Indiana
ANTHONY TOBY MOFFETT, Connecticut
ANDREW MAGUIRE, New Jersey
MARTY RUSSO, Illinois
DOUG WALGREN, Pennsylvania
RONALD M. MOTTL, Ohio
MICKEY LELAND, Texas
TIMOTHY E. WIRTH, Colorado
HARLEY O. STAGGERS, West Virginia
(Ex Officio)

NORMAN F. LENT, New York
MATTHEW J. RINALDO, New Jersey
MARC L. MARKS, Pennsylvania
TOM CORCORAN, Illinois
WILLIAM E. DANNEMEYER, California
JAMES T. BROYHILL, North Carolina
(Ex Officio)

MARK J. RAABE, *Staff Director/Chief Counsel*
BEN SMETHURST, *Special Assistant*
LESTER BROWN, *Special Assistant*
H. CLAIRE WHITNEY, *Minority Staff Assistant*

# LETTER OF TRANSMITTAL

October 15, 1979

Honorable Harley O. Staggers
Chairman
Committee on Interstate and Foreign
Commerce
Washington, D.C. 20515

Dear Mr. Chairman:

The attached report of the Subcommittee on Oversight and Investigations sets forth the results, findings, conclusions and recommendations relating to the Subcommittee's survey of process waste disposal practices of the 53 largest domestic chemical companies. This survey was conducted in conjunction with the Subcommittee's year-long investigation of disposal problems, the results of which are contained in the Subcommittee's recently released report entitled, "Hazardous Waste Disposal".

During the course of the Subcommittee's investigation, it became clear that millions of tons of toxic wastes are disposed in an environmentally unsound manner, resulting in "ticking time bombs" which pose hazards to public health and the environment. Facing a paucity of information on the location and content of sites containing hazardous wastes, the Subcommittee conducted its own limited survey--the first national study of waste disposal sites--to begin to determine in a systematic manner, the number, nature and location of all waste disposal sites across the country. The largest chemical manufacturers were selected for the survey, not to single that industry out, but rather, because the chemical industry as a whole produces some of the most toxic wastes, even though by volume it is not the single largest generator of hazardous wastes each year.

The survey reveals that since 1950 the 53 companies, operating 1605 facilities, dumped wastes at 3,383 sites. Although only 34 percent of the sites were owned by the companies, 94 percent of the wastes were dumped in on-site facilities. During this thirty year period, the 53 generators produced 762 million tons of chemical process wastes of which 100 million tons went to sites which are now closed. In 1978 alone, 66 million tons were generated. The survey does not reveal what percentage of these wastes is hazardous.

This material may be protected by Copyright law (Title 17 U.S. Code)

A directory of waste disposal sites identified in the survey, including descriptive data on each site, appears in the Appendix. It is noted these sites represent only those locations used for disposal of chemical process wastes by the 1,605 plant facilities of the 53 participating companies. The directory does not include waste disposal sites in the United States which have been used over the years by other chemical companies and other, far larger waste-generating industrial groups.

While the directory sets forth the amount (by weight) of reported waste dumped in each company-owned site (94% of reported waste), such data is not being included for the off-site disposal facilities which are privately and municipally owned (67% of reported sites), since those sites could very well include waste produced by other generators. In this connection, it should be noted that the relatively small amount of waste reported in the survey going to these private or municipal sites, utilized over 2,200 sites or approximately two-thirds of those identified in the survey.

I should further emphasize that these are waste disposal sites, not necessarily hazardous waste disposal sites. Not all reported waste would necessarily produce a hazardous site. Moreover, neither the exact quantity of any particular chemical component in the waste disposed nor the condition of the site itself is known. Thus, these sites do not necessarily pose threats to public health or the environment.

The survey results clearly demonstrate the need for a national accounting of on-and off-site as well as of active and inactive waste disposal sites. Since the Environmental Protection Agency has not conducted such a survey, the Subcommittee includes in its recommendations, that the Agency undertake, in conjunction with the states, a comprehensive national inventory of disposal sites utilized by principal waste-producing industry groups.

In closing, I wish to express special appreciation to Dr. Anne Harris Cohn, who as a Congressional Science Fellow in the office of Subcommittee Member Albert Gore, Jr., played the key role in designing and executing the survey. I would also like to thank Hillel Sukenik and Frank Kopel, and their staff at House Information Systems, for their enormous effort in computerizing the survey information; and, Geraldine M. Carr, Congressional Research Service, for her technical assistance; and, the Subcommittee staff for the long hours involved in processing the information. Last, but certainly not least, the cooperation of the 53 participating companies and their 1,605 plant facilities, as well as the assistance of the Chemical Manufacturers Association, Inc., is very much appreciated.

Sincerely,

Bob Eckhardt
Chairman
Subcommittee on
Oversight and Investigations

## PREFACE

Waste is a by-product of most chemical production. Some wastes are hazardous. Others are not. All must be disposed of. The methods of disposal dictate which hazardous wastes may pose threats to the public health or the environment. This report is an initial step in the assessment of potential dangers that may exist because of past or present hazardous waste disposal practices. The data contained in this report are summarized from responses provided voluntarily by the 53 largest domestic chemical companies to a request by the Subcommittee on Oversight and Investigations of the Interstate and Foreign Commerce Committee. It is intended to serve as a basis for subsequent surveys and investigations to determine more precisely the extent and nature of public health and environmental hazards that have been or are being created by the improper disposal of hazardous wastes.

Digitized by the Internet Archive
in 2013

http://archive.org/details/wastedissit00unit

# WASTE DISPOSAL SITE SURVEY


| | Page |
|---|---|
| Preface | v |
| I. Introduction | IX |
| A. Overview | IX |
| B. Findings and Conclusions | X |
| C. Recommendations | XI |
| II. Background | XII |
| III. Limitations | XIII |
| IV. Survey Results | XIV |
| A. The Facilities | XIV |
| B. Waste Generation and Disposal in 1978 | XVI |
| C. The Sites | XIX |
| D. Number of Disposal Sites Used by Facility | XXII |
| E. Closed Sites | XXIII |
| F. On-Site Disposal | XXIV |
| G. Wastes Going to Unknown Locations | XXV |
| V. Release of Specific Disposal Site Information | XXVII |


APPENDIXES


| | |
|---|---|
| A. Methodology | XXIX |
| B. Listing of Participating Companies | XXX |
| C. Letter Inviting Companies To Participate in Survey | XXXI |
| D. Instructions and Questionnaire Forms | XXXIII |
| E. Waste Disposal Site Directory | XLIV |