Originally Filed at Docket No. 421

# Exhibit 185

TRAVELERS

***Gail P. Dalton***
*Senior Account Executive*
*Special Liability Coverage Unit*

*One Tower Square, 7FP*
*Hartford, CT 06183-6016*
*Telephone: (860) 277-3406*
*Facsimile: (860) 954-5857*
*Toll Free: (800) 954-9633*
*E-mail: GDALTON@Travelers.com*

April 10, 2008

EXHIBIT
Dalton 23 ID
5-21-13 SVS

Brad Bartholomew
Claims Consulting
Aon Risk Services, Inc.
P.O. Box 54670
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

**Policyholder:** **Grumman Corporation (n/k/a Northrop Grumman Corporation) ("Northrop Grumman")**
**Site:** **Bethpage Community Park**
**Bethpage, Town of Oyster Bay, Nassau County, New York ("the Site")**
**Re:** **Town of Oyster Bay v. Northrop Grumman Corporation and The United States Navy, United States District Court, Eastern Division of New York, Civil No. CV-05 1945 ("the Town of Oyster Bay Lawsuit")**

**Policyholder:** **Grumman Corporation, n/k/a Northrop Grumman Corporation ("Grumman")**
**Re:** **Grumman Facility, Bethpage, New York**
**Scientific Chemical, Carlstadt, New Jersey**
**Scientific Chemical, Wilson Avenue, New Jersey**
**Grumman Facility, Stuart, Florida**

Dear Mr. Bartholomew:

Please be advised that I appreciate you providing me with status updates, and I ask that you please continue to keep me updated as to the status of the captioned matters.

We continue to fully reserve all of our rights and defenses to coverage with regard to these matters, as more fully set forth in the SLCU's previous letters. Neither this correspondence nor any future communication or investigation should be deemed or construed as: an admission that any coverage is available for the captioned matters, a waiver of any right or defense to coverage available to us (whether under our insurance policies or at law or in equity), an expansion of any obligation that we may subsequently acknowledge (if any), grounds for any claim of estoppel, or as a course of performance.

Should you have any questions regarding this correspondence, please do not hesitate to contact me at the direct dial number given above. If I am unavailable when you call, you may contact Mr. Pat Connaughton at (860) 954-7277. However, if it is more convenient, you may leave a message at our toll-free number (1-800-954-9633), and I will return your call as soon as possible.

Very truly yours,

Gail P. Dalton
Senior Account Executive

GPD8043

cc: Don Owens
Risk Management
Northrop Grumman Corporation
1 Hornet Way
El Segundo, CA 90245

Andrew E. Shipley, Esq.
Assistant General Counsel – Litigation
Northrop Grumman Corporation
1000 Wilson Boulevard, Suite 2300
Arlington, VA 22209

SLG-HOECU
File No. AAP3834

 Confidential