September 4, 2026

Via ECF

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

**Re: *The Travelers Indem. Co., et al. v. Northrop Grumman Corp., et al.***
**(12-cv-3040-LGS) (closed Sept. 2015)**
**July 29, 2026 Court Order to Unseal Documents (ECF 732)**

Dear Judge Schofield:

Defendants Northrop Grumman Corporation and Northrop Grumman Systems Corporation (together, "NG"), Plaintiffs Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut (together, "Travelers") and Intervenor Newsday LLC ("Newsday") respectfully submit this joint letter in connection with NG's and Travelers' filings of documents in accordance with the Court's July 29, 2026 Order (ECF 732).

**Docket No. 379:** Pursuant to the Court's Order, which noted "[t]his document did not appear to be in the Court's sealed vault," and directed NG and Travelers to "use their best efforts to identify the document and locate a copy," NG and Travelers undertook efforts to locate a copy of the document referenced at Docket No. 379. Despite those efforts, neither NG nor Travelers was able to locate the document. NG and Travelers conferred with Newsday, and the parties collectively do not believe that there are any additional steps to be taken in order to comply with the Court's Order.

**Docket No. 521:** The Court ordered the filing of an unsealed copy of Docket No. 521, which the docket describes as "SEALED DOCUMENT placed in vault" and the Court's Order describes as "Travelers' corrected declarations of Anna St. John and Shelli L. Calland related to its motion for summary judgment concerning the Bethpage facility" (ECF 732 at 6). NG and Travelers have been unable to locate either documents filed as Docket No. 521 or documents that are "Travelers' corrected declarations of Anna St. John and Shelli L. Calland," former Covington & Burling LLP attorneys who were counsel to NG. The parties conferred, and NG and Travelers each contacted the Court in an effort to obtain guidance. Based on discussions with the Court clerk and with Chambers, NG and Travelers understand that the clerk needs an order from the Court before providing additional information. The parties would be grateful for any assistance the Court can provide in identifying the Documents referenced in the Order, retrieving a copy of Docket No. 521 from the sealed document vault for the parties' review, or otherwise clarifying the Court's intended reference.

Thank you for your time and assistance.

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: /s/*Lynn K. Neuner*
Lynn K. Neuner
Summer Craig
425 Lexington Avenue
New York, NY 10017-3954
Tel.: (212) 455-2000
Fax: (212) 455-2502
lneuner@stblaw.com
scraig@stblaw.com

*Attorneys for Plaintiffs The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut*

COVINGTON & BURLING LLP

By: /s/*Daniel L. Russell Jr.*
Daniel L. Russell Jr.
Timothy D. Greszler
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Tel.: (202) 662-6000
drussell@cov.com
tgreszler@cov.com

*Attorneys for Defendants Northrop Grumman Corporation and Northrop Grumman Systems Corporation*

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

By: */s/Vasudha Talla*
Vasudha Talla
One Rockefeller Plaza, 8th Floor
New York, NY 10020
Tel.: (212) 763-5000
Fax: (212) 763-500
vtalla@ecbawm.com

*Attorney for Intervenor Newsday LLC*